**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 21 2025 ★

**BROOKLYN** OFFICE

**GABRIELE COSTANTINO,**
Plaintiff, Pro Se,

v.

**Detective Kevin Choi (NYPD);**
**Assistant District Attorney Amanda Fisher (Kings County DA's Office);**
**Attorney Germana F. Giordano, Esq.;**
**Attorneys Joshua Scheier and Kailey Moran (Legal Aid Society);**
**Consular Official De Nichilo (Italian Consulate – New York);**
**Other Unknown Officers and Officials of the City and State of New York and New Jersey;**
**Correctional Staff at Rikers Island;**

Defendants.

Case No.: _____

**CIVIL RIGHTS COMPLAINT**

*(42 U.S.C. § 1983 – Pro Se; Vienna Convention, Art. 36)*

**I. PARTIES**

**Plaintiff:**

- · Name: Gabriele Costantino
- · DOB: 05/23/1994
- · Citizenship: Italian
- · Address: Via Alessandro Scarlatti 15, 90047 Partinico (PA), Italy
- · Proceeding: Pro Se

REC'D IN PRO SE OFFICE
OCT 23 '25 PM 12:19

**Date:** 08\10\2025

_____

**Re:** Pro Se Civil Rights Complaint – *Gabriele Costantino v. Defendants*

Dear Clerk of Court:

Enclosed for filing in the United States District Court for the Eastern District of New York, please find the following documents:

1. **Civil Rights Complaint** (42 U.S.C. § 1983; Vienna Convention, Art. 36) – Plaintiff: Gabriele Costantino
2. **Motion to Proceed In Forma Pauperis (IFP)** – requesting waiver of filing fees due to indigency and current residence abroad
3. **Supporting Exhibits,** including:
   - Exhibit A–G: Evidence of false arrests, prosecutions, consular misconduct, attorney misconduct, ICE detention ("Unavailable"), and medical injuries "spinal", "Rikers Medical (Unavailable")
   - Exhibit H: Proof of Service (registered mail receipts, return receipts, and fax transmission confirmations)
   - **Exhibit I**: Correspondence with U.S. and Italian authorities (Comptroller, Kings County Clerk, NY Attorney General, NY Court of Claims, DOJ, MAECI, Italian Consulate) demonstrating lack of response and violations of Plaintiff's rights

   I respectfully request that the Court:
   - Assign a docket number to this matter;
   - Consider my Motion to Proceed IFP;
   - Note that I am proceeding **pro se** from Italy, with serious health conditions and limited financial resources;
   - Provide a court-appointed interpreter for any hearings, due to limited English proficiency.

Please confirm receipt of this filing. If additional forms or corrections are required, kindly notify me by email at **costantinogabriele94@gmail.com,** as international mail may be delayed.

Thank you for your attention and assistance in ensuring access to justice.

Respectfully submitted,

_Costantino Gabriele_

Gabriele Costantino
Pro Se Plaintiff

**3**

**INDEX OF EXHIBITS (2020–2025)**

Gabriele Costantino v. Choi, Fisher, Giordano, et al.
United States District Court – Eastern District of New York
Case No.:

| Exhibit | Title / Description | Content Summary | Page Range |
|---|---|---|---|
| A | Police Reports & Emails (May 2021 Arrest) | Raritan and Brooklyn Police Reports; email exchanges with ex-partner and ADA Amanda Fisher; evidence of false statements and harassment. | A1–A58 |
| B | Indictment 72513-21 (Brooklyn, 2021–2023) | Copy of the 17-count indictment filed in Kings County; dismissed at acquittal (Sept. 18, 2024). | B1–B7 |
| C | INTERPOL Red Notice & Swiss Arrest Papers | Documents showing international arrest warrant and detention in Zurich pending extradition; Swiss | C1–C19 |

| | | correspondence. | |
|---|---|---|---|
| D | Rikers Island Mistreatment Records | Affidavits and complaints describing excessive force, pepper spray use, and falsified disciplinary reports. | D1–D3 |
| E | Court Interpreter Record & Immigration Papers | Court record showing false interpreter notation (Sept. 18, 2024); ADA Fisher's email (Sept. 17, 2024); ICE detention and deportation notices (where available). | E1–E9 |
| F | Communications with Counsel and Consulate | Correspondence from attorneys (Giordano, Scheier, Moran) and Italian consular officials (Oliva, De Nichilo); | F1–F40 |

| | | evidence of misconduct, misinformation, and file tampering. | F1 – F40 |
|---|---|---|---|
| G | Medical Records | MRI scans, diagnosis, and surgical recommenda-tions confirming injuries sustained during detention. | G1–G4 |
| H | Proof of Service | To be filed after case number assignment; will include Affidavit of Service, international mail receipts, and delivery confirmations. | H0–H0 |
| I | Corresponden-ce with U.S. and Italian Authorities (2023–2025) | Copies of registered letters and PEC/ email communications sent to DOJ, AG of NY, Court of Claims, | I1– I19 |

> Comptroller,
> MAECI, and
> Consulate;
> showing
> absence of
> response and
> lack of
> protection.

**Notes**

- All Exhibits are organized chronologically (2020–2025) and sequentially paginated (A1–I19).
- Each Exhibit section includes a cover page identifying its letter and title.
- Exhibit H (Proof of Service) will be completed and refiled once the Court assigns a case number and Defendants are formally served.

———

**Respectfully submitted,**
**Gabriele Costantino**
Pro Se Plaintiff
Via Alessandro Scarlatti 15
90047 Partinico (PA), Italy
Email: *costantinogabriele94@gmail.com*
Date: 08\10\ 2025

## Exhibit A – Police Reports & Emails (May 2021 Arrest)

- Includes Raritan Police Report, Brooklyn Police records, and related email communications with ex-partner and ADA Amanda Fisher.
- Demonstrates false statements, harassment, and procedural irregularities.
- *Pages: A1–A█ 58*

# COMPLAINT - WARRANT

## THE STATE OF NEW JERSEY

### COMPLAINT NUMBER

| 1009 | W | 2020 | 000016 |
|------|---|------|--------|
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

FLEMINGTON BORO MUNICIPAL COURT
2 MUNICIPAL DRIVE
FLEMINGTON          NJ 08822-0000
908-782-5770          COUNTY OF: HUNTERDON

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 2 | | 2020-41 |

COMPLAINANT
NAME:     PTL. D.     ALA

### VS.
GABRIELE COSSTAANTINO

ADDRESS 103 TRAVEL INN

FLEMINGTON          NJ 08822-0000

DEFENDANT INFORMATION
SEX: M  EYE COLOR: BROWN          DOB: 05/23/1994
DRIVER'S LIC. #.                                    DL STATE:
SOCIAL SECURITY #:          SBI #: 233523H
TELEPHONE #: 929-393-0845  (C)
LIVESCAN PCN #: 100900002929

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 01/24/2020 in          FLEMINGTON BORO          , HUNTERDON County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, COMMITTED SIMPLE ASSAULT BY ATTEMPTING TO CAUSE OR PUPOSELY, KNOWINGLY OR RECKLESSLY BODILY INJURY TO THE VICTIM, SPECIFICALLY BY GRABBING THE VICTIM BY HER SWEATSHIRT CAUSING IT TO TEAR AND THEN FORCEFULLY REMOVING HER FROM THE DRIVER SIDE OF THE VEHICLE AND FORCEFULLY PUTTING INTO THE PASSENGER SEAT OF THE VEHICLE CAUSING THE VICTIM TO YELL FOR A MALE OUTSIDE TO VEHICLE TO CONTACT THE POLICE, IN VIOLATION OF N.J.S.A. 2C:12-1A(1), A DISORDERLY PERSON OFFENSE.

WITHIN THE JURISDICTION OF THIS COURT, COMMIT CRIMINAL MISCHIEF BY PURPOSELY OR KNOWINGLY DAMAGING TANGIBLE PROPERTY OF BLACK SWEATSHIRT AND PANTS, AND PURPOSELY CAUSING PECUNIARY LOSS IN THE AMOUNT LESS THAN $500, SPECIFICALLY GRABBING THE SWEATSHIRT AND PANTS WITH SUCH FORCE CAUSING THEM TO TEAR. IN VIOLATION OF 2C:17-3C(1). A DISORDERLY PERSONS OFFENSE.

in violation of:

| Original Charge | 1) 2C:12-1A(1) | 2) 2C:17-3A(1) | 3) |
|---|---|---|---|
| Amended Charge | | | |

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment
Signed: _____          PTL. D.     ALA          Date: 01/24/2020

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court          in the county of HUNTERDON
at the following address: HUNTERDON COUNTY COURT
HUNTERDON COUNTY JUSTICE CENTER     65 PARK AVENUE          FLEMINGTON          NJ 08822-0000
Date of Arrest: 01/24/2020  Appearance Date:          Time:          Phone: 908-824-9750

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

_____
Signature of Court Administrator or Deputy Court Administrator     Date          Signature of Judge          Date

☑ Probable cause IS found for the issuance of this complaint. ERIC     PERKINS JUDICIAL OFFICER 01/24/2020
                                                                                    Signature and Title of Judicial Officer Issuing Warrant          Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ by: _____
                                                                    (if different from judicial officer that issued warrant)

| ☑ Domestic Violence – Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

COMPLAINT - WARRANT (DEFENDANT'S COPY)

Page 3 of 7          NJ/CDR2 1/1/2012

exhibiT - A - Page 2

W-2020-000047-1816   03/02/2020   02:16:21 PM   Pg 1 of 4   Trans ID: CRM2020208854

PREPARED BY COURT

State of New Jersey,

v.

Gabriele Costantino,

                Defendant.



SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: CRIMINAL PART
SOMERSET COUNTY

Complaint #: W-2020-000047-1816

Criminal Action

PRETRIAL RELEASE ORDER

## FINDINGS FOR PRETRIAL RELEASE:

THE COURT FINDS that releasing the defendant on personal recognizance or on an execution of an unsecured appearance bond is insufficient to reasonably assure the defendant's appearance in court when required, the protection of the safety of any other person or the community and that the defendant will not obstruct or attempt to obstruct the criminal justice process, and therefore is **ORDERING THE DEFENDANT RELEASED SUBJECT TO NON-MONETARY CONDITIONS.**

## REASONS FOR DEPARTURE FROM PRETRIAL SERVICES RECOMMENDATION:

THE COURT FINDS that a departure from the recommendation is appropriate after considering the following information:

- the defendant is alleged to have committed an offense involving domestic violence
- other relevant circumstances or evidence presented

**FURTHER,** State requested Level 3 reporting with conditions. The defendant is to have no contact with the alleged victim.

Page: 1 of 4

NJ - 2020 - Raritan

Exhibit - A - Page - 3

NJ



**RARITAN POLICE**
RARITAN, NJ

| INCIDENT # / REPORT # | OFFICER | RANK | REVIEW STATUS |
|---|---|---|---|
| 20002503 / 2 | SGT JAMES RANIERE | LIEUTENANT | APPROVED |

**INCIDENT #20002503 DATA**
As Of 03/13/2020 06:57:03

**BASIC INFORMATION**

**CASE TITLE**
DV SIMPLE ASSAULT/VIOLA

**LOCATION**
18 BELL AVE

**APT/UNIT #**

**DATE/TIME REPORTED**
02/29/2020 15:46:19

**DATE/TIME OCCURRED**
On or about 02/29/2020 15:46

**INCIDENT TYPE(S)/OFFENSE(S)**
(2C:12-1A(1))SIMPLE ASSAULT

**PERSONS**

| ROLE | NAME | SEX | RACE |
|---|---|---|---|
| VICTIM | VIOLA, DANIELLA T | FEMALE | WHITE |
| WITNESS | VIOLA, SALVATORE | MALE | WHITE |
| WITNESS | VIOLA, MARGARITE R | FEMALE | WHITE |

**OFFENDERS**

| STATUS | NAME | SEX | RACE |
|---|---|---|---|
| DEFENDANT | COSTANTINO, GABRIELE | MALE | WHITE |

[ NO VEHICLES ]

[ NO PROPERTY ]

**OFFICER REPORT: 20002503 - 2 / SGT JAMES RANIERE (1659)**

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
|---|---|---|
| 03/01/2020 09:19:52 | SUPPLEMENT | APPROVED |

**NARRATIVE**

On 02/29/2020, at approximately 1546 hours, I responded to 18 Bell Avenue Raritan, NJ to assist Officer Timothy DeBerry with a domestic violence incident.

Page - 4 - Exhibit - A

I arrived on scene and did not immediately witness any individuals in the area. I walked to the back of the residence where I observed a female, later identified as Margarite Viola of ████████████████████████████ looking up at the second floor of the residence. I directed my attention to the second floor where I observed two individuals, later identified as Daniella Viola (victim) and Salvatore Viola of ████████ ████████████████████. They were in the process of knocking on the door to the upstairs room. I began walking up the stairs to them when a third individual exited the residence, later identified as Gabriele Costantino of 18 Bell Ave. Raritan, NJ.

I directed all three individuals to come down the stairs into the backyard. I began speaking with Daniella when her and Gabriele began arguing. I directed Gabriele to step away while I spoke with Daniella. Off. Benjamin Griffin then arrived on scene and he stood with Gabriele. Daniella stated she used to live at 18 Bell Ave. with Gabriele. Daniella stated Gabriele and her were married. Daniella stated she was at the residence with her parents (Salvatore and Margarite) to collect belongings. Daniella stated there had been a previous incident of domestic violence between Gabriele and herself (did not occur in Raritan). Daniella stated there was previously a Temporary Restraining Order in place but it had been dropped by her because Gabriele had "threatened to kill her." Gabriele stated she wanted to apply for another Temporary Restraining Order because she was "scared for her life."

Daniella stated that on this day while attempting to collect her belongings, Gabriele and her began arguing. Daniella stated that in the process of this argument Gabriele spit in her face, pushed her, and pulled her hair causing pain to her head.

Sgt. James Raniere then arrived on scene. Sgt. Raniere separated Daniella to speak with her regarding this incident. I then spoke to Daniella's father, Salvatore. Salvatore stated Gabriele had come to the U.S. in October 2019 and that Gabriele and Daniella were married. Salvatore stated the relationship was abusive towards

Page - 5 - Exhibit - A

his daughter. Salvatore stated they had arrived at 18 Bell Ave. to collect belongings when the parties began arguing over the removal of furniture. Salvatore stated Gabriele told them they were not removing anything when Gabriele pushed Daniella and spit at her. Salvatore stated Daniella then spit back at Gabriele and Gabriele then pulled Daniella's hair. Salvatore further stated that Gabriele has threatened to kill him in the past.

While speaking with Sgt. Raniere, Daniella explained to him what she had told me. I then returned to Gabriele who had been standing by with Off. Griffin and placed him under arrest for Simple Assault under the Domestic Violence Act. Gabriele was handcuffed, searched, and seated in the rear of patrol vehicle #1.

At 1602 hours, starting mileage 45.9, I transported Gabriele to Raritan Police Headquarters. We arrived at HQ at 1605 hours, ending mileage 46.8. Gabriele was escorted upstairs into the Processing Room and was secured to the prisoner bench. The Prisoner Log was updated.

At HQ, I communicated with Gabriele via a translator app due to Italian being his primary language. Gabriele claimed he never put his hands on Daniella. Gabriele stated Daniella "takes pills" and is "crazy." A Booking Report was completed and Gabriele was fingerprinted and photographed. A Municipal Detention Health Form and a Suicide Prevention Screening Form were unable to be completed due to the language barrier.

Complaint Warrant 1816 W 2020 000047 was completed charging Gabriele with 2C:12-1A(1) Simple Assault. Municipal Court Judge Katherine Howes was contacted and found probable cause for the issuance of the warrant. Gabriele was served with his copy.

A Victim Notification Form was completed for Daniella. Daniella signed the form indicating she understood her rights and wished to apply for a Temporary Restraining Order (TRO). Daniella was given her copy and responded to HQ for the application of the TRO. The TRO application was completed and was granted by

Page - 6 - Exhibit - A

3

While on scene I spoke with the victim, Daniella Viola. She explained that she is married to Gabrielle Constantino, who resides at the residence. She said they recently separated and she is currently living with her parents in Whitehouse Station. Both of her parents were on scene and were identified as Salvatore and Margarite Viola.

Daniella said prior to calling the police, she and her parents drove to Gabrielle's residence to gather some of her personal belongings from when they once resided together. She said while speaking with him in his apartment he began arguing with them. She said during the argument Gabrielle spit in her face and pulled her hair, causing pain to her head. I asked Daniella if she needed medical attention and she refused.

Daniella added that this has been an ongoing issue with Gabrielle. She explained of passed incidents of domestic violence between her and Gabrielle. One incident occurred in Italy where Gabrielle bit her hand. I observed bruising to her hand, consistent with teeth marks, which Daniella said was from that incident. She explained of another incident which occurred in Hunterdon County where Gabrielle was arrested for assaulting her. She said she was granted a temporary restraining order (TRO) but it was dismissed because she feared that he was going to kill her. Daniella verbally stated she wished to apply for a TRO for this incident.

Gabrielle was arrested for simple assault under the Domestic Violence Act.

I spoke with Daniella and her parents further at headquarters to gather further information for the TRO application. Salvatore said that Gabrielle has threatened to kill him in the past. The TRO was granted by Raritan Municipal Judge Katherine Howes. She also found probable cause for the issuance of a complaint warrant for simple assault.

REPORT OFFICERS

Page - 7  Exhibit - A -

4

*OMESTIC VIOLENCE BUREAU COMPLAINANT INTAKE FORM*

MCJ Howes. Daniella and Gabriele were served with their copies. The TRO service was updated in eTRO. Daniella did not request to speak with a representative from DVRT.

Gabriele was transported to the Somerset County Jail by Officer Joshua Manzo (refer to Off. Manzo's supplementary report for details regarding transport).

An ODARA form was completed and was forwarded to ODARA@njdcj.org. A State of NJ Supplementary Domestic Violence Offense Report was completed and was forwarded to Capt. Craig Monda.

All documents were uploaded into Infoshare.

**REPORT OFFICERS**

| | | |
|---|---|---|
| Reporting Officer: | OFC TIMOTHY DEBERRY | 1679 |
| Reviewing Officer: | SGT JAMES RANIERE | 1659 |
| Approving Officer: | SGT JAMES RANIERE | 1659 |

Page-8 - Exhibit - A

Page 1 of 2



# READINGTON TWP POLICE, NJ
## Incident Report #20215277

Date/Time Printed: Fri Feb 09 09:16:12 EST 20 By: 22mailer

**Approved For Public View**

| Case Title | Location |
|---|---|
| SIMPLE ASSAULT | DREAHOOK RD |
| Date/Time Reported | Date/Time Occurred |
| 12/29/2020 09:05:35 | 12/29/2020 09:05:00 to 12/29/2020 09:05:00 |

Incident Type/Offense
SIMPLE ASSAULT (2C:12-1A(1))

### Persons

| | Role | Name | Sex | Race | Age | DOB | Phone | Address |
|---|---|---|---|---|---|---|---|---|
| 1 | INVOLVED PARTY | VIOLA, DANIELLA T | FEMALE | WHITE | 27 | 07/04/1993 | (home) (cell) 908-268-8598 | 25 DREAHOOK ROAD WHITEHOUSE ST, NJ |
| 2 | VICTIM | COSTANTINO, GABRIELE | MALE | WHITE | 26 | 05/23/1994 | (home) (cell) 3937917667 | 25 DEAHOOK RD. WHITEWHOUSE STA. , NJ |

### Offenders

| | Status | Name | Sex | Race | Age | DOB | Phone | Address |
|---|---|---|---|---|---|---|---|---|
| 1 | DEFENDANT | VIOLA, DANIELLA T | FEMALE | WHITE | 27 | 07/04/1993 | (home) (cell) 908-268-8598 | 25 DREAHOOK ROAD WHITEHOUSE ST, NJ |
| | | | | | | | (home) (cell) | |

### Vehicles

| | Role | Type | Year | Make | Model | Color | Reg # | State |
|---|---|---|---|---|---|---|---|---|
| 1 | | | 2017 | LEX | RX | | H73NBK | NJ |
| | Stolen $ | Rec Code | Date Rec | | Rec $ | Rec By | | |

### Property

| Class | Description | Make | Model | Serial # | Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

### Narrative

On December 29, 2020 at approximately 0905 hours, I was dispatched to the area of Dreahook Rd. and Horseshoe Rd. for a report of a female on the roadway crying. The calling party stated the male left in a white Lexus SUV towards Rt. 523.

Upon my arrival, I made contact with Daniella Viola. Viola advised she was in her vehicle with her husband, Gabrielle Costantino, who wanted to go to the train station. Viola explained she wanted to call her father and at which time, Costantino became upset. Viola explained that Costantino had slapped her while she was driving and took her phone from her hands. Viola had
(Continued on next page)

| Reporting Officer | Reviewing Officer | Approving Officer |
|---|---|---|
| DAROCHA, J(221772) (12/29/2020 10:26:06) | | HEYCOCK, C(22571) (12/29/2020 17:04:52) |

Page-9    Exhibit - A







## READINGTON TWP POLICE, NJ
### Incident Report #20215277

**Approved For Public View**                    Date/Time Printed: **Fri Feb 09 09:16:12 EST 20**By: **22mailler**

| Case Title | Location |
|---|---|
| SIMPLE ASSAULT | DREAHOOK RD |
| Date/Time Reported | Date/Time Occurred |
| 12/29/2020 09:05:35 | 12/29/2020 09:05:00 to 12/29/2020 09:05:00 |

Incident Type/Offense
SIMPLE ASSAULT(2C:12-1A(1))

### Narrative (Continued from page 1)

pulled over and exited her vehicle. Viola had a complaint of pain on her right cheek. I checked Viola's cheek and did not observe any redness or hand prints that would coincide with Costantino slapping her. Viola advised that Costantino had continued driving the vehicle towards Rt. 523.

Sfc. Heycock observed a male running towards Horseshoe Rd. and observed a white Lexus Suv parked in the parking lot of Cornhuskers Park. The vehicle returned to Daniella Viola and the male was later stopped on Dreahook Rd. and Horseshoe rd.

Costantino explained he wanted to go to Philadelphia and then back to Italy. Viola became upset that he wanted to leave her and began hitting him. Costantino attempted to defend himself and was calling Viola crazy for hitting him. Viola became more irate and then attempted to grab his neck causing the visible red scratches and red marks. Costantino advised he just wants to leave and go back to Italy and not have to deal with Viola. For further details on Costantino's injuries see attached photos located in this case file. Costantino was advised of his Domestic Violence rights. Costantino signed and acknowledged that he did not want to seek a Temporary Restraining Order and refused medical attention.

I placed Viola under arrest and secured her in the back of my patrol car, 22-15. Viola was transported to headquarters without incident.

At headquarters, Viola was processed and photographed. Viola was charged with 2c:12-1a(1) Simple Assault. I advised Viola of her virtual court date on January 07, 2020 at 1100 hours.

I transported Viola back to her vehicle at Cornhuskers Park without incident.

No further action taken by this officer.

| Reporting Officer | Reviewing Officer | Approving Officer |
|---|---|---|
| DAROCHA, J(221772) (12/29/2020 10:26:06) | | HEYCOCK, C(22571) (12/29/2020 17:04:52) |

Page-10- ExhibiT - A

## Robbery

### Monroe Police Department

**Incident Report**

Dess 02/27/2021

MONROE TWP. POLICE N.J.

Incident:
2-ROB AND OTH CRM-BNK ALL O GUNS

Between: Date - Time

Arr'd At: Date-Time
2/27/21    19:03

Incident Report Number:
21-006446

Incident Location:
1424 S Black Horse PIKE, Williamstown, NJ, 08094

| Offense - 1 | Offense - 2 | Offense - 3 | Offense - 4 |
|---|---|---|---|
| 2C:15-1A(3) | 2C:13-5A | 2C:33-4A | 2C:12-3B |

| Offense - 5 | Offense - 6 | Offense - 7 | Offense - 8 |

Name (Last, First, Middle):
V    Viola, Daniella

DOB
07/04/1993

Race/Sex
W/F

Address: (Address, City, State, Zip)
25 Dreahook Road, Whitehouse Stati, NJ, 08889

Phone 1
(908) 300-0769

Phone 2

Employer

Work Phone #

Employer Address

Name (Last, First, Middle):

DOB

Race/Sex

Phone 1

Address: (Address, City, State, Zip)

Phone 2

Employer

Work Phone #

Employer Address

Offense - 1: 2C:15-1A(3)

### SUMMARY

A call for service yielded the discovery of a Domestic Violence
incident, as well as a Robbery.

Active // Investigation

Response: Priority #2

Audio and video is available upon request (Divert #1)

Vehicle Information: (Year, Make, Model, Style, Color)

| License Number: | State: | Expiration Year: | Vin: | Insurance Company: |
|---|---|---|---|---|

Other Vehicle Information:    NCIC#

| Reporting Officer(s): | | Payroll Number | Report Date |
|---|---|---|---|
| Farnelli, Donald A. | 7137 | DF7134 | 02/27/2021 |

| Time Received: | Time Cleared: | Unit(s) Assigned: | Pages: |
|---|---|---|---|
| 19:03:16 | 02:10:45 | P7134 | 1 Of 5 |

| Reviewed by: | Payroll Number | Copy To: |
|---|---|---|
| Pacilio, Thomas | TP787 SGT | |

Incident Report Number    21-006446

Page - 11   Exhibit - A

DOMESTIC VIOLENCE -

## Monroe Police Department

| | **Continuation** |
|---|---|
| | Incident Date: 02/27/2021 |

| Incident Report Number | Incident Location: |
|---|---|
| 21-006446 | 1424 S Black Horse PIKE, Williamstown, NJ, 08094 |

### NARRATIVE

**Saturday**
**February 27th, 2021**
**19:03 Hours**

**Origin:** On the aforementioned date and time, I was advised by Gloucester County Communications to call in to receive information in regards to a speak to officer call. Gloucester County Communications advised that a female had called to notify police of an incident that had taken place which involved her daughter as a victim.

**Action:** I then requested Gloucester County Communications enter my caller and I into a conference call. At this point, I made contact with the caller, identified as Ms. Margarite Viola (D.O.B. 07/29/1963). Margarite advised that her daughter, identified as Daniella Viola (D.O.B. 07/04/1993) and her soon to be ex husband, identified as Mr. Gabriele Costantino (D.O.B. 05/23/1994) were in Monroe Township at some point earlier in the week, and her daughter was forced to withdraw $5,000.00 from PNC bank, and give the money to her husband, after her husband had threatened to kill her father if she doesn't give him the money. I began to collect Margarite, Daniella, Gabriele and Daniella's father's information, who was identified as Mr. Salvatore Viola (D.O.B. 03/15/1961).

**Investigation:** Due to the lack of specific information received from Margarite, I reached out directly to Daniella in reference to this incident. I received Daniella's contact information from her mother, and reached out to her via telephone due to her being an hour and forty minutes away from Monroe Township. During my conversation with Daniella, she advised that her ex-husband, Mr. Costantino, had been contacting her and requesting she come and visit him in Monroe Township. Daniella advised she didn't want to visit him, but he did have some of her jewelry that she wanted to recover. Daniella stated she did end up visiting Mr. Costantino, and during the course of her visit, she advised that Mr. Costantino kept asking for $5,000.00. Daniella refused to give Mr. Costantino the money multiple times, and eventually Mr. Costantino stated she needed to get him the money or he would shoot her father in the head and kill him. Daniella then stated they went to PNC bank together, both entered the bank, she withdrew the money and gave it to Mr. Costantino. Daniella did not have an accurate phone number for Mr. Costantino, as he only calls her off of blocked numbers, and she doesn't know where he lives, however, she believed he lived on the same road as his place of employment, which is Antonio's Pizza.

Through further questioning, it was discovered that the withdraw of the money had taken place on February 22nd, at approximately 09:00 A.M., and she had been at the Red Carpet Inn with Mr. Costantino the night prior and that was the time period that the threats were made.

| Reporting Officer(s): | | Payroll Number : | Pages: |
|---|---|---|---|
| Farnelli, Donald A. | 7131 | DF7134 | 2 of 5 |

Page - 12   Exhibit - A

| Monroe Police Department | | | Supplemental Report | |
|---|---|---|---|---|
| | | | | Incident Date: 02/27/2021 |
| Incident Report Number: 21-006446 | Incident Location: 1424 S Black Horse PIKE, Williamstown, NJ, 08094 | | | New Offense - 2: |
| New Incident: | | Original Offense - 1: 2C:15-1A(3) | New Offense - 1: | |

## SUMMARY

Case number 21-006446 is assigned to me for further investigation regarding an alleged robbery/criminal coercion/harassment/terroristic threats.

**X-Cleared // Closed.**

**Response:** Priority 03.

Audio and video unavailable.

See attachments to include recorded interviews.

## NARRATIVE

### Saturday February 27, 2021   Approximately 19:46 hrs

On the above date and time I was contacted via telephone by Sergeant Tom Pacilio, 787, who requested I respond to police headquarters to conduct a recorded interview. The requested interview was in regards to case number 21-006446 (see original incident report 21-006446 for additional details).

Upon my arrival to police headquarters I was briefed by Patrol Officer Donald Farnelli, 7134, regarding the incident.

I spoke to the victim who was on location, identified as Daniella T. Viola. Ms. Viola wished to participate in a recorded interview regarding her accounts of the incident (see attached recorded interview for additional details). During my interview with Ms. Viola she reported that she and her husband, identified as Gabriele Costantino, spent the night, Sunday, February 21, 2021, at the Red Carpet Inn, 2941 Black Horse Pike. Ms. Viola noted that she and Mr. Costantino are currently in the process of a divorce.  Ms. Viola stated she picked him up from his place of employment, Antonio's Pizza, 621 South Main Street, and transported him to the Red Carpet Inn. Ms. Viola stated that she put the room in her name, room 103, however Mr. Costantino paid for the room. Ms. Viola said that once inside the room Mr. Costantino took her keys and cell phone and hid them. Ms. Viola could not tell me where he placed these items. Ms. Viola stated that the pair did not sleep in the room however just sat up for the remainder of the night. Ms. Viola stated that Mr. Costantino requested money from her, specifically $10,000.00. Ms. Viola further stated that Mr. Costantino threatened that if she did not provide him with the money that he would shoot her father in the head.

Ms. Viola advised that on Monday February 22, 2021, the pair left the hotel room at which time she drove Mr. Costantino to the PNC Bank, 1424 South Black Horse Pike. Ms. Viola said that she provided Mr. Costantino with $5000.00 in fear that Mr. Constantino would carry out his threats. Ms. Viola did not report

| Reporting Officer(s): Prus, Michael J. | | | Payroll Number: MP7116 | Report Date: 03/01/2021 |
|---|---|---|---|---|
| Reviewed by: Riggins, Daniel A. | Payroll Number: DR780 | | Copy To: | Page: 1 Of 5 |

## Monroe Police Department

### Continuation

| Incident Report Number | Incident Location | Incident Date |
|---|---|---|
| 21-006446 | 1424 S Black Horse PIKE, Williamstown, NJ, 08094 | 02/27/2021 |

any involved weapons. Ms. Viola stated that she retrieved the money without incident. Ms. Viola reported a history of domestic violence between the pair.

### Monday March 01, 2021 Approximately 13:41 hrs

On the above date and time I responded to 1424 South Black Horse Pike, PNC Bank, in an attempt to retrieve surveillance footage of Ms. Viola's bank transaction. I was provided a name and telephone number regarding an employee who could assist me with retrieving the footage.

I returned to police headquarters where I attempted to make contact with the employee who could assist me with the retrieval of the surveillance footage however I was unable to make contact. I left a detailed voicemail leaving my information to include a call back number.

I contacted Mr. Costantino via telephone utilizing an Italian interpreter. I requested Mr. Costantino participate in a recorded interview during which time he could make known his accounts of the incident. Mr. Costantino agreed to participate in a recorded interview at 08:30 on Tuesday, March 02, 2021.

### Tuesday March 02, 2021 Approximately 08:30 hrs

On the above date and time Detective Sergeant Dan Riggins and I responded to the Mayfair Motel, 2941 Black Horse Pike, Sicklerville, NJ. Once at the motel I responded to room 103 where I was met by Mr. Costantino. Mr. Constantino was transported to Monroe Township Police Headquarters, 125 Virginia Avenue, without incident. I provided Gloucester County Dispatch with my starting and ending mileage for the transport.

Once at police headquarters I contacted County Dispatch and requested an Italian interpreter. Once the interpreter was on the phone located inside of the Divert room at Police Headquarters, I activated speaker phone and turned the volume to its highest setting. Mr. Costantino was read his Miranda Rights aloud which where translated by the interpreter in Italian. Mr. Costantino acknowledged that he under stood his rights and that he wished to speak with me at this time waiving his right to remain silent (see recorded interview for additional details).

Mr. Costantino reported that on Sunday, February 22, 2021, Ms. Viola spoke to a friend of his and asked where he was located. Mr. Costantino said that his friend told her that he was located at his place of employment, Antonio's Pizza, 621 South Main Street. Mr. Costantino stated that Ms. Viola responded to Antonio's and requested the pair get a motel room. Mr. Costantino advised that at some point during there conversation he requested Ms. Viola provide him money which she owes him and instructed her that if she does not provide him with his money that she could return home. Mr. Costantino said that Ms. Viola informed him she would provided him with his money however it would have to be in installments. Mr. Costantino noted that Ms. Viola owes him $11,000.00 in total. Mr. Costantino advised that the pair did spend the night at the Red Carpet Inn on Sunday February 21, 2021, at Ms. Viola's request. Mr. Costantino reported that the pair enjoyed each others company throughout the night and that at one point purchased food at a Taco Bell located across from the Inn. Mr. Costantino stated that he did not have Ms. Viola's cellular telephone in his

| Reporting Officers | | Payroll Number | Page |
|---|---|---|---|
| Prus, Michael J. | | MP7116 | 2 of 5 |

**Continuation**

**Monroe Police Department**

Incident Report Number: 21-006446

Incident Location: 1424 S Black Horse PIKE, Williamstown, NJ, 08094

Incident Date: 02/27/2021

possession at any point during their time together nor did he take or hide her keys. Mr. Costantino noted that the pair did not have any disagreements or arguments throughout the night.

Mr. Costantino stated that on Monday February 22, 2021, Ms. Viola drove him to the PNC Bank, 1424 South Black Horse Pike, and withdrew money. Mr. Costantino reported that the pair entered and exited the bank together. Mr. Costantino said that once back in Ms. Viola's vehicle she provided him with $1000.00. Mr. Costantino was unaware of how much money Ms. Viola actually withdrew in total. Mr. Costantino again noted that at no time was there any disagreements or arguing. Mr. Costantino stated that after receiving his money he was driven to Antonio's and dropped off by Ms. Viola before she traveled home to her residence in North Jersey. Mr. Costantino advised that at a later time Ms. Viola contacted him and requested the money be returned to her. Mr. Costantino believes that her father persuaded her to ask for the money back. Mr. Costantino noted that he and Ms. Viola's father, Salvatore Viola, have had previous history between the pair. Mr. Costantino said that during once incident Mr. Costantino threatened to kill him, which Mr. Costantino displayed a video on his phone regarding the incident. Mr. Costantino advised that police where involved during the incident and that he applied for a Temporary Restraining Order, TRO, which was granted to him naming Mr. Viola as the defendant and Mr. Costantino as the Victim, FV-10-000274-21. Mr. Costantino displayed a copy of the TRO on his cellular telephone. Mr. Costantino reported domestic violence incidents between he and Ms. Viola in the past which included each of them being arrested. Mr. Costantino advised at one point after the interview that he does not have any weapons and that if I wished I could check his room. I advised Mr. Costantino that this is not necessary at this time.

All recorded interviews have been attached to this report (see attached interviews for additional details).

**Monday March 15, 2021 Approximately 11:00 hrs**

On the above date and time I attempted to contact AP Dianna Reed-Rolando of the Gloucester County Prosecutors Office, via telephone. My attempts at this time were unsuccessful. A detailed voice message was left leaving my credentials as well as a call back number.

**Monday March 15, 2021 Approximately 14:36 hrs**

On the above date and time I was contacted by AP Dianna Reed Rolando via telephone. I spoke with AP Reed-Rolando and informed her the details of the above incident. AP Dianna Reed Rolando stated that Ms. Viola has the right to sign complaints against Mr. Costantino regarding the matter. AP Dianna Reed-Rolando also advised me to inform Ms. Viola of her rights as a victim to include the right to SERV.

**Tuesday March 16, 2021 Approximately 10:09 hrs**

On the above date and time I was contacted by Ms. Viola via telephone. I spoke with Ms. Viola and advised her that she has the right to sign complaints against Mr. Costantino regarding the above matter. I also advised Ms. Viola of her rights as a victim. While speaking with Ms. Viola she informed me that during the recorded interview with me she did not provide me with all of the incident details as she originally advised. Ms. Viola further stated that one of the details she did not provide me was that she was raped by Mr.

Reporting Officer(s): Prus, Michael J.

Payroll Number: MP7116

Pages: 3 Of 5

New Jersey Domestic Violence Civil Complaint and Temporary Restraining Order

N.J.S.A. 2C:25-17 et seq.

☑ TRO ☐ Amended TRO

County    ☑ Municipal Court of MONROE TWP

Superior Court, Chancery Division, Family Part

Docket Number

21-6446

In the Matter of Plaintiff/Victim

VIOLA DANIELLA E.

Plaintiff - Tel

---

## Monroe Police Department

**Continuation**

Incident Date
02/27/2021

Incident Report Number
21-006446

Incident Location
1424 S Black Horse PIKE, Williamstown, NJ, 08094

Costantino. Ms. Viola would not provide me with any additional details regarding the incident at this time stating she feels uncomfortable talking about it. I requested Ms. Viola participate in another recorded statement regarding her accounts of the incident. Ms. Viola stated that she would participate however it would not be until next week when she has availability. Ms. Viola could not provide me with an exact day or time and was instructed to contact me when she had availability. Ms. Viola stated that she would contact me sometime next week. Ms. Viola provided me a telephone number which she stated she could be reached at.

**Thursday March 25, 2021 Approximately 11:30 hrs**

On the above date and time I attempted to make contact with Ms. Viola via telephone however my attempt was unsuccessful. I have not yet heard from Ms. Viola regarding the new matter she wished to report.

Ms. Viola has not contacted me since the completion of this report. Several attempts via telephone have been made to reach Ms. Viola however my attempts have been unsuccessful.

All leads and avenues of investigation have been exhausted at this time. This investigation will be closed with the exception that Ms. Viola contacts me with additional pertinent information or additional information becomes available to support the already made allegations. I spoke with Ms. Viola's mother, in an attempt to reach Ms. Viola, who advised that Ms. Viola is currently living at the Princeton House Behavioral Health and that I would most likely not be able to reach her.

**Nothing further. End of report.**

## Monroe Police Department

### Continuation

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 21-006446 | 1424 S Black Horse PIKE, Williamstown, NJ, 08094 | 02/27/2021 |

### NAMES

**Suspect**

Costantino, Gabriele W/M-26 of 2941 Black Horse PIKE,
Sewell Washington,NJ,08080
DOB: 05/23/1994

Phone 1:(908) 210-8618      Phone 2:(856) 418-8870

**Parent/Guardian**

Viola, Salvatore W/M-59 of 25 Dreahook Road, Whitehouse Stati,NJ,08889
DOB: 03/15/1961

Phone 1:(908) 917-9947

**Caller**

Viola, Margarite W/F-57 of 7 john reading road, Flemington,NJ,08822
DOB: 07/29/1963

Phone 1:(908) 963-8975

=============================================================================

| Reporting Officer(s): | Payroll Number : | Pages: |
|---|---|---|
| Farnelli, Donald A.    7137 | DF7134 | 4 Of 5 |

TP787

... ....... FORM

## Monroe Police Department                                        ## Continuation

| Incident Report Number | Incident Location | Incident Date |
|---|---|---|
| 21-006446 | 1424 S Black Horse PIKE, Williamstown, NJ, 08094 | 02/27/2021 |

**Disposition:** An NJ Victim Notification Form was completed and attached to this report, as well as a NJDV1 Supplementary Report. Daniella advised she would like to apply for a Temporary Domestic Violence Restraining Order. The Honorable Judge Nicholas Lacovara was contacted in regards to this incident, and the TRO was subsequently approved, and the Plaintiff was provided a copy and informed of her court date. This investigation has been turned over to Detective Prus (#7116), who conducted a taped statement of Daniella's incident. See Det. Prus's Supplemental report for further information, see scanned documents for all supporting documentation.

**Nothing Further.**

TP707

Page - 18    ExhibiT - A

5/5.

N T = 125-cv-05189- 2021

1 Held for other –
Nom

Page 4 of 4

**Prevention of Domestic Violence Act**

FV-10-000281-21

☑ **Final Restraining Order (FRO)**   ☐ **Amended Final Restraining Order**

**Comments:**
THE DEFENDANT WAS PRESENT AT THE TIME THE FRO/AFRO WAS ISSUED ON 05/11/2021

**Addendum:**
DEFENDANT SHALL SUBMIT TO THE SHERIFF'S DEPT OR OTHER LAW ENFORCEMENT AGENCY IN NEW YORK FOR FINGERPRINTING AND
IDENTIFICATION PROCEDURES, WITHIN 10 DAYS OF THIS ORDER. THE NEW YORK LAW ENFORCEMENT AGENCY SHALL CONTACT AND
COORDINATE WITH THE HUNTERDON COUNTY SHERIFF'S DEPT, LOCATED AT 65 PARK AVE, FLEMINGTON, NJ 08822 IN PROVIDING THIS
INFORMATION TO NEW JERSEY. HUNTERDON COUNTY SHERIFF'S DEPT PHONE 908-788-1166.

This Order is to become effective immediately and shall remain in effect until further Order of the Superior Court, Chancery Division, Family Part.

05/11/2021      02:30 PM                          s/ STEPHEN B. RUBIN
Date                                                  Honorable

## All Law Enforcement Officers Will Serve and Fully Enforce This Order.
## The Plaintiff Shall Not Be Arrested for a Violation of This Restraining Order.

- **This Final Restraining Order Was Issued After Defendant Was Provided with Notice and the Opportunity to Be Heard and Should Be Given Full Faith and Credit Pursuant to the Violence Against Women Act of 1991, Sec. 40221, Codified at 18 U.S.C.A. S2265(A) and S2266.**

- **If Ordered, Sufficient Grounds Have Been Found By This Court for the Search and Seizure of Firearms and Other Weapons as Indicated in This Court Order.**

- **Defendant Shall Not Be Permitted to Possess any Weapon, ID Card or Purchase Permit While This Order Is in Effect, or for Two Years, Whichever Is Greater.**

### Notice to Plaintiff and Defendant

**IMPORTANT:** The parties cannot themselves change the terms of this Order on their own. This Order may only be changed or dismissed by
the Family Court. The named defendant **cannot** have any contact with the plaintiff without permission of the court. If you wish to change
the terms of this Order and/or you resume living together, you **must** appear before this court for a rehearing.

### Notice to Defendant

A violation of any of the provisions listed in this Order or a failure to comply with the directive to surrender all weapons, firearm permits,
application or identification cards may constitute criminal contempt pursuant to N.J.S.A. 2C:29-9(b), and may also constitute violations of
other state and federal laws which can result in your arrest and/or criminal prosecution. This may result in a jail sentence.

### Return of Service

☑ Plaintiff was given a copy of the Order by:
  ALTEMOSE, VIA EMAIL CHARLES          02:49 PM   05/11/2021      HUNTERDON COUNTY FAMILY COURT
  Print Name                              Time and Date         Signature / Badge Number / Department

☑ I hereby certify that I served the within Order by delivering a copy to the defendant personally:
  ALTEMOSE, VIA EMAIL CHARLES          02:49 PM   05/11/2021      HUNTERDON COUNTY FAMILY COURT
  Print Name                              Time and Date         Signature / Badge Number / Department

☐ I hereby certify that I served the within Order by use of substituted service as follows:

  _____          _____      _____
  Print Name                    Time and Date           Signature / Badge Number / Department

☐ Defendant could not be served (explain):

  _____          _____      _____
  Print Name                    Time and Date           Signature / Badge Number / Department

The Courthouse is accessible to those with disabilities. Please notify the Court if you require assistance. ♿

Distribution:   Family Part,   Plaintiff,   Defendant,   Sheriff,   Other   _____



Revised: 4/2017, CN: 10211 (OVFRO)

Page - 19   Exhibit - A





**1 di 14**

```
                              SUPERIOR COURT OF NEW JERSEY
                              CHANCERY DIVISION, FAMILY PART
                              HUNTERDON COUNTY
                              DOCKET NO. FV-10-000281-21
                              APP. DIV. NO. A-_____
```

```
    _____
    DANIELLA VIOLA,                 :        TRANSCRIPT

              Plaintiff,            :           OF

         vs.                        :        HEARING

    GABRIELE COSTANTINO,            :
    _____
              Defendant.            :
```

```
                          Place:  Hunterdon County   NJ
                                  (Heard Via Zoom)

                          Date:   May 11, 2021
```

BEFORE:

    HONORABLE STEPHEN B. RUBIN, J.S.C.

TRANSCRIPT ORDERED BY:

    JOSHUA SCHEIER, ESQ. (The Legal Aid Society)

APPEARANCES:

    MARCO M. BENUCCI, ESQ. (Wronko Loewen Benucci)
    Attorney for Plaintiff, Daniella Viola

    GABRIELE COSTANTINO, PRO SE, DEFENDANT

```
        Transcriber:  Karen Hartmann, AD/T 261

        Agency:       Transcripts Plus, Inc.
                      435 Riverview Circle
                      New Hope, Pennsylvania 18938
                      (215) 862-1115
                      CourtTranscripts@aol.com


                      Digitally Recorded
                      Operator - Muhammad Ashraf
```

Page - 20        Exhibit - A

Case 1:25-cv-05100-NRM-JAM    Document 1    Filed 10/21/25    Page 28 of 179 PageID #: 575



Costantino - Cross                    55

1    THE COURT:  Ms. Viola, I'm going to ask -- I
2  haven't seen this.  The question is whether or not your
3  phone number appears on there.  If it does, you'd
4  better explain it.  It says (indiscernible - multiple
5  speakers) ID, who's that from?
6    THE INTERPRETER:  Interpreter will need to
7  repeat.
8    THE WITNESS:  I have -- I have to say, she
9  did not call me by phone.  She called me through an
10  Instagram video call that she did from her father's
11  Instagram account which she uses.
12    THE COURT:  Stop right there.  Did you make a
13  call like that, Ms. Viola?
14    MS. VIOLA:  No.
15    THE COURT:  Did you contact him through
16  Instagram?  Do you have proof that she did, Mr.
17  Costantino?
18    THE WITNESS:  No, I sent a picture -- an
19  image to Mr. Charles.  But I will have the phone, the
20  proof in a few days when they give me back the phone
21  because I still have everything on my phone.
22    THE COURT:  All right.  Stop right there.
23  Stop right there.  We're going to continue this matter.
24  Next Tuesday.  Mr. Benucci, next Tuesday.  Mr.
25  Costantino, next Tuesday.  Mr. Altemose --



Colloquy                         56

1    MR. COSTANTINO:  Scusi.  Scusa.  (In English)
2  I have a question.
3    THE COURT:  Yes?
4    MR. COSTANTINO:  Vostro Onore, (in English)
5  please, if you can give me a little bit time, I want
6  talk with the -- my lawyer.
7    THE COURT:  This case is almost over.
8    MR. BENUCCI:  It's almost over, Judge.
9    THE COURT:  You had -- you had 60 days to get
10  a lawyer, Mr. Costantino.
11    MR. COSTANTINO:  (In English)  Okay.
12    THE COURT:  Sixty days.  You're too late.
13    MR. COSTANTINO:  (In English) Okay.
14    THE COURT:  All right?
15    MR. COSTANTINO:  (In English) All right.
16    THE COURT:  This case will continue.  Mr.
17  Altemose, when are we going to continue this?
18    MR. ALTEMOSE:  Your Honor, we can bring it
19  back on the 11th.  However, I believe Mr. Benucci had
20  another matter that was on for the morning.  We have --
21  Your Honor, you and I have four F.O. cases, that should
22  not take very long on the -- in the morning of April
23  11th.
24    MR. BENUCCI:  If at all possible, for me, it
25  would be great to do it around 1, like today.



Colloquy                         57

1    MR. ALTEMOSE:  Your Honor, are you okay with
2  doing it at 1:30?
3    THE COURT:  1:30 on the 11th.
4    MR. ALTEMOSE:  (Indiscernible - multiple
5  speakers).
6    THE COURT:  1:30 on the 11th, we're going to
7  finish this case.
8    MR. ALTEMOSE:  1:30.
9    THE COURT:  Mr. Costantino, you be available
10  next Tuesday at 1:30.  We're going to finish this case.



alaidnyc-my.sharepoint.com

Hearing - NS

Page - 21 -   Exhibit - A

Hearing NJ - June 2021 : Zoom Call

**Prevention of Domestic Violence Act**

Page 4 of 4

| ☐ Final Restraining Order (FRO) | ☑ Amended Final Restraining Order | FV-10-000281-21 |
|---|---|---|

**Comments:**
THE DEFENDANT WAS PRESENT AT THE TIME THE FRO/AFRO WAS ISSUED ON 06/24/2021

**Addendum:**
PLAINTIFF'S MOTION FOR REIMBURSEMENT OF MONIES TAKEN BY DEFENDANT, FILED 05/27/2021 IN THIS MATTER, WAS HEARD THIS DATE BY THE COURT, VIA ZOOM, WITH AN ITALIAN INTERPRETER BEING UTILIZED FOR THE DEFENDANT. PLAINTIFF, PLAINTIFF'S COUNSEL, MARCO BENUCCI AND DEFENDANT APPEARED. FOLLOWING A HEARING, THE COURT GRANTED THE PLAINTIFF'S MOTION, AND HEREBY ORDERS THE DEFENDANT TO PAY THE SUM OF $5000.00 TO THE PLAINTIFF. PAYMENTS SHALL BE MADE BY DEFENDANT FORWARDING THE MONIES TO PLAINTIFF'S COUNSEL, MARCO M. BENUCCI, ESQ., AT THE FIRM OF WRONKO LOEWEN BENUCCI, LOCATED AT 1130 ROUTE 202 SOUTH, STE. A/7, RARITAN, NJ 08869. THE FIRM'S PHONE NUMBER IS (908) 393-6445 / FAX (908) 393-6447.
ANY FURTHER MONETARY ISSUES BETWEEN THE PARTIES SHALL BE ADDRESSED THROUGH THE PARTIES' MATRIMONIAL MATTER (FM-10-199-21).

This Order is to become effective immediately and shall remain in effect until further Order of the Superior Court, Chancery Division, Family Part.

| 06/24/2021    10:48 AM | s/ STEPHEN B. RUBIN |
|---|---|
| Date | Honorable |

## All Law Enforcement Officers Will Serve and Fully Enforce This Order.
## The Plaintiff Shall Not Be Arrested for a Violation of This Restraining Order.

- **This Final Restraining Order Was Issued After Defendant Was Provided with Notice and the Opportunity to Be Heard and Should Be Given Full Faith and Credit Pursuant to the Violence Against Women Act of 1991, Sec. 40221, Codified at 18 U.S.C.A. S2265(A) and S2266.**

- **If Ordered, Sufficient Grounds Have Been Found By This Court for the Search and Seizure of Firearms and Other Weapons as Indicated in This Court Order.**

- **Defendant Shall Not Be Permitted to Possess any Weapon, ID Card or Purchase Permit While This Order is in Effect, or for Two Years, Whichever is Greater.**

### Notice to Plaintiff and Defendant

IMPORTANT: The parties cannot themselves change the terms of this Order on their own. This Order may only be changed or dismissed by the Family Court. The named defendant cannot have any contact with the plaintiff without permission of the court. If you wish to change the terms of this Order and/or you resume living together, you must appear before this court for a rehearing.

### Notice to Defendant

A violation of any of the provisions listed in this Order or a failure to comply with the directive to surrender all weapons, firearm permits, application or identification cards may constitute criminal contempt pursuant to N.J.S.A. 2C:29-9(b), and may also constitute violations of other state and federal laws which can result in your arrest and/or criminal prosecution. This may result in a jail sentence.

### Return of Service

| ☑ Plaintiff was given a copy of the Order by: | | |
|---|---|---|
| ALTEMOSE, VIA EMAIL CHARLES | 10:48 AM  06/24/2021 | HUNTERDON COUNTY FAMILY COURT |
| Print Name | Time and Date | Signature / Badge Number / Department |

| ☑ I hereby certify that I served the within Order by delivering a copy to the defendant personally: | | |
|---|---|---|
| ALTEMOSE, VIA EMAIL CHARLES | 10:48 AM  06/24/2021 | HUNTERDON COUNTY FAMILY COURT |
| Print Name | Time and Date | Signature / Badge Number / Department |

| ☐ I hereby certify that I served the within Order by use of substituted service as follows: | | |
|---|---|---|
| Print Name | Time and Date | Signature / Badge Number / Department |

| ☐ Defendant could not be served (explain): | | |
|---|---|---|
| Print Name | Time and Date | Signature / Badge Number / Department |

♿ The Courthouse is accessible to those with disabilities. Please notify the Court if you require assistance. ♿

Distribution:    Family Part,    Plaintiff,    Defendant,    Sheriff,    Other

Revised 4/2017, CR 10211 (DVFRO)

Page - 22          Exhibit - A

Gabriele Constantino [sic] IND-72513-21KN

|  |  |  |
|---|---|---|
|  |  | G: But... |
|  |  | Officer: There's no but. This isn't right. Do you understand? What you did was violate the law. |
|  |  | G: My wife told me she dropped the case. I met her because she's coming with me to New Jersey. I gave my fingerprints to the court, in the Family Court Division on Flamingdon [?]. Park Avenue. And I told the police I want to drop the case. And I thought, okay. |
| 10:14 PM __ __ | 1.40pm | Officer: But for now, the protective order is still in effect. So you're not to have any contact with her. |
|  |  | G: Now... |
|  |  | Officer: Now that's not the problem. Now it's too late. Now you've broken the law by seeing her for three days. |
|  |  | G: Not me, her. |
|  |  | Officer: It doesn't matter if it's her. You don't have to let her in, but call the police and say, she's trying to break into my house. The New York City Police. You're in New York. This isn't New Jersey. |
|  |  | G: I don't know anything |
|  |  | Officer: That's no excuse. Unfortunately, you broke the law by seeing her. Then, unfortunately, you should be arrested. |
|  |  | G: Me? Now? Arrested? |
| 10:15:31 PM | 2.30pm | [They handcuff him. They find his shoes. They answer his questions about prison. They find his ID. Money. They take him downstairs and put him in a police car.] |
| 10:19:36 PM | 7.16pm | Choi [to McEvoy] You stay here with him, I'll go talk to them. |

John McEvoy - 2021-05-21 22:00:21 - 22:25:41 [The video is longer than Choi's]

| 10:19:16 PM | 6.50pm | McEvoy: You're talking to a lawyer tomorrow. Do you have a lawyer? |
|---|---|---|
|  |  | G: No. |
|  |  | McEvoy: The City gives you one. I think. |
|  |  | [More discussion] |
|  |  | G: Does my wife want trouble for me? |
|  |  | McEvoy: I think it's his parents who want the problem for you, to be honest. It's not such a big deal, really. |
|  |  | G: I need an interpreter. |
|  |  | [Mc Evoy and Gabriele continue talking] |

Page - 23   Exhibit - A

Transcrip - BXYC - Arrest brooklyn - May 2021

Gabriele Constantino IND-72513-21KN

BWC Records:
- Conrade Joseph - 2021-05-21 22:21:47 - 22:45:27
- Francine Delvalle – 2021-05-21 22:20:53 – 22:45:25

Location: Outside of 63 Sutton St. as Gabriele is put in police car, then driven to the precinct, then at the precinct

Speakers:
- Gabriele
- Officers Joseph and Delvalle

| 22:21:38 | 00:00 | [Take Gabriele out of one police car and put him in another. They tell him they're taking him to a precinct] |
|---|---|---|
| 22:26:56 | 05:15 | G: May I sleep in the jail tonight? |
| 22:27:01 | 05:20 | Officer: I'm not sure. We'll find out when we get there. |
| 22:27:10 | 05:29 | G: What the fuck. Why? My wife come here. NJ. Drive here. For meet me. I don't want to meet her. Because her - with me always make problem. I don't want her come in my house. Why am I arrested for nothing. I don't talk English very well. I don't know. Me arrested for 3 times for nothing. Before in NJ. So I come in NY stay for a while. And now again. Arrested for nothing. Why? It's not normal. |
| 22:28:00 | 06:22 | G [cont.]: The girl [inaudible – same as above at 22:04:40, potentially "eat much pill"?]. It's crazy. Believe me. You can see in the … The dad and the mom want problem for me. Because they no want my wife stay with me. You know? And the dad want problem. And me arrested for this shit. |
| 22:28:28 | 07:20 | G: Excuse me? My wife father, she not with me. And I have restraining order with her. Why her come here and arrested me. Why? |
| 22:29:12 | 07:34 | Officer: I don't know sir, we weren't there. |
| 22:29:16 | 07:40 | G: I before one week ago have court talk with judge. And the judge tell me. You no call her you no text message her. I no send nothing. After one week the court. My wife texted me. I send whole text at the judge in the court. And now me arrested. Why. I have proof. I send to NJ all message my wife sent me. And come in my house and now arrested. Why? I have my proof here. You can see my wife call me and I no answer. Nothing. Call me call me call me. |
| 22:30:17 | 08:40 | G [cont.]: I need to call my boss. Talk tomorrow about work. Fuck. Please, you can call my boss with my phone |
| 22:30:32 | 08:53 | Officer: When you get back to the precinct you'll be able to make calls<br>G: prison?<br>Officer: precinct, not prison |
| 22:30:44 | 09:04 | G: May I today sleep in the prison? |

15

administer an oath for this purpose.

Detective Kevin Choi
New York City Police Department

Sworn and subscribed to before me, this 16th day of October 2023

Hon. Evelyn Laporte

HON. EVELYN J. LAPORTE

OCT 1 6 2023

6

---

**ATTACHMENT 1**
**PHOTOGRAPH OF GABRIELE COSTANTINO**

 NEW YORK CITY POLICE DEPARTMENT 

*Mugshot Pedigree*

| | |
|---|---|
| NAME: | CONSTANTINO GABRIELE |
| NYSID#: | 15233983Q |
| Arrest #: | K21617313 |
| Arrest Date#: | 05-23-2021 |
| Top Charge: | PL 215510B: CRIM CONT-1ST:ORDER/PROTECTION |
| Date of Birth: | 05-23-1994 |
| Age at Offense: | 26 |
| Social Security #: | 0 |
| PCT of Arrest: | 094 PRECINCT |
| Source: | LIVE |

PHYSICAL DESCRIPTION

| | |
|---|---|
| Race: | WHITE |
| SEX: | MALE |
| Height: | 508 |
| Weight: | 160 |
| Hair Length: | SHORT |
| HAIR COLOR: | DK BROWN |
| Hair Type: | CLOSE CUT |
| Complexion: | CLEAR |
| Eye Color: | BROWN |

Scars, Marks Tattoos:
Desc:
Location:
Bodyside:

Alias 1:
Alias 2:





7

Page 25   Exhibit - A

May 2021 - Arrest Brooklyn

# ATTACHMENT 1
## PHOTOGRAPH OF GABRIELE COSTANTINO



### NEW YORK CITY POLICE DEPARTMENT

*Mugshot Pedigree*





| | |
|---|---|
| NAME: | CONSTANTINO GABRIELE |
| NYSID#: | 15233983Q |
| Arrest #: | K21617313 |
| Arrest Date#: | 05-23-2021 |
| Top Charge: | PL 215510B: CRIM CONT-1ST-ORDER/PROTECTION |
| Date of Birth: | 05-23-1994 |
| Age at Offense: | 26 |
| Social Security #: | 0 |
| PCT of Arrest: | 094 PRECINCT |
| Source: | LIVE |

### PHYSICAL DESCRIPTION

| | |
|---|---|
| Race: | WHITE |
| SEX: | MALE |
| Height: | 508 |
| Weight: | 160 |
| Hair Length: | SHORT |
| HAIR COLOR: | DK BROWN |
| Hair Type: | CLOSE CUT |
| Complexion: | CLEAR |
| Eye Color: | BROWN |

Scars, Marks Tattoos.
Desc:
Location:
Bodypart:

Alias 1:
Alias 2:



Gabriele Constantino IND-72513-21KN

Gabriele Constantino IND-72513-21KN

| Event | Evidence in discovery? | Notes |
|---|---|---|
| According to the prosecution, Daniella's mother called 911 at approximately 20:05 hours (8:05 pm). | Yes | |
| Detective Choi says he called mother when he arrived to confirm the apartment number and get the full names. | Yes | |
| A police officer (Choi?) called Daniella's phone. | | Detective Choi asks the dispatcher to "check" the number she said she had gotten for Daniella, but we don't hear him or her use it |
| Police officers spoke to a roommate who was "aware" they had been fighting, but not of the specifics. | Yes | This is not in their conversation with Liam Higgins. |
| Officers advised the roommate to contact the police if Gabriele returns. | | We have no recording of this, there is a blackout period in the records between 20:47 and 20:00 |
| Officers then left and began to speak with the parents who were outside the location downstairs. | | Same as above—we do know that when the police go up a second time, Daniella is not there, so she may have stayed outside |
| While speaking to the parents, Daniella & Gabriele returned to the apartment. Gabriele entered the apartment while Choi stayed outside talking to parents and Daniella. | | |
| At 22:02, the roommate texts 911 to report that Gabriele returned home. | Yes | Text Session Id = 71587, available in 02-10-21, 911 folder. PDF |
| Choi went upstairs and knocked on the door, etc. etc. | Yes | |

Page 27   Exhibit - A

Gabriele Constantino IND-72513-21KN

Timeline of arrest of Gabriele Constantino on 05/21/21:

| 911 call / dispatch | Finding apartment | | No record | Finding and arresting Gabriele | Placing him in police car | Drive to precinct |
|---|---|---|---|---|---|---|
| 20:05:56 Dispatcher document | 20:21:13 | 20:47:31 | | 22:00:19 | 22:20:50 | 22:25:45 |
| | Choi / McEvoy BWC | | | Choi and McEvoy BWC | | |
| | | | | | | Delvalle and Joseph BWC |

Detailed timeline list:

| Time | Event | Records |
|---|---|---|
| 20:05:56 | 911 call | • Call recording<br>• Dispatcher document |
| 20:14:17 | Unit is dispatched | • Call recording<br>• Dispatcher document |
| 20:21:13 | Unit arrives at 65 Sutton St. | • Dispatcher document |
| 20:21:26 | Detective Choi turns his BWC on outside of 65 Sutton St.; McEvoy turns his on 3 seconds later. They try to get into the building | • BWC recording (Choi and McEvoy) |
| 20:27:15 | Detective Choi calls Danielle's mother Margaret outside 65 Sutton St. for information on which apartment Gabriel and Danielle are in | • BWC recording (Choi and McEvoy) |
| 20:28:50 | Detectives Choi and McEvoy go upstairs at 65 Sutton St., looking for Gabriele and Daniella. They speak to two neighbors on the top floor, where they have been directed, who don't recognize the names | • BWC recording (Choi and McEvoy) |
| 20:33:54 | Detective Choi calls CW's mother Margaret back on their way down the stairs – she corrects the address to 63 Sutton St. | • BWC recording (Choi and McEvoy) |
| 20:36:40 | Detective Choi contacts the dispatcher and asks for the daughter's phone number | • BWC recording (Choi and McEvoy) |

3

Page 29   Exhibit - 583

8/23/2021

**NYPD Domestic Incident Report**

Sensitive Information

| Agency N.Y. POLICE DEPT | ORI NY03030002 | | **NYPD DOMESTIC INCIDENT REPORT** | | Incident # 2021-094-000367 | | | Complaint # 2021-094-001650 | |
|---|---|---|---|---|---|---|---|---|---|
| Date of Report 05/21/2021 | Time of Report 2008 | Date of Occur 05/21/2021 | Time of Occur 2008 | Response Type RADIO RUN | ICAD # D21052120802 | ICAD N/A Reason: | | Other Reason: | |
| Unfounded NO | Address of Occurrence 63 SUTTON STREET BROOKLYN NY | | | Pct 94 | PSA | Name of Development | | Sector B | Body Worn Camera Yes |

### Victim: VIOLA, DANIELLA T

| Victim's Last Name, First M.I. VIOLA, DANIELLA T | Alias | | Address | | | Pct | PSA | |
|---|---|---|---|---|---|---|---|---|
| Sex: FEMALE Self-Identified: Race: WHITE Ethnicity: NON-HISPANIC Language: ENGLISH | Date of Birth: Age: | | Home Phone: Other Phone: | | Member of Service: NO | | | |
| SAFE# or way to contact | | | Other Identifier | | | | | |
| Drug Use? | Drug Type | | Other: | Alcohol Use? | | | Alcohol Describe | |

### Suspect: COSTANTINO, GABRIELE

| Suspect's Last Name, First M.I. COSTANTINO, GABRIELE | Alias | Address 63 SUTTON STREET BROOKLYN NY | | | | Pct 94 | PSA |
|---|---|---|---|---|---|---|---|
| Sex: MALE Self-Identified: Race: WHITE Ethnicity: NON-HISPANIC Language: ENGLISH | Date of Birth: 05/23/1994 Age: 26 | | Home Phone: Other Phone: | | | Member of Service: NO | |
| Do suspect and victim live together? YES | | Suspect (P2) Relationship to Victim (P1): MARRIED | | Suspect/P2 Present: YES | | Was suspect injured? NO | |
| Drug Use? NO | Drug Type | Other: | | Alcohol Use? NO | | Alcohol Describe | |
| Do the suspect and victim have a child in common? NO | | Possible drug or alcohol use? | | If yes, describe drug or alcohol | | Suspect supervised? Status Unknown | |

### Victim Interview

**Emotional condition of VICTIM?**
Upset.

**What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?**
He wouldn't let me leave.

| Did suspect make victim fearful? YES wouldn't let her leave | | | Weapon Used? | Gun: Access to Guns? NO | | Injured? NO | In Pain? NO |
|---|---|---|---|---|---|---|---|
| Suspect Threats? Victim. | | | | Strangulation? NO | | Visible Marks? NO | |

May-2021   Arrest   Brooklyn - NYPD

Complaint# 2021-094-001650

# New York City Police Department
## Omniform System - Complaints

| Report Cmd: 094 | Jurisdiction: N.Y. POLICE DEPT | ICAD#: | Record Status: Ready for Signoff, with Arrest | Public Omni NO | Complaint #: 2021-094-001650 | No Other Legacy Blue Versions | No Other Complaint Revisions |
|---|---|---|---|---|---|---|---|

**Occurrence** INSIDE OF 063
**Location:** SUTTON STREET

Name Of Premise:

Premises Type: RESIDENCE - APT. HOUSE

Location Within Premise: APARTMENT

Visible By Patrol?: YES

NYC Parks Dept. Property

Did this offense occur on NYC Parks Dept. Property? NO

NYC Parks Dept. Property Name:

Precinct: 094
Sector: B
Beat: 12
Post:

---

**Occurrence From: 2021-05-21 20:20 FRIDAY**

Occurrence thru: 2021-05-21  20:20

Reported: 2021-05-21  23:17

Complaint Received: RADIO

Aided #
Accident #
O.C.C.B. #

---

**Classification: CRIM CONTEMPT (F)**

Attempted/Completed: COMPLETED

Most Serious Offense Is: FELONY

PD Code: 195  CRIMINAL CONTEMPT 1

PL Section: 21551

Keycode: 126  MISCELLANEOUS PENAL LAW

**Case Status: CLOSED**

Unit Referred To:

Clearance Code: UNIFORM ARREST

Log/Case #: 0

Clearance Arrest Id:

Clearance AO Cmd:

File #:

Prints Requested? NO

---

Confirmed Shots Fired?
NO

Possible Hate Crime?
NO

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|
| Gang Related? NO | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? NO |
| DIR Required? YES | | Child In Common? NO | Intimate Relationship? YES | Officer Body Worn Camera: YES |

| If Burglary: | Alarm: | If Arson: | Taxi Robbery: |
|---|---|---|---|
| Forced Entry? | Bypassed? | Structure: | Partition Present: NO |
| Structure: | Comp Responded?: | Occupied?: | Amber Stress Light Activated: NO |
| Entry Method: | Company Name/Phone: | Damage by: | Method of Conveyance: |
| Entry Location: | | | Location of Pickup: |
| | Crime Prevention Survey Requested?: | | |
| | Complaint/Reporter Present?: | | |

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: NO | Translator(if used): |
|---|---|---|

**NARRATIVE:**
AT TPO CV STATES LISTED PERP DID BREAK HER CELL PHONE AFTER VERBAL DISPUTE OVER HER KEYS, THUS VIOLATING ACTIVE DOP DOCKET # FV-10-000281-21. LT NOTIFIED. LISTED PERP HAS NO CAR, WORKS AS LANDSCAPER, DON'T KNOW WHERE HE VISITS/FREQUENTS. HAS INSTAGRAM, UNKNOWN USERNAME. BWC ON. DIR PREPARED.

## No NYC TRANSIT Data for Complaint # 2021-094-001650

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 1 |
|---|---|---|---|

| VICTIM: # 1 of 1 | Name: VIOLA,DANIELLA T | Complaint#: 2021-094-001650 |
|---|---|---|

https://omniform.nypd.org/omniform/index.jsp

1/3



5/22/2021                                                      Complaint# 2021-094-001650

Nick/AKA/Maiden:                                              Gang/Crew Affiliation: NO
UMOS: NO                                                      Name:
Sex/Type: FEMALE                                             Identifiers:
Race: WHITE
Age:                                                         Will View Photo: NO
Date Of Birth:                                               Will Prosecute: YES
Disabled? NO                                                 Notified Of Crime NO
Is this person not Proficient in English?: NO                Victim Comp. Law:
If Yes, Indicate Language:

N.Y.C.H.A Resident? NO
Is Victim fearful for their safety / life? YES
Escalating violence / abuse by suspect? NO
Were prior DIR's prepared for C/V? NO

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | | | | | |
| HOME-TEMPORARY | | | | | |

Phone #: HOME: Not Provided/Unavailable CELL: ___ BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: Not Provided/Unavailable

| Action against Victim: | Actions Of Victim Prior To Incident: AT HOME |
|---|---|
| Victim Of Similar Incident: NO | If Yes, When And Where |

---

**WANTED: # 1 of 1**   | Name: CONSTANTINO, GABRIELE | Complaint#: 2021-094-001650 | Arrested: YES |

Nick/AKA/Maiden:                    Height: 5FT8IN                          Order Of Protection: YES
Sex: MALE                           Weight: 160                            Issuing Court: SUPERIOR COURT
Race: WHITE                         Eye Color: BROWN
Age: 26                             Hair Color: BROWN                      Docket #: FV-10-000281-21
Date Of Birth: 05/23/1994  Hair Length: SHORT                              Expiration Date: 05/11/2022
U.S. Citizen: YES                   Hair Style: SHAVED                     Order of Protection Violated? NO
Place Of Birth:                     Skin Tone: LIGHT                       Does Suspect abuse Drugs / NO
Is this person not Proficient in English?: NO  Complexion: CLEAR            Alcohol?
If Yes, Indicate Language:                                                 Suspect threatened /attempted NO
Accent: YES                         S.S. #: 0                                         suicide?
                                                                           Is the suspect Parole / Probation? NO
                                                                           Relation to Victim: HUSBAND
                                                                           Living together:
                                                                           Can be identified: YES

                                                                           Gang/Crew Affiliation: NO
                                                                           Name:
                                                                           Identifiers:

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|
| HOME-PERMANENT | 63 SUTTON STREET | BROOKLYN | NEW YORK | 11222 | | | 094 |

Phone #: HOME: - - CELL: - - BUSINESS: - - BEEPER: - - E-MAIL:

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee: NO  On Duty: NO
Development:          N.Y.C. Transit Employee: NO

**Physical Force:THREATENED**

**Weapons:**

Gun:
Weapon Used/Possessed: NONE          Make:              Recovered:
Non-Firearm Weapon:                  Caliber:           Serial Number Defaced:
Other Weapon Description:            Color:             Serial Number:
                                     Type:
                                     Other/Gun Specify:
                                     Discharged: NO

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
tlps.//omniform.nypd.org/omniform/index.jsp

## DOMESTIC VIOLENCE BUREAU COMPLAINANT INTAKE FORM

### COURT INFORMATION

Name of Defendant: Gabriele Constantino    Docket/Indictment #: CR-012883-21KN

Assigned ADA: Paige Mankin    Complainant's Name: Daniella Viola

Interviewer's Name: Melissa A. Castello    Date of Interview: May 24, 2021

### CONTACT INFORMATION

Name: Daniella    Given Name: Viola

Other names (nicknames) you are known by: _____

Date of Birth: _____    Age: ____    Social Security Number: _____

Gender Identity (Please check all that apply): ☐ Male ■ Female ☐ Transgender ☐ Non-binary

■ Self-Identify: _____

Address: _____

City and State: _____    Zip Code: _____

Home Phone: _____    Cell: _____    Email Address _____
Safe to leave a message?    Safe to leave a message?    Safe to email?
Yes ☐ No ☐    Yes ■ No ☐    Yes ■ No ☐

Facebook/Instagram/Twitter Username: _____

Persons with whom you are currently living (if they are children please list the school they attend):

| Name | DOB | Relationship to you | Relationship to the person who caused harm | School |
|------|-----|---------------------|---------------------------------------------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*The Brooklyn District Attorney's Office is committed to serving people with disabilities. Please answer the following questions to help us understand any needs you may have.*

Do you have a disability that requires special attention? Yes ■ No ☐ What is your disability? Depression/Anxiety ←

Do you receive SSI or SSDI? Yes ☐ No ■

Place and date of any psychiatric hospitalization: March 2021

Have you ever received alcohol or drug treatment? Yes ☐ No ■    ←

Place and date of last treatment: _____

1

Page 32    Exhibit - A

## DOMESTIC VIOLENCE BUREAU COMPLAINANT INTAKE FORM

**About the Person Causing Harm**

1. Does [xxx] ever use alcohol? ■Yes ☐No *If yes, answer questions 1a-1c. If no, go to 3.*

1a. How often does he/she/they use alcohol? Occasional drinker

1b. How often does he/she/they get drunk? No evidence

1c. How does he/she/they act after they have been drinking? No information given

2. Does [xxx] ever use drugs? ■Yes ☐No *If yes, answer questions 2a-2c. If no, go to 4.*

3a. How do you know? CW stated he has used in front of her.

3b. Which drug? How often? Marijuana/Daily

3c. How do they act? No particular effect on his behavior according to CW

3. Was [xxx] using alcohol/drugs during the time of the incident? Yes■ No☐ *If yes, explain* _____
CW stated Gabriele acted his normal self, aggressive.

4. Is [xxx] a member of a gang? ☐Yes ■No *If yes, which one?* _____

5. Does [xxx] have a psychiatric history? ☐Yes ■No *If yes, describe:* _____

6. Is [xxx] employed? ■Yes ☐No *If yes, describe:* works for a landscaper

### INFORMATION ABOUT CURRENT INCIDENT

1. Other than yourself and [xxx], who else was present during the incident? ☐Yes ■No *If yes, please provide their contact information:* Name: _____ Cell: _____ Email: _____
DOB: _____ Address: _____

2. Was 911 called? Yes■ No☐ *If yes, answer questions 2a-2b. If no, go to 3.*
2a. Who called 911? CW's parents called 911
2b. From what location was the 911 call made? Call was made from Parents phone.

3. Were you injured as a result of the incident? Yes☐ No■ *If yes, answer questions 3a-3e. If no, go to 4.*
3a. Describe your injuries: _____

3b. Did you have any pain or injury to your head? Yes☐ No■ *If yes, please describe:* _____

3c. Did you have any pain or injury to your neck/throat? Yes☐ No■ *If yes, please describe:* _____

3d. Were photographs taken of the injuries? Yes☐ No■ By whom? _____

3e. Did you receive medical treatment for your injuries? Yes☐ No■ *If yes, answer 3f-3g, if no go to next section.*

(Revised 9.23.20)                                                                                    4

Page 33    Exhibit - A

## DOMESTIC VIOLENCE BUREAU COMPLAINANT INTAKE FORM

3f. Were you treated by EMS? **Yes** ☐ **No** ☑

3g. Did you go to a hospital, clinic, or doctor for treatment? **Yes** ☐ **No** ☑

| Date of treatment | Name of hospital or clinic | Name of doctor or hospital social worker |
|---|---|---|
| | | |

4. Is the current TPO an aggravated harassment case? **Yes** ☐ **No** ☑ *If yes, answer 4a and 4b, if no go to next section.*

4a. What number/email address/ and or social media username did [xxx] contact you from? _____

4b. What was your number/email address/ and or social media username at the time of the TPO? _____

### DANGER ASSESSMENT

> **IF THE ANSWER TO ANY ONE OF THESE QUESTIONS IS YES THIS CASE SHOULD BE IMMEDIATELY DISCUSSED WITH A DV BUREAU CHIEF, BEFORE THE CW LEAVES THE BUILDING.**

**Escalation**

1. Have the incidents of abuse been occurring more frequently? ☐ **Yes** ☑ **No**

2. Has [xxx's] behavior become more dangerous? ☐ **Yes** ☑ **No**

3. Have these incidents been physical? ☑ **Yes** ☐ **No**

4. *If yes to any of 1-3, please describe:* CW stated Gabriele ripped her shorts off

5. Has [xxx] ever been violent towards you, outside of your home or in public? ☐ **Yes** ☑ **No** *If yes, please describe:*

6. Have you recently tried to separate from [xxx]? ☑ **Yes** ☐ **No** *If yes, what was their reaction?:* when parents came to get her from Gabriele's apartment.

7. Is [xxx] possessive and/or jealous of you? ☑ **Yes** ☐ **No** *If yes, describe:* CW stated Gabriele is Controlling, would not allow for CW to have space or privacy.

**Threats to kill/hurt**

1. Has [xxx] ever threatened to kill you? ☐ **Yes** ☑ **No** *If yes, describe (specificity/ realistic):*

1a. Your children? ☐ **Yes** ☑ **No** *If yes, explain:*

1b. Others close to you? ☑ **Yes** ☐ **No** *If yes, explain:*

2. Has [xxx] ever threatened to kill themself? ☐ **Yes** ☑ **No** *If yes, explain:*

(Revised 9.23.20)

5

## DOMESTIC VIOLENCE BUREAU COMPLAINANT INTAKE FORM

2. What was the most difficult part of this experience for you?

Cw stated trying to move on with her life; Gabriele always tries to have a strong hold in her life, he won't leave her alone.

3. What, if anything, can't you forget about this experience?

CW stated that Gabriele ruined her life.

*Domestic violence is an issue that affects every community regardless of race, religion, and socioeconomic background. According to U.S. statistics, 1 in 4 women experience domestic violence in their lifetime. The Brooklyn District Attorney's Office understands how traumatic experiences can physically and emotionally affect a domestic violence victim's daily functioning. In order to connect you to important supportive services, let's discuss the following:*

☑ Counseling for you/your children      ☐ Family Court and Other Legal Assistance

☐ Housing and Shelter      ☐ Emergency and Public Assistance

☐ Locks Changed      ☐ 911 Cell Phone

☑ Safety Planning      ☐ Other _____

**WAS THIS CW REFERRED FOR SERVICES? Yes ☑ No ☐**

**IF YES, VSU OR FJC?** Referred to services in New Jersey/Some FJC in Brooklyn

**WHEN WAS THE REFERRAL MADE?** May 24, 2021

### EXPLANATIONS FOR COMPLAINANT

- *Explain possible case dispositions to the complainant including accountability or treatment programs that may benefit the person causing them harm.*
- *Explain that the District Attorney, not the complainant, is responsible for proceeding with the case.*
- *Explain that while we always take into account what the complainant wants in each case, it is ultimately the District Attorney's office who determines how to proceed with the case.*
- *Explain the differences between a limited and full order of protection. Explain how an order of protection can help the CW and how CW should proceed if the person causing them harm violates an order of protection.*
- *Explain that if the case is dismissed the order of protection will no longer be in effect.*
- *Explain that if the case is dismissed the CW may have the option to go to Family Court to obtain an order of protection. The CW should speak to an FJC advocate to explore this option.*

**Has this been explained to the victim? ☑ Yes ☐ No**

*ALL CASES SHOULD BE DISCUSSED WITH A DV DEPUTY CHIEF,*
*AFTER THE COMPLETION OF THE INTAKE AND BEFORE THE CW LEAVES THE BUILDING.*

(Revised 9.23.20)

10

Page 35 Exhibit - A

4

## DOMESTIC VIOLENCE BUREAU COMPLAINANT INTAKE FORM

2e. Did you receive any medical treatment? ☐Yes ☐No *(If yes, get HIPAA and order medical records. If no, encourage cw to seek medical attention and refer to the VSU)*

2f. Are you currently pregnant? ☐Yes ☐No *(If yes, encourage cw to seek medical attention and refer to VSU)*

2g. Were any photographs taken? ☐Yes ☐No *(If cw has any visible injuries, ask their permission to take photos)*

*(If this tpo is the first time cw has been strangled by their partner, skip to the end of this section. If not, go on to #3).*

3. Please tell me what you remember about any incident(s) that occurred in the last 6 months? _____

3a. Did you experience any of the symptoms listed on page 8? ☐Yes ☐No *If yes, which ones?:*

3b. Did you receive any medical treatment? ☐Yes ☐No *(If yes, get HIPAA and order the medical records. If no, encourage them to seek follow up medical treatment with their PCP asap)*

4. Has [xxx] tried to stop your breathing, put their hands or an object around your neck more than once? ☐Yes ☐No If yes, please explain *(how many times/how frequently/methods),* If no, please describe the one time this happened (other than current TPO):

4a. How long ago did this incident occur?: _____

4b. Did you experience any of the symptoms listed on page 8? ☐Yes ☐No *If yes, which ones?:*

4c. Did you receive any medical treatment? ☐Yes ☐No *(If yes, get HIPAA and order medical records)*

*Refer ALL cws who have experienced COB/Strangulation/Suffocation/Compression Asphyxia to VSU. Explain that VSU has specialized safety planning and support when working with people who've experienced strangulation.*

### Ending the Intake

Thank you for taking the time to talk with me. I'd like to end with just a few more questions that will help me better understand your experience.

1. Is there anything else you'd like to tell me, or think I should know? _____

CW did not have any new information to contribute.

(Revised 9.23.20)



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS: CRIMINAL TERM, PART SC-DV1

THE PEOPLE OF THE STATE OF NEW YORK

- against -

GABRIELE COSTANTINO,

Defendant(s).

**CERTIFICATE OF COMPLIANCE**
**CPL § 245.50(1)**

**INDICTMENT NO.**
IND-72513-21

Amanda Fisher, an Assistant District Attorney in the County of Kings, states that, after exercising due diligence and making reasonable inquiries to ascertain the existence of discoverable material and information subject to discovery under CPL § 245.20(1), the People have disclosed and made available to the defendant all known material and information that is subject to discovery, except for any items and information that are the subject of an order pursuant to CPL § 245.70.

The discovery provided to defense counsel is identified on the annexed Inventory of Discovery Provided, including information provided in a Notice/Disclosure Form and Addendum, and served on defense counsel on September 10, 2021.

The People are ready for trial.

DATED: Brooklyn, New York
January 7, 2024

Respectfully submitted,

Eric Gonzalez
Kings County District Attorney

Page 37 Exhibit - A



Detective Choi - Cross/Defense, Mr. Scheier                    47

1     Ms. Viola, Salvatore and Marguerite? You spoke to them after

2     that, didn't you?

3         A    I did not.

4                   THE COURT:  Counsel, this is going beyond the scope

5     of the Dunaway.

6              MR. SCHEIER:  I was just...

7         Q    At the end of your shift, right, there are procedures

8     in place for preserving body-worn camera, aren't there?

9              MS. FISHER:  Objection.

10             THE COURT:  Sustained.

11        Q    You have to fill out a log, like any malfunctions that

12    might have occurred on the body camera?

13             MS. FISHER:  Objection.

14             THE COURT:  Sustained.

15        Q    You were supposed to add notes to the footage --

16             MS. FISHER:  Objection.

17        Q    -- when you upload it, right?

18             MS. FISHER:  Objection.

19             THE COURT:  Sustained.

20             MR. SCHEIER:  Goes to Rosario.  This is how the

21    audit trails are created and I think they create Rosario and

22    I have not received them and I was told they are not

23    discoverable.  So if this --

24             THE COURT:  Is there an offer?

25             MR. SCHEIER:  The offer of proof is --

                                                               -gc-

*Handwritten annotations:*

Page 58 - Exhibit - A (top, struck through)

Affidavit of G... (left margin, rotated)
Court, at a t... 
oral Municip...
e Notice o...
annexed...
Court deen...

(left margin, vertical): 327 Choi
with the other, I'll go talk to them, I'll call him, 327 C.I.V. ...

yes, Lui, Lodice, Che, Va + Farda (handwritten next to lines 3-4)

Hearing - June 2024 - D.Choi - Kings County Court

Case 1:25-cv-05199-NRM-SAM   Document 1   Filed 10/21/25   Page 46 of 179 PageID #: 593

1        Q    And the ... said ... were ... to ... in

2   violation ... an other of prohibition?

3        A    I don't recall what it said.

4             MR. SCHLER:  No further questions.  Thank you.

5             THE COURT:  Thank you.

6             Any redirect, people?

7             MS. FISHER:  Very, very brief.

8   REDIRECT EXAMINATION

9   BY MS. FISHER:

10       Q    Detective, you indicated that you didn't know if a

11  phone number was yours.  Why is that?

12       A    I don't know -- I don't know my job phone number.

13       Q    How many cell phones do you have?

14       A    I have my personal phone and my work phone.

15       Q    And how do you give out your job cell phone if you need

16  to give out the number?

17       A    I look on my phone under about the phone and give the

18  number from there.

19             MS. FISHER:  No further questions.

20             MR. SCHLER:  No recross.

21             THE COURT:  Thank you.  You can step down.

22             (Whereupon, the witness exits the witness stand and

23  courtroom.)

24             THE COURT:  People?

25             MS. FISHER:  I apologize.  People rest.  We have no

                                                              gc

| Date/Time | Duration | Type | Number | Name | Number | Name |
|---|---|---|---|---|---|---|
| 5/17/2021 16:18:33 | 0:00:02 | Voice | (908) 577-7243 | | (908) 963-8975 | Maria Tutella |
| 5/17/2021 16:18:33 | 0:00:02 | Voice | (908) 577-7243 | | (908) 963-8975 | Maria Tutella |
| 5/17/2021 16:28:28 | 0:20:11 | Voice | (908) 963-8975 | Maria Tutella | (908) 577-7243 | |
| 5/17/2021 16:46:50 | 0:11:20 | Voice | (862) 312-2980 | | (848) 666-0486 | Daniella Viola |
| 5/17/2021 16:48:58 | 0:00:00 | Voice | (908) 577-7243 | | (908) 963-8975 | Maria Tutella |
| 5/17/2021 16:49:28 | 0:13:44 | Voice | (908) 577-7243 | | (908) 963-8975 | Maria Tutella |
| 5/17/2021 17:34:11 | 0:06:57 | Voice | (908) 963-8975 | Maria Tutella | (973) 445-4478 | |
| 5/17/2021 17:43:15 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (973) 650-8949 | |
| 5/17/2021 17:44:18 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (973) 715-0298 | |
| 5/17/2021 17:45:13 | 0:00:00 | Text | (973) 715-0298 | | (908) 963-8975 | Maria Tutella |
| 5/17/2021 17:45:37 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (973) 715-0298 | |
| 5/17/2021 17:45:57 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (973) 715-0298 | |
| 5/17/2021 17:47:03 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (973) 715-0298 | |
| 5/17/2021 17:49:02 | 0:23:39 | Voice | (908) 963-8975 | Maria Tutella | (908) 577-7243 | |
| 5/17/2021 17:49:50 | 0:00:00 | Text | (973) 715-0298 | | (908) 963-8975 | Maria Tutella |
| 5/17/2021 17:50:43 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (973) 715-0298 | |
| 5/17/2021 17:50:55 | 0:00:00 | Text | (973) 715-0298 | | (908) 963-8975 | Maria Tutella |
| 5/17/2021 18:16:13 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (732) 600-9809 | |
| 5/17/2021 18:16:31 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (732) 600-9809 | |
| 5/17/2021 18:16:39 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (732) 600-9809 | |
| 5/17/2021 18:39:29 | 0:00:00 | Text | (732) 600-9809 | | (908) 963-8975 | Maria Tutella |
| 5/17/2021 18:40:31 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (732) 600-9809 | |
| 5/17/2021 18:41:01 | 0:00:00 | Text | (732) 600-9809 | | (908) 963-8975 | Maria Tutella |
| 5/17/2021 18:43:14 | 0:00:00 | Text | (848) 666-0486 | Daniella Viola | (973) 699-0146 | |
| 5/17/2021 18:43:57 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (732) 600-9809 | |
| 5/17/2021 19:01:21 | 0:00:00 | Voice | (646) 818-5258 | Client | (856) 818-6636 | |
| 5/17/2021 19:01:26 | 0:00:06 | Voice | (646) 818-5258 | Client | (605) 615-0706 | |
| 5/17/2021 19:01:26 | 0:00:05 | Voice | (646) 818-5258 | Client | (856) 818-6636 | |
| 5/17/2021 19:01:26 | 0:00:05 | Voice | (646) 818-5258 | Client | (856) 818-6636 | |
| 5/17/2021 19:01:26 | 0:00:05 | Voice | (00) | | (605) 615-0706 | |
| 5/17/2021 19:01:40 | 0:00:00 | Text | (732) 600-9809 | | (908) 963-8975 | Maria Tutella |
| 5/17/2021 19:02:08 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (732) 600-9809 | |
| 5/17/2021 19:02:12 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (732) 600-9809 | |
| 5/17/2021 20:27:28 | 0:00:00 | Text | (732) 600-9809 | | (908) 963-8975 | Maria Tutella |
| 5/17/2021 21:41:43 | null | Text | (908) 917-9946 | | (862) 326-1507 | |

Nov 2021 Ex Call 1100

Page 40 Exhibit - A

| Date/Time | Duration | Type | Number | Name | Number | Name |
|---|---|---|---|---|---|---|
| 5/20/2021 14:07:02 | 0:13:50 | Voice | (908) 963-8975 | Maria Tutella | confserver | |
| 5/20/2021 14:17:25 | 0:00:00 | Text | (973) 900-7515 | | (908) 963-8975 | Maria Tutella |
| 5/20/2021 14:26:33 | 0:00:00 | Text | (973) 900-7515 | | (908) 963-8975 | Maria Tutella |
| 5/20/2021 14:49:31 | 0:01:02 | Voice | (973) 309-4855 | | (908) 963-8975 | Maria Tutella |
| 5/20/2021 14:49:51 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (973) 900-7515 | |
| 5/20/2021 14:49:54 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (973) 900-7515 | |
| 5/20/2021 14:50:05 | 0:00:00 | Text | (973) 900-7515 | | (908) 963-8975 | Maria Tutella |
| 5/20/2021 15:26:26 | 0:00:00 | Text | 0 | | (908) 963-8975 | Maria Tutella |
| 5/20/2021 15:37:55 | 0:01:38 | Voice | (646) 818-5258 | Client | (848) 666-0486 | Daniella Viola |
| 5/20/2021 15:41:23 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (973) 900-7515 | |
| 5/20/2021 15:41:34 | 0:00:00 | Text | (973) 900-7515 | | (908) 963-8975 | Maria Tutella |
| 5/20/2021 15:41:38 | 0:00:00 | Text | (973) 900-7515 | | (908) 963-8975 | Maria Tutella |
| 5/20/2021 16:50:04 | 0:11:50 | Voice | (908) 447-4935 | | (908) 963-8975 | Maria Tutella |
| 5/20/2021 16:58:18 | 0:00:54 | Voice | (848) 666-0486 | Daniella Viola | (646) 818-5258 | Client |
| 5/20/2021 17:04:13 | 0:00:00 | Text | (908) 499-1447 | | (908) 963-8975 | Maria Tutella |
| 5/20/2021 17:04:34 | 0:00:00 | Text | (908) 963-8975 | Maria Tutella | (908) 499-1447 | |
| 5/20/2021 17:09:49 | 0:01:45 | Voice | (888) 544-4877 | | (908) 917-9946 | |
| 5/20/2021 17:09:49 | 0:01:45 | Voice | (888) 544-4877 | | (201) 407-9990 | |
| 5/20/2021 17:32:17 | 0:00:44 | Voice | (848) 666-0486 | Daniella Viola | (646) 818-5258 | Client |
| 5/20/2021 17:44:52 | 0:03:34 | Voice | (908) 917-9947 | Salvatore Viola | (908) 963-8975 | Maria Tutella |
| 5/20/2021 17:48:57 | 0:09:40 | Voice | (908) 963-8975 | Maria Tutella | (908) 418-6642 | |
| 5/20/2021 18:12:37 | 0:00:11 | Voice | (908) 963-8975 | Maria Tutella | (848) 666-0486 | Daniella Viola |
| 5/20/2021 18:12:37 | 0:00:11 | Voice | (908) 963-8975 | Maria Tutella | (848) 666-0486 | Daniella Viola |
| 5/20/2021 18:12:37 | 0:00:11 | Voice | (908) 963-8975 | Maria Tutella | (848) 666-0486 | Daniella Viola |
| 5/20/2021 18:13:12 | 0:00:01 | Voice | (908) 963-8975 | Maria Tutella | (848) 666-0486 | Daniella Viola |
| 5/20/2021 18:13:12 | 0:00:01 | Voice | (908) 963-8975 | Maria Tutella | (848) 666-0486 | Daniella Viola |
| 5/20/2021 18:13:12 | 0:00:01 | Voice | (908) 963-8975 | Maria Tutella | (848) 666-0486 | Daniella Viola |
| 5/20/2021 18:13:20 | 0:01:22 | Voice | (908) 963-8975 | Maria Tutella | (908) 917-9947 | Salvatore Viola |
| 5/20/2021 18:16:27 | 0:00:27 | Voice | (908) 917-9947 | Salvatore Viola | (848) 666-0486 | Daniella Viola |
| 5/20/2021 18:16:27 | 0:00:27 | Voice | (908) 917-9947 | Salvatore Viola | (848) 666-0486 | Daniella Viola |
| 5/20/2021 18:17:11 | 0:00:14 | Voice | (908) 917-9947 | Salvatore Viola | (908) 963-8975 | Maria Tutella |
| 5/20/2021 18:19:05 | 0:00:02 | Voice | (908) 963-8975 | Maria Tutella | (848) 666-0486 | Daniella Viola |
| 5/20/2021 18:19:05 | 0:00:02 | Voice | (908) 963-8975 | Maria Tutella | (848) 666-0486 | Daniella Viola |
| 5/20/2021 18:19:05 | 0:00:02 | Voice | (908) 963-8975 | Maria Tutella | (848) 666-0486 | Daniella Viola |
| 5/20/2021 18:19:14 | 0:04:14 | Voice | (908) 917-9947 | Salvatore Viola | (908) 963-8975 | Maria Tutella |

May 2021 Ex call

Page 41 Exhibit-A

| Date/Time | Duration | Type | Number | Name | Number | Name |
|---|---|---|---|---|---|---|
| 5/22/2021 14:01:08 | 0:00:13 | Voice | (718) 775-9003 | | | |
| 5/22/2021 14:01:08 | 0:00:13 | Voice | (718) 775-9003 | | (848) 666-0486 | Daniella Viola |
| 5/22/2021 14:02:24 | 0:00:03 | Voice | (718) 775-9003 | | (848) 666-0486 | Daniella Viola |
| 5/22/2021 14:02:24 | 0:00:03 | Voice | (718) 775-9003 | | (848) 666-0486 | Daniella Viola |
| 5/22/2021 14:06:09 | 0:00:08 | Voice | (848) 666-0486 | | (848) 666-0486 | Daniella Viola |
| 5/22/2021 14:18:16 | 0:02:04 | Voice | (848) 666-0486 | Daniella Viola | (646) 818-5258 | Client |
| 5/22/2021 15:05:25 | 0:00:14 | Voice | (732) 236-4309 | Daniella Viola | (908) 534-4031 | |
| 5/22/2021 15:33:24 | 0:03:16 | Voice | (718) 775-9003 | | (908) 963-8975 | Maria Tutella |
| 5/22/2021 15:54:23 | 0:00:06 | Voice | (848) 666-0486 | Daniella Viola | (848) 666-0486 | Daniella Viola |
| 5/22/2021 16:13:25 | 0:03:14 | Voice | (848) 666-0486 | Daniella Viola | (646) 818-5258 | Client |
| 5/22/2021 16:17:20 | 0:04:17 | Voice | (848) 666-0486 | Daniella Viola | (888) 846-3469 | |
| 5/22/2021 16:22:06 | 0:00:05 | Voice | (848) 666-0486 | Daniella Viola | (888) 846-3469 | |
| 5/22/2021 16:43:46 | 0:00:27 | Voice | (848) 666-0486 | Daniella Viola | (646) 818-5258 | Client |
| 5/22/2021 16:55:14 | 0:00:06 | Voice | (848) 666-0486 | Daniella Viola | (908) 917-9947 | Salvatore Viola |
| 5/22/2021 17:07:53 | 0:00:05 | Voice | (848) 666-0486 | Daniella Viola | (646) 818-5258 | Client |
| 5/22/2021 17:12:07 | 0:00:00 | Text | 0 | | (646) 818-5258 | Client |
| 5/22/2021 17:12:10 | 0:00:00 | Text | adrianbostwick75@gmail.com | | (908) 963-8975 | Maria Tutella |
| 5/22/2021 17:13:24 | 0:11:00 | Voice | (848) 666-0486 | Daniella Viola | (908) 963-8975 | Maria Tutella |
| 5/22/2021 17:13:24 | 0:11:00 | Voice | (848) 666-0486 | Daniella Viola | (908) 963-8975 | Maria Tutella |
| 5/22/2021 17:39:02 | 0:00:08 | Voice | (848) 666-0486 | Daniella Viola | (908) 963-8975 | Maria Tutella |
| 5/22/2021 17:43:04 | 0:00:20 | Voice | (848) 666-0486 | Daniella Viola | (646) 818-5258 | Client |
| 5/22/2021 17:43:28 | 0:01:55 | Voice | (848) 666-0486 | Daniella Viola | (888) 846-3469 | |
| 5/22/2021 17:47:36 | 0:01:56 | Voice | (848) 666-0486 | Daniella Viola | (888) 846-3469 | |
| 5/22/2021 18:07:11 | 0:00:02 | Voice | (917) 620-5248 | | (646) 450-6619 | |
| 5/22/2021 18:07:11 | 0:00:02 | Voice | (917) 620-5248 | | (848) 666-0486 | Daniella Viola |
| 5/22/2021 18:17:33 | 0:00:09 | Voice | (908) 992-5531 | | (848) 666-0486 | Daniella Viola |
| 5/22/2021 19:21:15 | 0:00:05 | Voice | (848) 666-0486 | | (908) 963-8975 | Maria Tutella |
| 5/22/2021 19:21:31 | 0:01:18 | Voice | (848) 666-0486 | Daniella Viola | (646) 818-5258 | Client |
| 5/22/2021 19:21:31 | 0:01:19 | Voice | (848) 666-0486 | Daniella Viola | (908) 963-8975 | Maria Tutella |
| 5/22/2021 20:06:07 | 0:00:37 | Voice | (848) 666-0486 | Daniella Viola | (908) 963-8975 | Maria Tutella |
| 5/22/2021 20:06:07 | 0:00:38 | Voice | (848) 666-0486 | Daniella Viola | (908) 963-8975 | Maria Tutella |
| 5/22/2021 20:46:46 | 0:00:05 | Voice | (848) 666-0486 | Daniella Viola | (908) 963-8975 | Maria Tutella |
| 5/22/2021 21:13:59 | 0:00:05 | Voice | (848) 666-0486 | Daniella Viola | (646) 818-5258 | Client |
| 5/22/2021 21:14:25 | 0:00:18 | Voice | (848) 666-0486 | Daniella Viola | (646) 818-5258 | Client |
| | | | | | (908) 963-8975 | Maria Tutella |

May 2021 Ex Call

Page 42  Exhibit - A

| 5/22/2021 21:14:25 | 0:00:18 | Voice | (848) 666-0486 | Daniella Viola | (908) 963-8975 | Maria Tutella |
| 5/22/2021 21:41:21 | 0:00:05 | Voice | (848) 666-0486 | Daniella Viola | (646) 818-5258 | Client |
| 5/22/2021 22:04:39 | 0:00:04 | Voice | (848) 666-0486 | Daniella Viola | (646) 818-5258 | Client |
| 5/22/2021 22:23:02 | 0:00:05 | Voice | (848) 666-0486 | Daniella Viola | (646) 818-5258 | Client |
| 5/22/2021 22:32:05 | 0:00:04 | Voice | (848) 666-0486 | Daniella Viola | (646) 818-5258 | Client |

ICH - 1202 - Ex Call -

Page 43  EXHIBIT -A

**Billing period**
May 5, 2021 - Jun 4, 2021

**Account number**
482306479-00001

# Daniella Viola

**848.666.0486**
**IPHONE 11 PRO**

## Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| May 23 | 4:02 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 23 | 6:43 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 23 | 10:07 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 23 | 10:08 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 23 | 10:09 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 23 | 10:37 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 23 | 10:38 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 23 | 10:41 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 23 | 10:57 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 23 | 10:57 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 2 | -- | -- | -- |
| May 23 | 10:59 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 102 | -- | -- | -- |
| May 24 | 2:58 AM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 24 | 10:39 AM | Unavailable | Readington, NJ | Incoming, CL | 4 | -- | -- | -- |
| May 24 | 10:43 AM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 2 | -- | -- | -- |
| May 24 | 10:44 AM | 908.963.3012 | Readington, NJ | Incoming, CL | 6 | -- | -- | -- |
| May 24 | 10:49 AM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 13 | -- | -- | -- |
| May 24 | 10:59 AM | 973.650.8949 | Readington, NJ | Incoming, CL | 17 | -- | -- | -- |
| May 24 | 11:15 AM | 908.917.9947 | Readington, NJ | Incoming, CL | 2 | -- | -- | -- |
| May 24 | 11:16 AM | Unavailable | Readington, NJ | Incoming, CL | 2 | -- | -- | -- |
| May 24 | 11:21 AM | 973.650.8949 | Readington, NJ | Caldwell, NJ | 4 | -- | -- | -- |
| May 24 | 11:33 AM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 16 | -- | -- | -- |
| May 24 | 11:59 AM | 908.832.7684 | Readington, NJ | Califon, NJ | 1 | -- | -- | -- |
| May 24 | 12:01 PM | 908.917.9947 | Readington, NJ | Plainfield, NJ | 2 | -- | -- | -- |
| May 24 | 12:03 PM | 908.788.1129 | Readington, NJ | Flemington, NJ | 5 | -- | -- | -- |
| May 24 | 12:07 PM | 908.917.9947 | Readington, NJ | Plainfield, NJ | 5 | -- | -- | -- |
| May 24 | 12:08 PM | 908.788.1129 | Readington, NJ | Flemington, NJ | 4 | -- | -- | -- |
| May 24 | 12:11 PM | 908.917.9947 | Readington, NJ | Plainfield, NJ | 1 | -- | -- | -- |
| May 24 | 12:12 PM | 908.832.7684 | Readington, NJ | Califon, NJ | 1 | -- | -- | -- |
| May 24 | 12:13 PM | 908.832.7684 | Readington, NJ | Califon, NJ | 3 | -- | -- | -- |
| May 24 | 12:15 PM | 908.917.9947 | Readington, NJ | Incoming, CL | 3 | -- | -- | -- |
| May 24 | 12:19 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 2 | -- | -- | -- |
| May 24 | 12:19 PM | 908.963.8975 | Readington, NJ | Incoming, CL | 3 | -- | -- | -- |
| May 24 | 12:23 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 37 | -- | -- | -- |
| May 24 | 1:06 PM | 908.782.7700 | Readington, NJ | Flemington, NJ | 4 | -- | -- | -- |
| May 24 | 1:09 PM | 908.237.4036 | Readington, NJ | Flemington, NJ | 2 | -- | -- | -- |
| May 24 | 1:21 PM | 908.963.8975 | Readington, NJ | Somerville, NJ | 4 | -- | -- | -- |
| May 24 | 1:31 PM | 908.526.1200 | Readington, NJ | Somerville, NJ | 3 | -- | -- | -- |
| May 24 | 2:06 PM | 908.725.6375 | Readington, NJ | Somerville, NJ | 17 | -- | -- | -- |
| May 24 | 2:22 PM | 973.650.8949 | Flemington, NJ | Caldwell, NJ | 1 | -- | -- | -- |
| May 24 | 2:35 PM | 609.882.2000 | Flemington, NJ | Ewing, NJ | 3 | -- | -- | -- |

M24 - 2021 - Cell (cont)
Costanding N: 6468 18 5C558

# Daniella Viola

848.666.0486
IPHONE 11 PRO

## Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD |
|---|---|---|---|---|---|---|---|
| May 24 | 2:38 PM | 609.882.2000 | Flemington, NJ | Ewing, NJ | 6 | -- | -- |
| May 24 | 2:45 PM | 908.917.9947 | Flemington, NJ | Incoming, CL | 2 | -- | -- |
| May 24 | 2:50 PM | 646.818.5258 | Flemington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 24 | 2:58 PM | 646.818.5258 | Flemington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 24 | 3:11 PM | 646.818.5258 | Flemington, NJ | Nwyrcyzn01, NY | 5 | -- | -- |
| May 24 | 3:22 PM | 646.818.5258 | Flemington, NJ | Nwyrcyzn01, NY | 8 | -- | -- |
| May 24 | 3:29 PM | 718.490.9952 | Flemington, NJ | Incoming, CL | 36 | -- | -- |
| May 24 | 4:06 PM | 646.818.5258 | Flemington, NJ | Nwyrcyzn01, NY | 10 | -- | -- |
| May 24 | 4:16 PM | 718.250.2065 | Flemington, NJ | Brooklyn, NY | 1 | -- | -- |
| May 24 | 4:24 PM | 908.963.8975 | Readington, NJ | Somerville, NJ | 3 | -- | -- |
| May 24 | 4:27 PM | 908.963.8975 | Readington, NJ | Incoming, CL | 9 | -- | -- |
| May 24 | 4:42 PM | 718.490.9952 | Readington, NJ | Incoming, CL | 7 | -- | -- |
| May 24 | 4:49 PM | 908.963.8975 | Readington, NJ | Somerville, NJ | 1 | -- | -- |
| May 24 | 4:59 PM | 908.963.8975 | Readington, NJ | Somerville, NJ | 2 | -- | -- |
| May 24 | 5:19 PM | 646.818.5258 | Branchburg, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 24 | 5:24 PM | 646.818.5258 | Branchburg, NJ | Nwyrcyzn01, NY | 5 | -- | -- |
| May 24 | 5:31 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 2 | -- | -- |
| May 24 | 5:33 PM | 908.963.8975 | Readington, NJ | Somerville, NJ | 1 | -- | -- |
| May 24 | 5:59 PM | 973.650.8949 | Readington, NJ | Incoming, CL | 20 | -- | -- |
| May 24 | 7:13 PM | 973.650.8949 | Readington, NJ | Incoming, CL | 8 | -- | -- |
| May 24 | 7:41 PM | 973.650.8949 | Readington, NJ | Incoming, CL | 2 | -- | -- |
| May 24 | 8:07 PM | 800.962.0383 | Readington, NJ | Toll-Free, CL | 5 | -- | -- |
| May 24 | 8:25 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 24 | 8:25 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 24 | 8:28 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 24 | 8:32 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 24 | 8:37 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 24 | 8:41 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 24 | 8:44 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 24 | 8:51 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 25 | 10:03 AM | 718.490.9952 | Readington, NJ | Incoming, CL | 7 | -- | -- |
| May 25 | 10:44 AM | 908.534.4031 | Readington, NJ | Whitehouse, NJ | 4 | -- | -- |
| May 25 | 10:52 AM | 908.917.9947 | Readington, NJ | Incoming, CL | 2 | -- | -- |
| May 25 | 11:02 AM | 908.917.9947 | Readington, NJ | Plainfield, NJ | 3 | -- | -- |
| May 25 | 11:08 AM | 908.892.0371 | Readington, NJ | Clinton, NJ | 2 | -- | -- |
| May 25 | 11:12 AM | 908.892.0371 | Readington, NJ | Incoming, CL | 11 | -- | -- |
| May 25 | 11:28 AM | 973.650.8949 | Readington, NJ | Caldwell, NJ | 1 | -- | -- |
| May 25 | 11:40 AM | 973.650.8949 | Readington, NJ | Incoming, CL | 15 | -- | -- |
| May 25 | 11:54 AM | 908.892.0371 | Readington, NJ | Clinton, NJ | 2 | -- | -- |
| May 25 | 12:40 PM | 908.892.0371 | Readington, NJ | Incoming, CL | 2 | -- | -- |

May 8, 2021 - Jun 4, 202

**Account number**
482306479-00001

# Daniella Viola

848.666.0486
IPHONE 11 PRO

## Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | To |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-----|
| May 25 | 1:06 PM | 908.917.9947 | Readington, NJ | Plainfield, NJ | 2 | -- | -- | -- |
| May 25 | 1:33 PM | 908.735.3980 | Readington, NJ | Clinton, NJ | 3 | -- | -- | -- |
| May 25 | 1:36 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 25 | 1:36 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 25 | 1:37 PM | 718.250.2065 | Readington, NJ | Brooklyn, NY | 9 | -- | -- | -- |
| May 25 | 1:46 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 25 | 3:15 PM | 347.395.4642 | Readington, NJ | Incoming, CL | 26 | -- | -- | -- |
| May 25 | 3:47 PM | 833.317.1810 | Readington, NJ | Toll-Free, CL | 3 | -- | -- | -- |
| May 25 | 3:49 PM | 908.963.8975 | Readington, NJ | Incoming, CL | 52 | -- | -- | -- |
| May 25 | 5:11 PM | 908.917.9947 | Readington, NJ | Plainfield, NJ | 1 | -- | -- | -- |
| May 25 | 5:22 PM | 973.650.8949 | Readington, NJ | Incoming, CL | 35 | -- | -- | -- |
| May 25 | 6:09 PM | 908.963.8975 | Readington, NJ | Incoming, CL | 1 | -- | -- | -- |
| May 25 | 6:10 PM | 908.917.9947 | Readington, NJ | Plainfield, NJ | 1 | -- | -- | -- |
| May 25 | 6:33 PM | 908.963.3012 | Readington, NJ | Somerville, NJ | 1 | -- | -- | -- |
| May 25 | 7:40 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 26 | -- | -- | -- |
| May 25 | 8:21 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 17 | -- | -- | -- |
| May 25 | 8:41 PM | 908.917.9947 | Readington, NJ | Plainfield, NJ | 2 | -- | -- | -- |
| May 25 | 9:15 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 25 | 9:16 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 25 | 9:16 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 25 | 9:18 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 26 | 12:47 AM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 26 | 9:46 AM | 908.963.8975 | Readington, NJ | Incoming, CL | 2 | -- | -- | -- |
| May 26 | 10:11 AM | 908.963.8975 | Readington, NJ | Somerville, NJ | 4 | -- | -- | -- |
| May 26 | 10:46 AM | 732.465.9798 | Readington, NJ | VM Deposit, CL | 1 | -- | -- | -- |
| May 26 | 11:30 AM | 908.832.7684 | Readington, NJ | Califon, NJ | 2 | -- | -- | -- |
| May 26 | 11:46 AM | 908.963.8975 | Readington, NJ | Somerville, NJ | 2 | -- | -- | -- |
| May 26 | 11:48 AM | 973.650.8949 | Readington, NJ | Caldwell, NJ | 2 | -- | -- | -- |
| May 26 | 12:35 PM | 908.963.8975 | Readington, NJ | Somerville, NJ | 18 | -- | -- | -- |
| May 26 | 12:57 PM | 908.963.8975 | Readington, NJ | Incoming, CL | 6 | -- | -- | -- |
| May 26 | 12:59 PM | 347.395.4642 | Readington, NJ | Nwyrcyzn12, NY | 2 | -- | -- | -- |
| May 26 | 2:05 PM | 908.963.8975 | Readington, NJ | Somerville, NJ | 3 | -- | -- | -- |
| May 26 | 2:03 PM | 908.963.8975 | Readington, NJ | Somerville, NJ | 1 | -- | -- | -- |
| May 26 | 2:04 PM | 646.848.5258 | Readington, NJ | New York, NY | 1 | -- | -- | -- |
| May 26 | 2:05 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| May 26 | 2:36 PM | 908.832.7684 | Readington, NJ | Califon, NJ | 1 | -- | -- | -- |
| May 26 | 2:38 PM | 908.832.7684 | Readington, NJ | Califon, NJ | 1 | -- | -- | -- |
| May 26 | 2:41 PM | 347.395.4642 | Readington, NJ | Nwyrcyzn12, NY | 3 | -- | -- | -- |
| May 26 | 2:59 PM | 908.237.4036 | Readington, NJ | Incoming, CL | 4 | -- | -- | -- |
| May 26 | 3:03 PM | 862.312.2980 | Readington, NJ | Incoming, CL | 2 | -- | -- | -- |
| | | | | | 13 | -- | -- | -- |

Page 46    Exhibit - A

Costan Jing N: 646818 5258 - 

Billing period
May 5, 2021 - Jun 4, 2021

Account number
482306479-00001

# Daniella Viola

848.666.0486
IPHONE 11 PRO

## Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charge |
|------|------|--------|-------------|-------------|------|-----------------|------------------|
| May 28 | 8:19 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 3 | -- | -- |
| May 28 | 8:22 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 28 | 8:23 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 2 | -- | -- |
| May 28 | 8:24 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 2 | -- | -- |
| May 28 | 8:42 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 28 | 8:43 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 9 | -- | -- |
| May 28 | 8:53 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 10 | -- | -- |
| May 28 | 9:15 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 61 | -- | -- |
| May 28 | 10:31 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 14 | -- | -- |
| May 29 | 10:37 AM | 908.917.9947 | Readington, NJ | Incoming, CL | 2 | -- | -- |
| May 29 | 10:55 AM | 908.963.8975 | Readington, NJ | Incoming, CL | 3 | -- | -- |
| May 29 | 11:21 AM | 973.650.8949 | Readington, NJ | Caldwell, NJ | 2 | -- | -- |
| May 29 | 11:36 AM | 908.963.8975 | Readington, NJ | Somerville, NJ | 1 | -- | -- |
| May 29 | 12:30 PM | 646.818.5258 | Raritan, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 29 | 12:32 PM | 646.818.5258 | Flemington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 29 | 1:37 PM | 646.818.5258 | Flemington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 29 | 1:37 PM | 646.818.5258 | Flemington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 29 | 1:48 PM | 646.818.5258 | Flemington, NJ | Nwyrcyzn01, NY | 14 | -- | -- |
| May 29 | 2:00 PM | 848.216.8082 | Flemington, NJ | Incoming, CL | 1 | -- | -- |
| May 29 | 2:05 PM | 646.818.5258 | Flemington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 29 | 2:56 PM | 908.917.9947 | Raritan, NJ | Incoming, CL | 1 | -- | -- |
| May 29 | 3:44 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 10 | -- | -- |
| May 29 | 4:54 PM | 908.963.8975 | Readington, NJ | Incoming, CL | 1 | -- | -- |
| May 29 | 5:13 PM | 908.963.8975 | Readington, NJ | Somerville, NJ | 1 | -- | -- |
| May 29 | 7:41 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 29 | 7:43 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 3 | -- | -- |
| May 29 | 7:46 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 8 | -- | -- |
| May 29 | 8:05 PM | 908.237.0307 | Readington, NJ | Flemington, NJ | 1 | -- | -- |
| May 29 | 8:56 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 24 | -- | -- |
| May 29 | 9:20 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 29 | 9:20 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 29 | 9:20 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 2 | -- | -- |
| May 29 | 9:24 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 29 | 9:24 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 6 | -- | -- |
| May 29 | 9:34 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 29 | 9:35 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 29 | 2:12 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 29 | 2:13 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 29 | 6:11 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |
| May 29 | 6:19 PM | 646.818.5258 | Readington, NJ | Nwyrcyzn01, NY | 1 | -- | -- |

Page 47    Exhibit - A

**FISHER, AMANDA**

| | |
|---|---|
| **From:** | Daniella Viola <daniellatressaviola@gmail.com> |
| **Sent:** | Friday, March 17, 2023 5:46 PM |
| **To:** | FISHER, AMANDA |
| **Subject:** | Contact from Gabriel |
| **Attachments:** | IMG-2199.PNG; IMG-2200.PNG; IMG-2201.PNG; IMG-2202.PNG; IMG-2203.PNG; IMG-2204.PNG; IMG-2205.PNG; IMG-2206.PNG |

Hi Amanda,

I have an instagram for my dog Lucia that's private and Gabriel found it & started messaging me. I didn't accept his message request, but wanted to send you all the screen shots of what he's saying and his instagram account / photo shown. I have not accepted and don't plan to.  Please confirm you receive this message.

Thank you,
Daniella Viola

Page 48   Exhibit - A

## FISHER, AMANDA

**From:** Daniella Viola <daniellatressaviola@gmail.com>
**Sent:** Wednesday, February 22, 2023 9:13 AM
**To:** FISHER, AMANDA
**Subject:** Re: More from Gabriel Costantino

Hi Amanda,

Thank you and I will send more as soon as I receive it. Just for your records and if this hopefully helps the Italian's working on this his phone # he was texting the guy through What's App on is +39 379 272 8938 this has to match his actual phone number too that he's using the app from.

Let me know if you get any updates. Fingers crossed that we'll get him back soon, this has been an absolute nightmare.

Thank you,
Daniella Viola

On Wed, Feb 22, 2023 at 8:58 AM FISHER, AMANDA <HERSHA@brooklynda.org> wrote:

Hi Daniella,

I'm confirming receipt of this. Please continue to send all screenshots because once he is extradited, we may be able to charge him with additional charges of violating the order of protection that is still currently in effect on your behalf (and remains in effect until his return on the warrant).

*Amanda Fisher*

Deputy Bureau Chief, Criminal Court

Kings County District Attorney's Office

Domestic Violence Bureau

350 Jay Street 15th Floor

Brooklyn NY 11201

1

Page 49     Exhibit - A

Email - ADA - Ex

**To:** FISHER, AMANDA <HERSHA@BrooklynDA.org>
**Subject:** Re: Location for Gabriel

Thank you Amanda. What is the last update you have on it?

On Wed, Apr 12, 2023 at 9:54 AM FISHER, AMANDA <HERSHA@brooklynda.org> wrote:

Thanks. I'm saving all this for his eventual return to New York as they all count as violations of the order of protection. However, it does not affect the extradition process unfortunately. I will let you know when I hear more about the extradition.

**From:** Daniella Viola <daniellatressaviola@gmail.com>
**Sent:** Tuesday, April 11, 2023 8:58 PM
**To:** FISHER, AMANDA <HERSHA@BrooklynDA.org>
**Subject:** Location for Gabriel

Hi Amanda,

Just wanted to share this with you. He's still sharing his location with me not sure how you can still do this with being blocked, but apparently you can. It looks like he's staying at a hotel in Sardinia, Italy currently. I declined his request. Wanted to send this to you so hopefully this helps the Italian government with capturing him if they plan on any time soon !! Fingers crossed and please let me know if and when you have any updates.

Page 50   Exhibit - A

350 Jay Street 15th Floor

Brooklyn NY 11201

---

From: Daniella Viola <daniellatressaviola@gmail.com>
Sent: Friday, July 7, 2023 2:10 PM
To: FISHER, AMANDA <HERSHA@BrooklynDA.org>
Subject: More from Gabriel

Hi Amanda,

Gabriel just started sharing his location with me via Find My IPhone and requested for me to share mine, please see the screenshots I've attached. I ignored his request and removed his location, but wanted to send you his location since it appears he's in Switzerland. I'm concerned that he's not going to be extradited back to the US being he was able to leave Sicily yet again. Are you able to let the Italians know this and request an update? If there was a warrant out for him or whatever it's called there I don't think he would have been able to leave the country by plane unless he went by boat or another means.

Please get back to me as soon as you can.

Thank you,

Daniella Viola

This email communication and any files transmitted with it contain privileged and confidential information from the Kings County District Attorney's Office and are intended solely for the use of the individuals or entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please delete it and notify the sender by return email.

11

It is being worked on by Italy and they are aware of the matter. I will let you know as soon as they can provide an update.

*Amanda Fisher*

Deputy Bureau Chief, Criminal Court

Kings County District Attorney's Office

Domestic Violence Bureau

350 Jay Street 15th Floor

Brooklyn NY 11201

**From:** Daniella Viola <daniellatressaviola@gmail.com>
**Sent:** Wednesday, July 12, 2023 9:33 AM
**To:** FISHER, AMANDA <HERSHA@BrooklynDA.org>
**Subject:** Re: More from Gabriel

What do you mean by different agency? Is there someone else I'm able to contact that could provide more information? I know there's only so much you can do, but I want to ensure this is being worked on and is seriously happening.

On Wed, Jul 12, 2023 at 9:29 AM FISHER, AMANDA <HERSHA@brooklynda.org> wrote:

I really can't say because it's a different agency separate from my office but it is my understanding that he should be brought back to face the charges.

9

**01:40** ｰ 4G

 **Lucia Viola** ›
livinlavitacici



Dani

Voglio dirti una cosa

Perché non hai il coraggio di parlare come una persona normale

 ?

Se ti chiamo non hai il coraggio di parlare

Non mi rispondi

Poi come fai che vuoi venire a trovarmi? Secondo te sono così stupido?

Why can't we share locations

 Send me the request

Nooooo

I don't want



 Scrivi un messaggio...   

*[handwritten in left margin, rotated:]* SeP 2023 - Swiss - Ex Ask location

*[handwritten at bottom:]* Page 53  Exhibit—A

**06:26**  .ıll 4G 🔋

 

## Lucia Viola
livinlavitacici

 

parlare

Non mi rispondi

Poi come fai che vuoi venire a trovarmi? Secondo te sono così stupido?

Why can't we share locations

 Send me the request

Nooooo

I don't want

Ok then I don't talk anymore

Talk to your girl

 Ciao

 

 0:13

 Scrivi un messaggio...    

Page 54   Exhibit—A

*(handwritten left margin, bottom to top):* SeP. 2023 - SwiSS -ex.Ask location

08:17

 **Lucia Viola** >
livinlavitacici

 4G

Minute



**Persone** +

Whitehouse Station, NJ • Ora

Non funzione

 Fai di nuovo

You have girl

I don't trust

What's your number

Io devo ascoltare sempre tutto quello che mi dici e tu a me mai una volta mi hai ascoltato

 Scrivi un messaggio...   

Sep. 2023 - Swiss - Ex Ask location

Page 55  Exhibit – A



Ex harris.

Page 56 Exhibit-A

**13:06** .ıl 4G 30

‹ **Daniella Viola**

1 AGO 2024, 11:54

 Daniella ha annullato l'invio di un messaggio

 Daniella ha annullato l'invio di un messaggio

24 SET 2024, 00:08

 Daniella ha annullato l'invio di un messaggio

25 SET 2024, 01:32

 Daniella ha annullato l'invio di un messaggio

 Daniella ha annullato l'invio di un messaggio

25 SET 2024, 22:43

 Daniella ha annullato l'invio di un messaggio

Daniella ha annullato l'invio di

**Hai applicato restrizioni a Daniella**
Non saprà quando sei online o quando hai letto i suoi messaggi.

**Rimuovi restrizioni**

Ex harras.

Page 57   Exhibit - A

**13:06**   .Ⅱ 4G ▮30▮

  **Daniella Viola**

 un messaggio

25 SET 2024, 22:43

 Daniella ha annullato l'invio di un messaggio

 Daniella ha annullato l'invio di un messaggio

 Daniella ha annullato l'invio di un messaggio

26 SET 2024, 04:17

  **Chiamata persa**
Tocca per richiamare

29 SET 2024, 04:08

 Daniella ha annullato l'invio di un messaggio

27 OTT 2024, 05:46

 Daniella ha annullato l'invio di un messaggio

**Hai applicato restrizioni a Daniella**
Non saprà quando sei online o quando hai letto i suoi messaggi.

**Rimuovi restrizioni**

Ex harra25.

Page 58 Exhibit—A

## Exhibit B – Indictment 72513-21 (Brooklyn, 2021–2023)

- Copy of the 17-count indictment filed in Kings County, later dismissed at acquittal (September 18, 2024).

- *Pages: B1–B_7*



**DISTRICT ATTORNEY**
**KINGS COUNTY**
350 JAY STREET
BROOKLYN, NY 11201-2908
(718) 250-2000
WWW.BROOKLYNDA.ORG

**Eric Gonzalez**
District Attorney

MELINDA MOMPLAISIR
Assistant District Attorney

PRECINCT OF OCCURRENCE: 94
SPECIALIZED BUREAU:      DOMESTIC VIOLENCE
(IF NOT TRIAL DIVISION)

# GRAND JURY SYNOPSIS SHEET

GRAND JURY NO: 01632-2021                         IND

GRAND JURY LETTER: A          TERM: 8        A.D.A. MELINDA MOMPLAISIR

TYPE OF INSTRUMENT: INDICTMENT X PROSECUTOR'S INFORMATION ____ SUPREME COURT INFO.____

| Δ NAME | DOCKET | STATUS | | | | | | | | | 190.50 SERVED | | |
|--------|--------|--------|----|---|---|---|----|-----|----|---|---|---|-----|
|        |        | X | XP | J | P | B | AF | VFO | JO | Y | N | W/D |
| CONSTANTINO, GABRIELE | CR-012883-21KN | | X | | | | | | | | | X |

---

## VOOP (NJ FOOP)/ FALSE IMPRISONMENT/ RAPE

CW WENT TO DEF'S HOME TO RETRIEVE MONEY HE PROMISED HER. CW UPON GETTING THERE, THE DEF TOOK THE CW'S PHONE, KEYS AND WALLET AND BLOCKED THE DOOR. THAT NIHT, THE DEF RAPEDTE CW, HOLDHER DOWN ON HER NECK AND BODY. THEDEF RAPED THE CW AGAIN ON THE SECOND DAY (MAY 19), AND AGAIN THE MORINING OF MAY (20) DURING THESE DAYS, THE CW WAS UNAWARE WHERE HER ITEMS WERE.

ON MAY20, THE CW ASKED FOR HER ITEMS , IN WHICH THE DEF GRABBED THE CW AND BURISED HER. ON MAY 21, THE CW WAS ABLE TO TEXT HER PARENTS AS THE DEFENDANT SLEPT AND PROVIDEHER ADDRESS. LATER THAT DAY, THE DEFEDNAT MADE THE CW GO TO THE ATM WITH HIM AND GIVE HIM MONEY AND UPON THEM RETURNING TO THE CW'S HOME, THE POLICE WAS OUTSIDE THE DE'S APARTMENT WITH THE CW'S PARENTS.

---

Δ ARREST DATE :

DATE: 05/21/2021        TIME: 22:26   WHERE: 63 SUTTON STREET

---

I.D.: ___ LINE-UP ___ PHOTO (CONFIRMATORY) __ PHOTO ARRAY __POINT OUT

Show Up  X  None

ExhibiT - B     Page  2

T8A

# INDICTMENT

### SUPREME COURT OF THE STATE OF NEW YORK
### COUNTY OF KINGS

THE PEOPLE OF THE STATE OF NEW YORK

**IND. # 72513-21**

AGAINST

GRAND JURY NO. 01848-2021
DOMESTIC VIOLENCE

XP.   CONSTANTINO, GABRIELE - VFO
DEFENDANT
CR-012883-21KN

## COUNTS

RAPE IN THE FIRST DEGREE
RAPE IN THE FIRST DEGREE
RAPE IN THE FIRST DEGREE
RAPE IN THE THIRD DEGREE
RAPE IN THE THIRD DEGREE
RAPE IN THE THIRD DEGREE
SEXUAL MISCONDUCT
SEXUAL MISCONDUCT
SEXUAL MISCONDUCT
CRIMINAL CONTEMPT IN THE FIRST DEGREE
CRIMINAL CONTEMPT IN THE FIRST DEGREE
CRIMINAL CONTEMPT IN THE FIRST DEGREE
CRIMINAL CONTEMPT IN THE FIRST DEGREE
UNLAWFUL IMPRISONMENT IN THE SECOND DEGREE
PETIT LARCENY
CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE FIFTH DEGREE
CRIMINAL CONTEMPT IN THE SECOND DEGREE

A TRUE BILL

Eric Gonzalez
DISTRICT ATTORNEY

FOREPERSON

STATE OF NEW YORK  }
COUNTY OF KINGS     } ss.

NANCY T. SUNSHINE, Clerk of the County of Kings and Clerk of the Supreme Court in and for said County (said Court being a Court of Record) DO HEREBY CERTIFY that I have compared the annexed with original ___ indictment ___ filed in my office _August 17, 2021_ and that the same is a true transcript thereof and of the whole of such original.

In testimony Whereof, I have hereunder set my hand and affixed the seal of said County and Court, this ___11ᵗʰ___ day of _October_ 20_23_.
NANCY T SUNSHINE ___ ty Clerk

FILED: KINGS COUNTY CLERK 08/17/2021 02:51 PM   Case No. 1848-2021   SUPREME COURT (CRIMINAL TERM) (EDDS) 08/17/2021 02:51 PM

Exhibit - B   Page 3

## Case Details - Appearances

CASE INFORMATIONCourtKings Supreme Criminal Court
Case #IND-72513-21/001
DefendantConstantino, Gabriele

| Date/ Time | Judge/ Part | Calendar Section | Arraignment/ Hearing Type | Court Reporter | Outcome/ Release Status |
|---|---|---|---|---|---|
| 09/13/2021 09:30 AM | D'Emic, Matthew J. DV | Arraignment | 1st Appearance | isaacs,s | Warrant Ordered - Stayed Issuance, Adjourned |
| 09/17/2021 09:00 AM | D'Emic, Matthew J. DV | Arraignment | Adjournment | Isaacs, Scott | Bench Warrant Issued |
| 11/20/2023 09:30 AM | Warin, Elizabeth N. SCDV 2 | Return on Warrant | Adjournment | Arcuri, Erica | Warrant Executed, Adjourned, Bail: Remanded Without Bail |
| 11/21/2023 09:30 AM | Darkeh, Abena SCDV 1 | Arraignment, Return on Warrant | Adjournment | Santilli, Theresa | Adjourned, Temporary Order of Protection, Arraigned, Pled Not Guilty |
| 01/11/2024 09:00 AM | Darkeh, Abena SCDV 1 | GJM - Decision Pending | Adjournment | Del Valle, Vanessa | Adjourned |
| 03/12/2024 09:00 AM | Darkeh, Abena SCDV 1 | Certificate of Compliance - Defense to File, Certificate of Compliance Challenges/Reciprocal Discovery | Adjournment | Giboni, Giulia | Adjourned |
| 03/12/2024 09:30 AM | Darkeh, Abena SCDV 1 | Motion | Adjournment | Giboni, Giulia | Motion Submitted |
| 04/02/2024 09:00 AM | Darkeh, Abena SCDV 1 | Certificate of Compliance - Defense to File, Certificate of Compliance Challenges/Reciprocal Discovery | Adjournment | Panzella, Kiyoko | Adjourned |
| 04/26/2024 09:00 AM | Darkeh, Abena SCDV 1 | Motion | Adjournment | Phillips-McLean, Faye | Adjourned |
| 06/04/2024 09:00 AM | Darkeh, Abena SCDV 1 | hearing | Trial | | Adjourned |
| 06/04/2024 02:30 PM | Warin, Elizabeth N. Misc Motions | Defendant Considering Plea Offer | Adjournment | Del Valle, Vanessa | Adjourned |
| 06/13/2024 09:00 AM | Darkeh, Abena SCDV 1 | hearing | Trial | Santilli, Theresa | Rescheduled |

Exhibit - B    Page 4



| 06/13/2024 02:15 PM | Tomlinson, Rhonda Z. 28 | hearing | Trial | Cooke, Dionne | Hearing Commenced, Adjourned |
| 06/26/2024 09:00 AM | Tomlinson, Rhonda Z. 28 | Hearing Continues | Adjournment | Carletti, Gabrielle | Hearing Day, Adjourned |
| 08/20/2024 09:00 AM | Tomlinson, Rhonda Z. 28 | Calendar Purposes Only | Adjournment | Administratively Adjourned | Adjourned |
| 08/22/2024 09:00 AM | Tomlinson, Rhonda Z. 28 | Hearing - Court to Render Decision | Adjournment | | Rescheduled |
| 09/18/2024 09:00 AM | Tomlinson, Rhonda Z. 28 | Hearing - Court to Render Decision | Adjournment | | |

Exhibit  B    Page 5

2

Certificate #: U-000003741-F



# KINGS SUPREME CRIMINAL COURT

320 Jay Street, Brooklyn, NY 11201

**FEE**
Non-Public
Version

Court ORI: NY023015J

The People of the State of New York
vs.
**Gabriele Constantino**

**Certificate of Disposition**
Docket Number:     **IND-72513-21/001**

CJTN:                    69640700H
NYSID:                 15233983Q

Defendant DOB: **05/23/1994**

Arrest Date: **05/21/2021**     Arraignment Date: **11/21/2023**

THIS IS TO CERTIFY that the undersigned has examined the files of the **Kings Supreme Criminal Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | PL 130.35 01 BF Rape-1st:Forcible Compulsion **SEALED 160.50** | BF | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |
| 2 | PL 130.35 01 BF Rape-1st:Forcible Compulsion **SEALED 160.50** | BF | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |
| 3 | PL 130.35 01 BF Rape-1st:Forcible Compulsion **SEALED 160.50** | BF | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |
| 4 | PL 130.25 03 EF Rape3:No Cnsnt-Victm Not Incap **SEALED 160.50** | EF | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |
| 5 | PL 130.25 03 EF Rape3:No Cnsnt-Victm Not Incap **SEALED 160.50** | EF | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |
| 6 | PL 130.25 03 EF Rape3:No Cnsnt-Victm Not Incap **SEALED 160.50** | EF | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |
| 7 | PL 130.20 01 AM Sexual Misconduct **SEALED 160.50** | AM | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |
| 8 | PL 130.20 01 AM Sexual Misconduct **SEALED 160.50** | AM | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |
| 9 | PL 130.20 01 AM Sexual Misconduct **SEALED 160.50** | AM | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |
| 10 | PL 215.51 BV EF Crim Contempt-1st:Phy Contact **SEALED 160.50** | EF | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |
| 11 | PL 215.51 BV EF Crim Contempt-1st:Phy Contact **SEALED 160.50** | EF | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |
| 12 | PL 215.51 BV EF Crim Contempt-1st:Phy Contact **SEALED 160.50** | EF | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |
| 13 | PL 215.51 BV EF Crim Contempt-1st:Phy Contact **SEALED 160.50** | EF | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |
| 14 | PL 135.05 AM Unlawful Imprisonment 2nd **SEALED 160.50** | AM | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |
| 15 | PL 155.25 AM Petit Larceny **SEALED 160.50** | AM | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |
| 16 | PL 165.40 AM Crim Possession Stoln Prop-5th **SEALED 160.50** | AM | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |

18|09|2024   "ACquiTTal"

Exhibit B 7

Certificate #: U-000003741-F

| 17 | PL 215.50 03 AM Crim Contempt-2nd:Disobey Crt **SEALED 160.50** | AM | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/18/2024 |
|---|---|---|---|---|

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor; AF, BF, CF, DF, EF=Class Felony

Dated: **October 24, 2024**

*Nancy ? Sunshine*

Chief Clerk/Clerk of the Court

## CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 —including any appearing on this certificate of disposition— are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise —unless specifically required or permitted to do so by statute. It shall be an unlawful discriminatory practice, unless specifically required or permitted by statute, for any person, agency, bureau, corporation or association, including the state and any political subdivision thereof, to make any inquiry about, whether in any form of application or otherwise, or to act upon adversely to the individual involved, any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by an order adjourning the criminal action in contemplation of dismissal, pursuant to section 170.55, 170.56, 210.46, 210.47, or 215.10 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law or by a conviction which is sealed pursuant to section 160.59 or 160.58 of the criminal procedure law, in connection with the licensing, housing, employment, including volunteer positions, or providing of credit or insurance to such individual; provided, further, that no person shall be required to divulge information pertaining to any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by an order adjourning the criminal action in contemplation of dismissal, pursuant to section 170.55 or 170.56, 210.46, 210.47 or 215.10 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. An individual required or requested to provide information in violation of this subdivision may respond as if the arrest, criminal accusation, or disposition of such arrest or criminal accusation did not occur. The provisions of this subdivision shall not apply to the licensing activities of governmental bodies in relation to the regulation of guns, firearms and other deadly weapons or in relation to an application for employment as a police officer or peace officer as those terms are defined in subdivisions thirty-three and thirty-four of section 1.20 of the criminal procedure law; provided further that the provisions of this subdivision shall not apply to an application for employment or membership in any law enforcement agency with respect to any arrest or criminal accusation which was followed by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. For purposes of this subdivision, an action which has been adjourned in contemplation of dismissal, pursuant to section 170.55 or 170.56, 210.46, 210.47 or 215.10 of the criminal procedure law, shall not be considered a pending action, unless the order to adjourn in contemplation of dismissal is revoked and the case is restored to the calendar for further prosecution. [Executive Law 296(16)]

Charges may not be the same as the original arrest charges.
CPL 160.50:       All official records (excluding published court decisions or opinions or records and briefs on appeal) related to the arrest or prosecution on file with the Division of Criminal Justice Services, any court, police agency or prosecutor's office shall not be available to any person or public or private agency.



18\09\2024. "ACquiTTa\"

## Exhibit C – INTERPOL Red Notice & Swiss Arrest Papers

- Documentation of international arrest warrant and detention in Switzerland pending extradition to the United States.

- Includes correspondence with Swiss authorities regarding detention and extradition.

- *Pages: C1–C_19*

pData/Local/Temp/Temp1_OneDrive_2025-02-05%20(9).zip/Extradition%20Paperwork/Red%20Noti

◇ | Ⓣ | Aⁿ | あぁ | Chiedi a Copilot        — + ⟷ | 2 | di 2 | ⤾ |

INTERPOL Washington and at the INTERPOL Secretariat General" which you may read to unde

1

requiring expedited handling, and "Urgent Red Notice Request Form" which you should complet
USNCB using email to ▮▮▮▮▮▮▮▮▮▮ @usdoj.gov, or fax ▮▮▮▮▮ Your Urgent Red No
be reviewed, and if urgent processing is deemed necessary, you will be contacted.

IMPORTANT: Please notify us immediately if:

- The viability of the case and the ability to prosecute it changes;
- The fugitive is no longer wanted due to arrest, case dismissal, etc.;
- A new charging document or arrest warrant are issued;
- International extradition of the fugitive is no longer sought; or
- OIA is processing a provisional arrest (PA) or extradition request for your fugitive.

If you have questions about the status of your request, you may contact the USNCB by sending an e
▮▮▮▮▮▮▮▮▮▮ @usdoj.gov, or by calling the USNCB Command Center at ▮▮▮▮▮

Thank you,

INTERPOL Washington, USNCB
U.S. Department of Justice

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

This message and any attachments contain sensitive law enforcement information that
should be protected from unauthorized access and used only for law enforcement
purposes. Any further dissemination of this message and any attachments is
restricted to official law enforcement authorities for legitimate law

○  ▭  ▬  ▥  ◉  ◢  ↻  ⬡

Exhibit - C - Page 2

InTerPol- ReD NoTice

ta/Local/Temp/Temp1_OneDrive_2025-02-05%20(9).zip/Extradition%20Paperwork/Interpol%20Red%20Notice%20Email%20Chain_Redact

| T | A⁴ | aあ | Chiedi a Copilot | − | + | ⊡ | 1 | di 7 | ⟳ | ⊡ | | Q | ⊖ | ⊟ | ⊟ |

## FISHER, AMANDA

| | |
|---|---|
| **From:** | Pacheco Gonzalez, Luar (USNCB) <​ ​@usdoj.gov> |
| **Sent:** | Monday, February 6, 2023 12:46 PM |
| **To:** | Cavinato, Josh (CRM); Mikita, Erin (CRM); Lawerqren, Katarina (CRM); FISHER, AMANDA |
| **Cc:** | Deluca, Joseph; Roberts, Caylah N (NTDOM) |
| **Subject:** | INTERPOL Red Notice for a Subject Wanted in Kings County, NY, USNCB Case No.: 20211236588 |
| **Attachments:** | Email from Complainant on Gabriele Constantino on 2-6-2023.pdf; Screenshot 1.jpg; Screenshot 2.jpg; Screenshot 3.jpg; Screenshot 4.jpg; Screenshot 5.jpg; Screenshot 6.jpg; Screenshot 7.jpg; Screenshot 8.jpg; B070011F-917D-40FB-9F96-406969B4A65A.mov; CEA5EA53-A92A-4F62-972F-C0EABB36A41F.mov |

Hello all,

DA Fisher: thank you for contacting INTERPOL Washington for inquiries concerning Red notice set for Constantino, Gabriele. I have added the OIA team assigned to Italy, who are better equipped to answer questions pertaining to extradition processes and their timeframes.

OIA: Please see below concerns from DA Fisher. Also, please advise if you would like for INTERPOL Washington to send a message to NCB Rome requesting updates on the status of the fugitive.

Respectfully,
Luar A. Pacheco
Investigative Analyst (Contractor)
Global Police Services (GPS)
INTERPOL Washington
U.S. Department of Justice
U.S. National Central Bureau
Main
Work phone
FAX
@usdoj.gov

| O | ⊞ | ▦ | ▦ | ◉ | ◧ | ◐ | ◉ |

Exhibit- C   Page 3

**CONSTANTINO Gabriele**
**Control No.: A-9002/10-2022**

Requesting country: United States
File No.: 2022/69160
Date of publication: 21 October 2022
Updated on: 21 October 2022

FUGITIVE WANTED FOR PROSECUTION

Circulation to the media (including Internet) of the extract of the notice as published on INTERPOL's public website: No

INTERPOL

RED
NOTICE

## 1. IDENTITY PARTICULARS

  

**Family name:** CONSTANTINO
**Forename(s):** Gabriele
**Sex:** Male
**Date and place of birth:** 23 May 1994 - Partinico, Sicily - Italy
**Nationality:** Italy (confirmed)

Also known as

| Type | | Family name | Forename |
|---|---|---|---|
| 1. | Alias | CONSTSANTINO | Gabriele |
| 2. | Alias | COSSTAANTINO | Gabriele |
| 3. | Alias | COSTANTINO | Gabriele |

**Father's family name and forenames:** CONSTANTINO Guiseppe
**Mother's maiden name and forenames:** MESSINA Adele
**Occupation:** Construction

**Languages spoken:** Italian
**Regions/Countries likely to be visited:** Italy (Sicily)

Identity documents

| | Nationality | Type | Number |
|---|---|---|---|
| 1. | Italy | Passport | YB5442774 |

**Physical description**
**Height (cm):** 173          **Weight (kg):** 72          **Hair:** Brown
**Eyes:** Brown          **Build:** Medium
**Distinguishing marks and characteristics:**
CONSTANTINO may have brown or black colored hair and may weigh between 72 and 77 kilograms.

## 2. CASE

Facts of the case

| Town | Country | Date |
|---|---|---|
| Kings County, New York | United States | From 18 May 2021 to 21 May 2021 |

**Summary of facts of the case**
From 18 to 21 May 2021, in Kings County, New York, Gabriele CONSTANTINO restrained and raped his wife over three days. On 11 May 2021, the victim, CONSTANTINO's wife, was granted a Full Stay Away Order of Protection against CONSTANTINO by the Superior Court of Hunterdon County, New Jersey. Despite the Full Stay Away Order of Protection, on 18 May 2021, CONSTANTINO enticed the victim to come to his residence on the premise that he would repay the victim $5,000 USD. CONSTANTINO led the victim up to his apartment where he

ExhibiT - C   Page 4

InTerPol - ReD Notice

confiscated the victim's keys, wallet, and phone. Later that evening, the victim asked CONSTANTINO to return the stolen property. CONSTANTINO responded by pulling the victim's clothes off and applied pressure to the victim's neck and stated that he wanted to have sex despite the victim saying "no." CONSTANTINO then used his hands to hold down the victim's shoulder and neck in order to forcefully penetrate her vagina with his penis without the victim's consent.

Additional facts of the case:
On 19 May 2021, CONSTANTINO told the victim that she was not leaving his residence or receiving her property until he said so. CONSTANTINO again raped the victim's clothes off, held the victim's back, covered the victim's mouth, and forcefully penetrated her vagina with his penis while the victim was saying "no." CONSTANTINO had non-consensual sexual intercourse with the victim. When the victim wanted to leave, CONSTANTINO grabbed the victim's arm very hard causing severe bruising.

On 20 May 2021, CONSTANTINO threw the victim's property, cracking the victim's phone. CONSTANTINO then pulled the victim's clothes off and forcibly inserted his penis into the victim's vagina. When the victim wanted to leave, CONSTANTINO violently grabbed the victim's arm causing severe bruising.

On 21 May 2021, CONSTANTINO chose not to go to work, and remained at his apartment with the victim. When CONSTANTINO took a nap, he had the victim's phone on his chest. The victim grabbed her phone and reported the situation to her family members. CONSTANTINO and the victim departed the apartment, and CONSTANTINO made the victim withdraw money from a nearby automated teller machine (ATM). Later, a police officer called the victim's phone after the victim's parents contacted the police. CONSTANTINO had the victim's phone when the police officer called. When CONSTANTINO and the victim returned to his apartment, there were police at the location who directed him to return the victim's belongings to her. Subsequently, CONSTANTINO was arrested, and later released on bond to await further court proceedings.

On 17 August 2021, the Supreme Court of Kings County, New York, charged CONSTANTINO with three counts of Rape in the First Degree for engaging in sexual intercourse with the victim by forcible compulsion on 18, 19, and 20 May 2021. CONSTANTINO is also charged in the alternative with three counts of Rape in the Third Degree for engaging in sexual intercourse with the victim without the victim's consent where such lack of consent is by reason of some factor other than incapacity to consent on 18, 19, and 20 May 2021, and in the alternative with three counts of Sexual Misconduct for engaging in sexual intercourse with the victim without the victim's consent on 18, 19, and 20 May 2021. CONSTANTINO can be found guilty of the three charges of Rape in the First Degree, or three charges of Rape in the Third Degree, or three charges of Sexual Misconduct.

CONSTANTINO is also charged with: four counts of Criminal Contempt in the First Degree for violating the court issued Full Stay Away Order of Protection by making physical contact with the victim on 18 and 19 May 2021, and twice on 20 May 2021; one count of Unlawful Imprisonment in the Second Degree for restraining the victim in his apartment between 18 and 21 May 2021; one count of Petit Larceny for stealing U.S. currency belonging to the victim on 21 May 2021; one count of Criminal Possession of Stolen Property in the Fifth Degree for possessing the victim's cell phone and wallet between 18 and 21 May 2021; and one count of Criminal Contempt in the Second Degree for intentionally disobeying or resisting the lawful process or other mandate of the court between 18 and 21 May 2021. On 17 September 2021, in the Superior Court of the City of New York, New York, CONSTANTINO failed to appear as required, and the Court issued a warrant for his arrest.

## FUGITIVE WANTED FOR PROSECUTION

ARREST WARRANT OR JUDICIAL DECISION 1/1

| | |
|---|---|
| Charge(s): | 1) Rape in the First Degree (3 counts) |
| | 2) Rape in the Third Degree (3 counts) |
| | 3) Sexual Misconduct (3 counts) |
| | 4) Criminal Contempt in the First Degree (4 counts) |
| | 5) Unlawful Imprisonment in the Second Degree |
| | 6) Petit Larceny |
| | 7) Criminal Possession of Stolen Property in the Fifth Degree |
| | 8) Criminal Contempt in the Second Degree |
| Law covering the offence(s): | 1) New York Penal Law, Section 130.35(1) |
| | 2) New York Penal Law, Section 130.25(3) |
| | 3) New York Penal Law, Section 130.20(1) |
| | 4) New York Penal Law, Section 215.51(B)(V) |
| | 5) New York Penal Law, Section 135.05 |
| | 6) New York Penal Law, Section 155.25 |
| | 7) New York Penal Law, Section 165.40 |
| | 8) New York Penal Law, Section 215.50(3) |
| Maximum penalty possible: | Years: 25 |
| | Details: 1) 25 years imprisonment per count |
| | 2) 4 years imprisonment per count |
| | 3) 1 year imprisonment per count |
| | 4) 4 years imprisonment per count |
| | 5) 1 year imprisonment |
| | 6) 1 year imprisonment |
| | 7) 1 year imprisonment |

Exhibit – C    Page 5

Interpol Red Notice

Il) 1 year imprisonment

**Time limit for prosecution or expiry date of arrest warrant:** No time-limit

**Arrest warrant or judicial decision having the same effect**

| Number | Date of issue | Issued or handed down by | Country |
|---|---|---|---|
| IND-73513-21 | 17 September 2021 | Superior Court City of New York New York | United States |

**Name of signatory:** M D'Emic, Judge

Copy of arrest warrant available at the General Secretariat in the language used by the requesting country: No

## 3. ACTION TO BE TAKEN IF TRACED

LOCATE AND ARREST WITH A VIEW TO EXTRADITION:
Assurances are given that extradition will be sought upon arrest of the person, in conformity with national laws and/or the applicable bilateral and multilateral treaties.

PROVISIONAL ARREST:
This request is to be treated as a formal request for provisional arrest, in conformity with national laws and/or the applicable bilateral and multilateral treaties.

Immediately inform NCB WASHINGTON United States of America (NCB reference: 20211238588 of 19 October 2022) and the ICPO-INTERPOL General Secretariat that the fugitive has been found.

CONS
Cont

Requi
File N
Data
Upda

Ca

1

**INTERPOL RED NOTICE**
Control No.: A-9002/10-2022

Page 3/3

INTERPOL For official use only
File No.: 2022/69160

Exhibit — C    Page 6

InterPol ReD NoTice

Exr2DiTian 2023

SUPREME COURT OF THE COUTY OF KINGS,
STATE OF NEW YORK

STATE OF NEW YORK                    Case Number: 72513-21

v.

GABRIELE COSTANTINO

## AFFIDAVIT IN SUPPORT OF REQUEST FOR EXTRADITION

I, Amanda Fisher, being duly sworn, depose and state:

1.    I am a citizen of the United States of America, residing in the State of New York.

2.    From 2014 until the present, I have been employed as an Assistant District Attorney for the Kings County District Attorney's Office in the State of New York. As an Assistant District Attorney, I am responsible for the preparation and prosecution of criminal cases.

3.    This affidavit is submitted in support of the request of the United States of America, on behalf of the State of New York, to Switzerland for the extradition of Gabriele Costantino, who is also referred to in this request as "COSTANTINO" or the "Defendant."

4.    In the course of my duties, I have become familiar with the charges and the evidence in the case of People of the State of New York v. Gabriele Costantino, Case Number 72513-21. This affidavit does not detail all of the facts or evidence against Defendant that are known to me, but only the evidence necessary to establish a basis for the extradition request. The evidence against Defendant is described more fully in the affidavit of Detective Kevin Choi, which I have reviewed and attached hereto as **Exhibit A.**

Exhibit — C    Page 7



violation of Section 155.25 of the New York Penal Code; Criminal Possession of Stolen Property in the Fifth, in violation of Section 165.40 of the New York Penal Code; and Criminal Contempt in the Second Degree, in violation of Section 215.50(3) of the New York Penal Code.

5.      During the course of the investigation, I have, among other things, reviewed law enforcement reports and sworn testimony of witnesses, which provided information concerning COSTANTINO's criminal conduct.

## DESCRIPTION OF THE FACTS OF THE CASE

6.      COSTANTINO was married to Daniella Viola ("VIOLA") and they did not have any children-in-common. On 18 May 2021, at approximately 14:00 hours, VIOLA went to COSTANTINO'S apartment because COSTANTINO contacted VIOLA stating, in sum and substance, that COSTANTINO was going to pay back the $5,000.00 United States Currency that COSTANTINO owed to VIOLA. COSTANTINO took VIOLA up to COSTANTINO's apartment and took VIOLA's keys, wallet, and phone away from VIOLA. COSTANTINO hid those items. Later that evening, VIOLA tried to convince COSTANTINO to return the property. COSTANTINO pulled VIOLA's clothes off and applied pressure to VIOLA's neck. COSTANTINO told VIOLA that COSTANTINO wanted to have sex and VIOLA said no. COSTANTINO used one hand to hold down VIOLA's shoulder and the other hand to hold onto VIOLA's neck. COSTANTINO inserted his penis into VIOLA's vagina.

7.      On 19 May 2021, COSTANTINO told VIOLA that she was not leaving and to stop asking to leave. COSTANTINO also told VIOLA that VIOLA is not getting back her property until COSTANTINO says so. COSTANTINO ripped VIOLA's clothes off and held VIOLA's back while covering VIOLA's mouth. COSTANTINO again placed his penis into VIOLA's vagina while VIOLA said no.

Exhibit - C      Page 8

2

SUPREME COURT OF THE COUTY OF KINGS,
STATE OF NEW YORK

STATE OF NEW YORK

v.

GABRIELE COSTANTINO

Case Number: 72513-21

## AFFIDAVIT IN SUPPORT OF REQUEST FOR EXTRADITION

I, Detective Kevin Choi, being duly sworn, depose, and state:

1.     I am a citizen of the United States residing in the State of New York.

2.     I am a Detective, employed by the New York City Police Department ("NYPD), and currently assigned to the 94 Precinct and, as such, I have become knowledgeable about criminal activity, particularly violations of the New York criminal statutes.

3.     My duties as an NYPD Detective included being involved in the arrest of COSTANTINO in case number 72513-21. As such, I am familiar with the facts of the investigation involving the criminal activities of defendant, Gabriele Costantino ("COSTANTINO").

4.     COSTANTINO is charged in an Indictment, Case Number 72513-21, issued by the Grand Jury on 13 August 2021, with the violations of the following statutes: Rape in the First Degree, in violation of Section 130.35(1) of the New York Penal Code; Rape in the Third Degree, in violation of Section 130.25(3) of the New York Penal Code; Sexual Misconduct, in violation of Section 130.20(1) of the New York Penal Code; Criminal Contempt in the First Degree, in violation of Section 215.51(B)(V) of the New York Penal Code; Unlawful Imprisonment in the Second Degree, in violation of Section 135.05 of the New York Penal Code; Petit Larceny, in

Exhibit - C     Page 9

## BRIEF SUMMARY OF THE FACTS OF THE CASE

5.     On 18 May 2021 at approximately 2PM, Daniella Viola ("VIOLA") went to an apartment belonging to her husband, COSTANTINO, because COSTANTINO contacted VIOLA stating, in sum and substance, that COSTANTINO was going to pay back the $5,000 United States Currency that COSTANTINO owed to VIOLA.    COSTANTINO took VIOLA up to COSTANTINO's apartment and took VIOLA's keys, wallet, and phone away from VIOLA. COSTANTINO hid those items. Later that evening, VIOLA tried to convince COSTANTINO to return the property. COSTANTINO pulled VIOLA's clothes off and applied pressure to VIOLA's neck. COSTANTINO told VIOLA that COSTANTINO wanted to have sex and VIOLA said no. COSTANTINO used one hand to hold down VIOLA's shoulder and the other hand to hold onto VIOLA's neck. COSTANTINO inserted his penis into VIOLA's vagina.

6.     On 19 May 2021, COSTANTINO told VIOLA that VIOLA was not leaving and to *stop asking to leave.* COSTANTINO also told VIOLA that VIOLA was not getting back her *property until* COSTANTINO said so. COSTANTINO ripped VIOLA's clothes off and held VIOLA's back while covering VIOLA's mouth. COSTANTINO again placed his penis into VIOLA's vagina while VIOLA said no.

7.     On 20 May 2021, COSTANTINO began throwing things and cracked VIOLA's cell phone in the process. COSTANTINO pulled VIOLA's clothes off and again placed his penis into VIOLA's vagina. When VIOLA said that she wanted to leave, COSTANTINO grabbed VIOLA's arm very hard, and VIOLA sustained a bruise on the inside of VIOLA's arm.

8.     On 21 May 2021, COSTANTINO still did not leave the residence to go to work. When COSTANTINO took a nap on that date, COSTANTINO had VIOLA's phone on top of his chest. VIOLA grabbed the cell phone and texted VIOLA's parents. COSTANTINO later forced

2

Exhibit - C    Page 10

Exadition 2023



VIOLA to take out money from the ATM. VIOLA's mother called 911 at approximately 20:05 hours on 21 May 2021. COSTANTINO had VIOLA's phone at that time and a police officer called looking for VIOLA. The police officers spoke with COSTANTINO's roommate who was aware that COSTANTINO and VIOLA had been fighting but did not know the specifics of what occurred in COSTANTINO's bedroom. The police officers advised the roommate to contact the police if COSTANTINO returned and the police officers then left the apartment and began to speak with VIOLA's parents who were outside of the location. VIOLA returned to COSTANTINO's apartment with COSTANTINO while the police officers were outside of the location. Following their return, the police officers allowed COSTANTINO to enter the building and VIOLA remained outside of the location and spoke with the police officers. COSTANTINO's roommate texted 911 at approximately 22:02 because COSTANTINO had returned to the apartment. The police officers, including Detective Choi, re-entered the building and went to COSTANTINO's apartment where the police officers placed the Defendant under arrest for violating a court-mandated Order of Protection on 21 May 2021.

### PROCEDURAL HISTORY

9.    On 6 August 2021, the case was presented to a state grand jury in the Supreme Court in the County of Kings, State of New York, and on 13 August 2021, the state grand jury issued an Indictment against COSTANTINO, charging him with the following offenses: **Counts One, Two and Three**, Rape in the First Degree, Penal Law 130.35(1); in **Counts Four, Five and Six**, Rape in the Third Degree, Penal Law 130.25(3); **Counts Seven, eight and Nine**, Sexual Misconduct, Penal Law 130.20(1); **Counts Ten, Eleven, Twelve and Thirteen**, Criminal Contempt in the First Degree, Penal Law 215.51(b)(V); **Count Fourteen**, Unlawful Imprisonment in the Second Degree, Penal Law 135.05: **Count Fifteen**, Petit Larceny, Penal Law 155.25; **Count**

3

Exhibit — C    Page 11

3

Exr ADITION 2023

Sixteen, Criminal Possession of Stolen Property in the Fifth Degree, Penal Law 165.40; and Count

Seventeen, Criminal Contempt in the Second Degree, Penal Law 215.50(3).

10.     An indictment is a formal accusation or charging document issued by a state grand jury, which consists of 16 to 23 citizens impaneled to review evidence of crimes presented to it by United States law enforcement authorities. Each member of the grand jury must review the evidence presented and determine whether there is probable cause to believe that a crime has been committed and that it is likely that the defendant committed the crime. The grand jury may "return," or authorize, an indictment charging the defendant with a crime when at least 12 grand jurors determine that there is probable cause to believe that the defendant committed the crime.

11.     On 17 August 2021, the Indictment against COSTANTINO was filed with the court and the case was adjourned for COSTANTINO to be arraigned on the Indictment on 13 September 2021. COSTANTINO did not appear in court on 13 September 2021 and the case was adjourned to 17 September 2021 for COSTANTINO to appear in court and for arraignment on the Indictment. On 17 September 2021, COSTANTINO did not appear in court for his arraignment.

12.     In light of COSTANTINO's failure to appear in court on 17 September 2021, Judge Matthew D'Emic issued a warrant for his arrest for the offenses charged in the Indictment. This arrest warrant remains valid and executable to apprehend Gabriele COSTANTINO to stand trial for the offenses with which he is charged in the Indictment. I have obtained certified copies of the Indictment, dated 17 August 2021, and the Arrest Warrant, dated 17 September 2021, and attached them to this affidavit as **Exhibits B and C**, respectively.

13.     The statutes cited in the Indictment and applicable to this case are **Sections 130.35(1), 130.25(3), 130.20(1), 215.51(B)(V), 135.05, 155.25, 165.40, 215.50(3) of the New York Penal Law**. Violations of **Sections 130.35(1), 130.25(3), 215.51(b)(V)** each are punishable

4

Exhibit — C   Page 11

4

STATE OF N~

OF NEW YORK

15.    COSTANTINO further shared his location with VIOLA via iPhone location sharing, which alerted VIOLA to COSTANTINO's location in Switzerland that led to his arrest.

## IDENTIFICATION

16.    COSTANTINO is an Italian citizen, who was born on 23 May 1994 in Italy. He is described as a Caucasian male, standing approximately 5 feet 8 inches tall (173cm), weighing 160 pounds (72.5 kilograms), with brown hair and brown eyes. He is the holder of an Italian passport with passport number YB5442774 and is currently located in Switzerland. Attached hereto as **Attachment 1**, is a photograph of COSTANTINO that was taken at the courthouse's Central Booking after he was placed under arrest on 21 May 2021. Based upon my having interacted with COSTANTINO during his arrest on 21 May 2021, I recognize the individual depicted in the photograph in **Attachment 1** as defendant Gabriele COSTANTINO.

17.    This affidavit is sworn to before a Supreme Court Judge, legally authorized to administer an oath for this purpose.

Detective Kevin Choi
New York City Police Department

Sworn and subscribed to before me, this 16th day of October 2023

Hon. Evelyn Laporte
HON. EVELYN J. LAPORTE

OCT 16 2023

6

Exhibit - C    Page 12

5

Exr2Dition



**DISTRICT ATTORNEY**
**KINGS COUNTY**
350 JAY STREET
BROOKLYN, NY 11201-2908
(718) 250-2000
WWW.BROOKLYNDA.ORG

Eric Gonzalez
District Attorney

November 8, 2023

VIA E-MAIL
Parole and Law Enforcement Programs Unit
Homeland Security Investigations
Washington, D.C.

Parole and Law Enforcement Programs Unit:

**REQUEST FOR PAROLE ENTRY OF**
**GABRIELE COSTANTINO**
**DATE OF BIRTH: MAY 23, 1994**

GABRIELE COSTANTINO a citizen of ITALY, is wanted to stand trial in KINGS COUNTY SUPREME COURT IN THE STATE OF NEW YORK, on the following felony charges:

Rape in the First Degree, Penal Law 130.35(1) (3 counts)
Rape in the Third Degree, Penal Law 130.25(3) (3 counts)
Sexual Misconduct, Penal Law 130.20(1) (3 counts)
Criminal Contempt in the First Degree, Penal Law 215.51(B)(V) (4 counts)
Unlawful Imprisonment in the Second Degree, Penal Law 130.05
Petit Larceny, Penal Law 155.25
Criminal Possession of Stolen Property in the Fifth Degree, Penal Law 165.40
Criminal Contempt in the Second Degree, Penal Law 215.50(3)

On September 17, 2021, a warrant of arrest was issued for GABRIELE COSTANTINO with bail to be determined upon being returned on the warrant.

On November 7, 2023 GABRIELE COSTANTINO consented to extradition from Switzerland. His removal date is scheduled for November 17, 2023. If paroled into the United States, GABRIELE COSTANTINO will be housed at the RIKERS ISLAND Jail, in THE STATE OF NEW YORK.

The New York City Police Department, is the law enforcement agency which will oversee GABRIELE COSTANTINO at all times, until sentencing. GABRIELE COSTANTINO will be prosecuted by the New York State Kings County District Attorney's Office.

Last Updated 3/2022

Exhibit-C Page 13

The New York City Police Department and the New York State Kings County District Attorney hereby assure the Department of Homeland Security, Immigration and Customs Enforcement (ICE), of the following:

1. If a Detainer is issued by ICE, the Detainer will follow GABRIELE COSTANTINO and be part of his legal documents no matter which jurisdiction he is transferred to.

2. Both the prosecuting office and local agency in charge of the fugitive's custody assure ICE that they will notify ICE immediately should the fugitive post bail and be scheduled to be released from custody.

3. The parties understand that if GABRIELE COSTANTINO posts bail, ICE will take immediate action to effect the removal of the subject, which may result in him being removed from the U.S. before the criminal case is adjudicated.

4. The parties also provide an assurance that if GABRIELE COSTANTINO is acquitted or if no probable cause is found, they will immediately notify ICE.

The undersigned parties certify that they have the full power and authority to make the above stated assurances.


_11/8/2023_
Date

**Assistant District Attorney Amanda Fisher**
**Kings County District Attorney's Office**


_11/8/2023_
Date

**Detective Kevin Choi**
**New York City Police Department**

Exradition 2023

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Eidgenössisches Justiz- und Polizeidepartement EJPD
Bundesamt für Justiz BJ

EINGEGANGEN

Unser Zeichen: B-23-4323-1
Bitte in Antwort angeben

The Federal Office of Justice of the Federal Department of Justice and Police presents its compliments to the U.S. Embassy in Berne and with reference to the Embassy's note no. 134/2023 of 26 October 2023, concerning the extradition of CONSTANTINO Gabriele, born on 23 May 1994, citizen of Italy, has the honour to inform about the following:

The subject consented on 7 November 2023 to a simplified extradition to the USA. This Office herewith grants the extradition of the subject to the USA for the facts mentioned in the formal request of extradition of the Embassy dated 26 October 2023. The rule of specialty applies, as he did not renounce to its application.

The subject is in detention pending extradition in Switzerland since 22 September 2023. His surrender will be organized directly with the U.S. Department of Justice.

The Office avails itself of this opportunity to renew to the Embassy the assurances of its highest consideration.

Bern, 7. November 2023



To the Embassy of the United States of America
Berne

BJ-00431625 / P013

Exhibit – C    Page 15

Exradition 2026



No. 134/2023

The Embassy of the United States of America presents its compliments to the Federal Department of Justice and Police and, on behalf of the United States Department of Justice, Office of International Affairs, Criminal Division, has the honor to request the extradition of Gabriele COSTANTINO, alias Gabriele Constantino, pursuant to the Extradition Treaty Between the Government of the United States of America and the Government of the Swiss Confederation, signed November 14, 1990 (the "Extradition Treaty").

COSTANTINO was provisionally arrested on September 22, 2023 and is believed to be in custody in Switzerland.

COSTANTINO is wanted to stand trial in the United States for rape, theft, and contempt-related offenses. On August 17, 2021, an indictment was filed in the Supreme Court in the County of Kings, State of New York, under case number 72513-21, charging COSTANTINO with the following offenses:

Counts 1-3: Rape in the first degree, in violation of New York Penal Law 130.35(1), which carries a maximum term of imprisonment of 25 years per count;

Counts 4-6: Rape in the third degree, in violation of New York Penal Law 130.25(3), which carries a maximum term of imprisonment of 4 years per count;

**DIPLOMATIC NOTE**

Exhibit - C Page 16

Counts 7-9: Sexual misconduct, in violation of New York Penal Law 130.20(1), which carries a maximum term of imprisonment of 1 year per count;

Counts 10-13: Criminal contempt in the first degree, in violation of New York Penal Law 215.51(b)(V), which carries a maximum term of imprisonment of 4 years per count;

Count 14: Unlawful imprisonment in the second degree, in violation of New York Penal Law 135.05, which carries a maximum term of imprisonment of 1 year;

Count 15: Petit larceny, in violation of New York Penal Law 155.25, which carries a maximum term of imprisonment of 1 year;

Count 16: Criminal possession of stolen property in the fifth degree, in violation of New York Penal Law 165.40, which carries a maximum term of imprisonment of 1 year; and

Count 17: Criminal contempt in the second degree, in violation of New York Penal Law 215.50(3), which carries a maximum term of imprisonment of 1 year.

A warrant for COSTANTINO's arrest based on the charges in the indictment was issued on September 17, 2021, by the Supreme Court in the County of Kings, State of New York. This warrant remains valid.

The applicable U.S. statutes of limitations does not bar prosecution of COSTANTINO for the offenses for which extradition is sought.

ExhibiT — C  Page 17

2

A detailed summary of the facts is included in the supporting documents.

As noted above, the offenses with which COSTANTINO is charged are punishable under the laws of the United States by deprivation of liberty for a period of more than one year and/or are covered under Article 2 of the Extradition Treaty.

In accordance with Article 19 of the Extradition Treaty, the United States requests the seizure of all articles, documents, and other evidence relating to the offenses charged, or which may be required as evidence relating to the offenses. The Embassy requests that these objects be surrendered with COSTANTINO if extradition to the United States is granted.

COSTANTINO is a citizen of Italy, born on May 23, 1994, in Italy. He is described as a Caucasian male, standing approximately 5 feet 8 inches tall (173 centimeters), weighing approximately 160 pounds (72.5 kilograms), with brown hair and brown eyes. COSTANTINO holds an Italian passport with passport number YB5442774.

Documents in support of this request, including photographs of COSTANTINO, are included with this request.

Please note that Exhibit D of the supporting documents contains two errors in the labels of the subsections of New York Penal Law 130.25 and 215.50. Both subsections under these laws should be subsection 3. These typographical errors do not affect the validity of the extradition request.

Exhibit — C    Page 18

3

Exradition 2023

The Embassy of the United States of America avails itself of this opportunity to renew to the Federal Department of Justice and Police of the Swiss Confederation the assurances of its highest consideration.

Embassy of the United States of America

Bern, October 26, 2023



Exhibit — C   Page 19

# Exhibit D – Rikers Island Mistreatment Records

- Affidavits and complaints documenting excessive force, pepper spray use, denial of medical care, and abuse while in custody at Rikers Island. "Few documents available and modified or falsified "

- *Pages: D1–D_3*

Exhi Page 2

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

**ATTACHMENT A**

Form: 6500A
Rev.: 07/09/21
Ref.: Dir. #6500R-G

## REPORT AND NOTICE OF INFRACTION

| | | | | |
|---|---|---|---|---|
| Transport: OBCC | Date of Incident: 03/27/24 | Time Infraction Written: 0833 | | Date of Report: 03/22/24 |
| Housing Unit/Name: CONSTANTINO, GABRIELE | | B&C Evidence #: 8252301478 | | NYSID #: 15233983Q |
| Location Where the Specific: OBCC 6 UPPER, PHONE AREA | | Housing Area Location: 6 UPPER | | Approximate Time of Incident: 1420 Hrs. |
| | Offense ASSAULT | Charge # | | Offense |
| Charge # 101.16 (II) *20.10 (II) | REFUSAL OF DIRECT ORDER | | | |

Reporting Official (Signature):

Reporting Official (Print Name, Rank and Shield #): Captain Chantawansi 608.

(Brief statement (in your details as to How, When and Where Infraction was Committed))

On March 27, 2024, I Captain Chantawansi 808 assigned to RECREATION, at approximately 0800 Hours am conducting a Genetec review of the 03/22/24 UOF incident which occurred at approximately 1420 Hours at Housing Area 6 Upper, OBCC, utilizing Angle 69.45, position at the 03/22/24 UOF incident. CONSTANTINO, GABRIELE, B/C# 8252301478/ NYSID# 15233983Q, Inmate CRUZ, CARLOS, B/C# #1201000641 NYSID# 03488660H, and Inmate VAZQUEZ, RANDY, B/C# 3492303672/ NYSID# 08970684J. Upon reviewing the Genetec footage, I observed that Inmate CONSTANTINO was utilizing the phone with Inmate CRUZ next to him appearing to be waiting. Inmate CRUZ then appeared to become irate pushing Inmate CONSTANTINO grabbing the phone from Inmate CONSTANTINO and then utilizing it as a Deadly Instrument (Weapon) striking him in the face several times. Inmate CONSTANTINO responded by punching Inmate CRUZ in the face and upper torso and Inmate CRUZ proceeded to punch him in the face and upper torso. Inmate VAZQUEZ, RANDY, B/C# 3492303672/ NYSID# 08970684J involved himself at the same time as C.O. FRANK 19799 responded. C.O. FRANK appeared to be giving direct order as Inmate VAZQUEZ attempted to break up the fight and separate both Inmates CONSTANTINO and Inmate CRUZ when they appeared to be fighting by the bed area. Said efforts to end the fight failed at which point C.O. FRANK utilized Chemical Agents in attempt to gain compliance from all Inmates involved. Both Inmates were eventually separated in which Inmate CRUZ was placed in the Day room as Inmate CONSTANTINO was placed in the Vestibule area, terminating the incident.

PER C.O. FRANK 19799 UOF Report for this incident: Direct Orders were given to all P.I.C. involved to stop fighting in which said Inmates refused at which point she utilized Chemical Agents to gain compliance. Furthermore, she noted P.I.C. VAZQUEZ, RANDY, B/C# 3492303672/ NYSID# 08970684J involvement was only in attempting to break up the fight.

You are entitled to a hearing for this infraction no sooner than twenty-four (24) hours after you are served with this notice. If you are a sentenced individual and you commit an infraction within twenty-four (24) hours prior to your discharge, and have not reached your maximum sentence expiration date, you may be served with charges and held for a hearing. The Department will make every effort to hold this hearing within three (3) business days of the service of this notice. This three (3) business day period excludes the day you are served, weekends, holidays, days you go to court (whether in person or via teleconference), days you are hospitalized or at a hospital attending a clinic, days you leave the facility for an attorney interview, days you are unavailable because you are transferred to another facility or you are unavailable due to your absence from the facility for any purpose. The three (3) business day period is automatically extended by one (1) business day if you are transferred to another facility prior to your hearing (unless you are a Pre-Hearing Detention Individual). Commencement of a hearing after three (3) business days is at the discretion of the Adjudication Captain and is not barred by Department rules.

At your hearing you have the following rights:

1. Right to appear personally; unless you waive your right to appear, refuse to attend the hearing or appear at the hearing and become disruptive.
2. Right to make statements; if you choose to remain silent, your silence cannot be used against you. If you make a statement, such statement cannot be used in a subsequent criminal trial unless you have been given a Miranda Warning and then voluntarily testify.
3. Right to present material evidence.
4. Right to present witnesses.
5. Right to the assistance of a Hearing Facilitator.
6. Right to an Interpreter if you cannot communicate well enough in English.
7. Right to appeal.

Within twenty-four hours of the Adjudication Captain reaching a decision of guilty, you will receive a copy of the "NOTICE OF DISCIPLINARY HEARING DISPOSITION" form informing you of the violation(s) you are found guilty of, the basis for that finding, the evidence relied upon and the penalty to be imposed. The following penalties are the maximum which may be imposed individually or in any combination:

1. Reprimand.
2. Loss of privileges.
3. Loss of good time if you are a sentenced inmate.
4. Punitive segregation for up to thirty (30) days per each applicable individual charge.
5. Restitution for intentionally damaging or destroying City property.

A contraband restriction will be imposed on all inmates found guilty of a Grade I (14 day freeze) or Grade II (7 day freeze) offense. You have the right to appeal an adverse decision rendered by the Adjudication Captain.

| Interpreter Requested: | ☐ Yes (if yes, include what language) | | ☐ No |
|---|---|---|---|
| Hearing Facilitator Requested: | ☐ Yes ☐ No | | |
| Witness(es) Requested: | ☐ Yes (if yes, include witness(es) Name, Book and Case Number (if inmate) or Shield ID (if staff) and Location (if inmate) or Post (if staff). | | ☐ No |

| Witness (Print Name): | B&C Number: | Location: |
|---|---|---|
| Witness (Print Name): | B&C Number: | Location: |
| Witness (Print Name): | B&C Number: | Location: |
| Witness (Print Name): | Shield/ID Number: | Post: |

| I certify that I received a copy of this notice. | Signature of Individual: | Date: 3/27/24 | Time: 1625 |
|---|---|---|---|
| Served By: (Print Name, Rank and Shield #): Richerds, Capt 1732 | | Signature of Server: | |
| Refused to Sign for Notice: ☐ Yes ☐ No | | Witnessed By: Valentine CO 4342 | |

DISTRIBUTION: (SINGLE SIDED) COPY - NOTICE TO INDIVIDUAL    (DOUBLE SIDED WITH FORM 6500B) COPY TO FACILITY

Rikers - Report

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

**ATTACHMENT A**

**REPORT AND NOTICE OF INFRACTION**

Form: 6580A
Rev.: 08/04/15
Ref. | Dir. #6580R-C

| Infraction #: | Institution: OBCC | Date of Incident: 04/23/24 | Time Infraction Written: 1900 | Date of Report: 04/23/24 |
|---|---|---|---|---|
| Inmate Name (Last, First): Constantino, Gabriele | | B&C/Sentence #: 8252301478 | | NYSID #: 15233983Q |
| Location of Incident (Be Specific): Main Intake/Pen#6 | | Housing Area Location: | | Approximate Time of Incident: 1610 Hrs. |

| Charge # | Offense | Charge # | Offense |
|---|---|---|---|
| 101.10 | Assault | | |
| 108.10 | Disorderly Conduct | | |
| 109.10 | Disrespect for Staff | | |

Reporting Official (Print Name, Rank and Shield #): Officer Daniels#10560

Reporting Official (Signature):

**Details of Incident (Include details as to How, When and Where Infraction was Committed):**

On Tuesday, I Officer Daniels#10560 assigned to the Main Intake as the Escort Officer on the 1400x2231 at approximately 1610 I attempted to escort inmate Constantino, Gabriele B&C#8252301478 Nysid#15233983Q from the Main Intake to his housing area. Inmate Constantino was refusing all direct orders to go to his housing area. Capt. Williams#1836 and Officer Thomas#1686 and Officer Murray#4366 came to assist me with inmate Constantino. IPC skills was utilized to no avail Capt. Williams instructed this writer to handcuff inmate Constantino which i did. Once said inmate was handcuff he was refusing to walk and the capt ask for the Jetwheel. Inmate Constantino refuses to be secured in the JetWheel and he started to assault staff by kicking. Inmate Constantino threw several kicks at this writer and officer Thomas which made contact. Capt Williams gave said inmate one last final order to stop his abusive behavior or chemical agent would be utilized, which he refuses to do. Capt. Williams then instructed Officer Murray to deploy chemical agent which he did. Officer Murray then deployed a one two second burst of chemical agent to said inmate facial area. Once chemical agent was utilized said inmate was then take to the decontamination pen terminating any further use.

You are entitled to a hearing for this infraction no sooner than twenty-four (24) hours after you are served with this notice. If you are a sentenced inmate and served with charges and held for a hearing. The Department will make every effort to hold this hearing within three (3) business days of the service of this notice. This three (3) business day period excludes the day you are served, weekends, holidays, days you go to court (whether in person or via teleconference), days you are hospitalized or at a hospital attending a clinic, days you leave the facility for an attorney interview, days you are unavailable because you are transferred to another facility and days you are unavailable due to your absence from the facility for any purpose. The three (3) business day period is automatically extended by one (1) business day if you are transferred to another facility prior to your hearing (unless you are a Pre-Hearing Detention Inmate). Commencement of a hearing after three (3) business days is at the discretion of the Adjudication Captain and is not barred by Department rules.

At your hearing you have the following rights:

1. Right to appear personally, unless you waive your right to appear, refuse to attend the hearing or appear at the hearing and become disruptive.
2. Right to make statements. If you choose to remain silent, your silence cannot be used against you. If you make a statement, such statement cannot be used in a subsequent criminal trial unless you have been given a Miranda Warning and then voluntarily testify.
3. Right to present material evidence.
4. Right to present witnesses.
5. Right to the assistance of a Hearing Facilitator.
6. Right to an interpreter if you cannot communicate well enough in English.
7. Right to appeal.

Within twenty-four hours of the Adjudication Captain reaching a decision of guilty, you will receive a copy of the "NOTICE OF DISCIPLINARY HEARING DISPOSITION" form informing you of the violation(s) you are found guilty of, the basis for that finding, the evidence relied upon and the penalty to be imposed. The following penalties are the maximum which may be imposed individually or in any combination:

1. Reprimand.
2. Loss of privileges.
3. Loss of good time if you are a sentenced inmate.
4. Punitive segregation for up to thirty (30) days for each applicable individual charge.
5. Restitution for intentionally damaging or destroying City property.

A twenty five ($25) dollar disciplinary surcharge will be imposed on all inmates found guilty of a Grade I or Grade II offense.
You have the right to appeal an adverse decision rendered by the Adjudication Captain.

| Interpreter Requested: | ☐ Yes (If yes, include what language) | | ☐ No |
|---|---|---|---|

| Hearing Facilitator Requested: | ☐ Yes | ☐ No | |
|---|---|---|---|

| Witness(es) Requested: | ☐ Yes (If yes, include witness(es) Name, Book and Case Number (if inmate) or Shield/ID (if staff) and Location (if inmate) or Post (if staff)). | ☐ No |
|---|---|---|

| Witness (Print Name): | B&C Number: | Location: |
|---|---|---|
| Witness (Print Name): | B&C Number: | Location: |
| Witness (Print Name): | B&C Number: | Location: |
| Witness (Print Name): | Shield/ID Number: | Post: |

| I certify that I received a copy of this notice: | Signature of Inmate: REFUSED TO SIGN | | |
|---|---|---|---|
| Served by (Print Name, Rank and Shield #): CAPT HYDE #1822 | | Date: 4/23/24 | Time: 2206 |
| Refused to Sign for Notice: ☒ Yes ☐ No | Signature of Server: | | |
| | Witnessed By: Parkes # 18127 | | |

**DISTRIBUTION:** (SINGLE SIDED) COPY - NOTICE TO INMATE     (DOUBLE SIDED WITH FORM 6500B) COPY TO FACILITY

Rikers    False    Report

## Exhibit E – Court Interpreter Record & Immigration Papers

1.    September 18, 2024 Kings County Court record falsely indicating interpreter presence, contrasted with ADA Fisher's September 17, 2024 email.

2.    Immigration notices and ICE-related documents showing detention and attempted deportation after acquittal (to the extent available).

- *Pages: E1–E_9*

Unredacted ✕

s/Gegè/AppData/Local/Temp/Temp1_OneDrive_4_06-02-2025.zip/Costantino%20Dismissal%20Unredacted.pdf

Brooklyn, NY 11201
(646) 951-6142

**From:** Neelrup Mitra <nemitra@nycourts.gov>
**Sent:** Tuesday, August 20, 2024 1:38 PM
**To:** Joshua Scheier <JFScheier@legal-aid.org>; HERSH, AMANDA <HERSHA@BrooklynDA.org>; RIPKAD@BrooklynDA.org <RIPKAD@BrooklynDA.org>
**Cc:** Aneesa Osborne <aosborne@nycourts.gov>; Ana M. Almenares-Zapata <aalmenar@nycourts.gov>; Cesar Cicirello <ccicirel@nycourts.gov>
**Subject:** IND-72513-21 Gabriele Constantino Administratively Adjourned to 09/18/2024 **ITALIAN INTERPRETER**

Good afternoon,

Please be advised that the above referenced case scheduled on the Part 28 Calendar for August 22, 2024, has been administratively adjourned to **Wednesday, September 18, 2024** as per Judge Tomlinson.

Thank you for your consideration.

*Neelrup Mitra*
**Senior Court Clerk**
**Part 28**
(347) 296-1072
Kings Supreme Court, Criminal Term
320 Jay Street
Brooklyn, NY 11201



Data/Local/Temp/Temp1_OneDrive_4_06-02-2023.zip/Costantino%20Dismissal%20Correspondence...

◇ | ⫟ | Aᵇ | aᵇ | Chiedi a Copilot    — + | ↔ | 1 | di 2 | ↻ | ⬚

**From: Joshua Scheier** JFScheier@legal-aid.org 🖉
**Subject:** Fw: IND-72513-21 Gabriele Constantino Administratively Adjourned to 09/18/2024 **ITALIAN INTERPRETER**
**Date:** September 17, 2024 at 3:47 PM
**To:** Kalley Moran kmoran@legal-aid.org

Woot.

**From:** FISHER, AMANDA <HERSHA@BrooklynDA.org>
**Sent:** Tuesday, September 17, 2024 3:45 PM
**To:** Joshua Scheier <jfscheier@legal-aid.org>; Neelrup Mitra <nemitra@nycourts.gov
RIPKA, DANIELLE <RIPKAD@BrooklynDA.org>
**Cc:** Aneesa Osborne <aosborne@nycourts.gov>; Ana M. Almenares-Zapata
<aalmenar@nycourts.gov>; Cesar Cicirello <ccicirel@nycourts.gov>
**Subject:** Re: IND-72513-21 Gabriele Constantino Administratively Adjourned to
09/18/2024 **ITALIAN INTERPRETER**

Good afternoon,

I just wanted to update the court and defense that after further conversations with the
complaining witness, we will be moving to dismiss this case tomorrow. I believe that the
defendant will be sent back to Italy pursuant to the extradition agreement.

I will appear in court tomorrow morning for the official record to be made.
Thank you.

*Amanda Fisher*
Deputy Bureau Chief, Criminal Court
Kings County District Attorney's Office
Domestic Violence Bureau

Exhibit - E      Page   3

**Salvatore A. Falletta**

| | |
|---|---|
| From: | Salvatore A. Falletta |
| Sent: | Tuesday, November 10, 2020 12:07 PM |
| To: | daniellatressaviola@gmail.com |
| Subject: | Requirements for Adjustment of Status |

## PLEASE REPLY TO THIS EMAIL TO CONFIRM RECEIPT. THANK YOU.

Dear Daniella,

Below please find the documentation & fees required to process the application for conditional permanent resident status based upon a bona-fide marriage to a US Citizen.

You must provide the following:

1. Copy of US birth certificate or Naturalization certificate
2. Copy of complete 2019 federal tax returns with all W-2 forms, schedules and attachments
3. Copy of Form 1040, page 1, of the 2017 & 2018 federal tax returns
4. Copy of 4 most recent pay stubs or unemployment benefit letter
5. Marriage certificate
6. If previously married, Judgment of Divorce
7. List of home addresses for the last 5 years with dates (month/year) at each address
8. List of Employers/Employment history for the last 5 years including name of employer, address, job title and dates (month/year) of employment
9. Biographic information
   a. Race
   b. Height
   c. Weight
   d. Eye color
   e. Hair color
10. Cell phone number and e-mail address
11. Each parents' name (include mother's maiden name), date of birth, city and country of birth, and current city of residence.

Your husband must provide the following:

1. Passport, visa and Form I-94 issued upon last entry to the US
2. Copy of birth certificate with translation
3. If previously married, all Judgments of Divorce or termination of marriages
4. If ever arrested, Certificate of Disposition from each Court that handled the matter
5. List of Home addresses for the last 5 years with dates (month/year) at each address
6. List of Employers/Employment history for the last 5 years including name of employer, address, job title and dates (month/year) of employment
7. Biographic information
   a. Race
   b. Height
   c. Weight
   d. Eye color
   e. Hair color
8. Cell phone number and e-mail address

1

Exhibit - E   Page   4

9. Each parents' name (include mother's maiden name), date of birth, city and country of birth, and current city of residence
10. If you have children, please provide a copy of each child's birth certificate

**NOTE**: Additional financial documentation is required to complete the Declaration of Self-Sufficiency (Form I-944). We will discuss the specific documentation after reviewing your situation at our initial meeting.

Because you are currently unemployed, a Joint Sponsor will be required for the application. The **Joint Sponsor** must provide the following documentation:

1. Copy of US birth certificate, Naturalization certificate or Green card
2. Copy of complete 2019 federal tax returns with all W-2 forms, schedules and attachments
3. Copy of Form 1040, page 1, of the 2017 & 2018 federal tax returns
4. Copy of 4 most recent pay stubs
5. Current address, e-mail address and cell phone number

In addition to the above, the applicant will be required to obtain before the USCIS interview, at your own expense, a Medical Examination from a USCIS authorized doctor (Doctors can be found at https://my.uscis.gov/findadoctor). Do NOT obtain the medical exam at this time; I will instruct you when he should have the exam performed at a future time.

USCIS requires the following filing fees:

| | |
|---|---|
| Alien Relative Petition | $ 535.00 |
| Adjustment of Status, Work/Travel Permit & Fingerprint Fee | $1225.00 |
| TOTAL | $1760.00* |

Bank Check

*\* USCIS will increase the filing fee to $2270.00. Therefore, we must prepare and send the applications before the price increase.*

USCIS accepts debit/credit cards for these cases. If you wish to pay by check or money order, please provide a check/money order payable to US DEPARTMENT OF HOMELAND SECURITY.

$2500.00

My legal fee in connection with this matter is $3000.00. The legal fee does NOT include the USCIS fees or cost of medical examination noted above. My legal fee includes preparation of all required applications, review and preparation of all evidence prior to interview and representation at the interview in Newark, NJ for conditional resident status. Our legal fee does not include services for any second interviews (STOKES interviews), waiver applications, appeals, motions or Court representation. These services are available, but covered under a separate agreement once the details are discussed with the USCIS.

Please remit a check payable to SALVATORE A FALLETTA, LLC. I do accept credit/debit card payments for legal fees, but prefer checks.

I look forward to meeting you tomorrow, **November 11 at 12 PM**. Have a great day.

Sincerely,
Salvatore A Falletta, Esq.

Law Office of Salvatore A. Falletta, LLC
155 Park Avenue, Suite 201C
Lyndhurst, NJ 07071

2

Exhibit - E    Page    5

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | December 06, 2020 |

| CASE TYPE | | USCIS ALIEN NUMBER |
|---|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | | A219676405 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| MSC2190403420 | November 23, 2020 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| November 23, 2020 | Immediate Relative of U.S. citizen | May 23, 1994 |

**PAYMENT INFORMATION:**

GABRIELE COSTANTINO
25 DREAHOOK ROAD
WHITEHOUSE STATION, NJ 08889

9   00002109

| Application/Petition Fee: | $1,140.00 |
|---|---|
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 04/01/19



Exhibit - E    Page 6

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | December 06, 2020 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC2190403421 | November 23, 2020 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| November 23, 2020 | 201 B INA SPOUSE OF USC | July 04, 1993 |

PAYMENT INFORMATION:

DANIELLA T. VIOLA
25 DREAHOOK ROAD
WHITEHOUSE STATION, NJ 08889     9     00002110

| Application/Petition Fee: | $535.00 |
|---|---|
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |



APPLICANT/PETITIONER NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| COSTANTINO, GABRIELE | 5/23/1994 | ITALY | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**

(800)375-5283
APPLICANT COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C 04/01/19



Exhibit - E - Page 7

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | | NOTICE DATE |
|---|---|---|---|
| Receipt | | | December 06, 2020 |
| CASE TYPE | | | USCIS ALIEN NUMBER |
| I-765, Application for Employment Authorization | | | A219676405 |
| RECEIPT NUMBER | RECEIVED DATE | | PAGE |
| MSC2190403423 | November 23, 2020 | | 1 of 1 |
| | | | DATE OF BIRTH |
| | | | May 23, 1994 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| GABRIELE COSTANTINO | Application/Petition Fee: $0.00 |
| 25 DEARHOOK ROAD | Total Amount Received: $0.00 |
| WHITEHOUSE STATION, NJ 08889   9  00002108 | Total Balance Due: $0.00 |

ԿլիիիիիիիՈլիՈւիկիիՈիիՈւրԿՈւիիՈ

**NAME AND MAILING ADDRESS**

**Eligibility Category: C09**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, this Notice of Action automatically extends the validity of your Employment Authorization Document (EAD) for up to 180 days from the expiration date printed on the front of the card and can be used for employment eligibility verification (Form I-9) purposes if:

- You have timely filed to renew your current Form I-766, Employment Authorization Document (EAD);
- Your EAD renewal is under a category that is eligible for an automatic 180-day extension (see uscis.gov/i-765 for a list of categories);
- The category on your current EAD matches the "Class Requested" listed on this notice (if you are a TPS beneficiary or applicant, your EAD and this notice must contain either the A12 or C19 category, but they do not need to match each other); and
- You do not receive your renewal EAD before your current EAD expires.

If we deny your renewal application, the automatic extension immediately ends and cannot be used for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole.

If we have approved or are still processing your underlying Form I-140 and your Form I-485 has been pending for at least 180 days, you may request to change employers under INA 204(j). For more information on this process, please visit uscis.gov/i-485supj.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | |
| P.O. Box 648003 | |
| Lee's Summit, MO  64002 |  |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  04/01/19

 

Exhibit - E     Page 8

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | |
|---|---|
| NOTICE TYPE | NOTICE DATE |
| Receipt | December 06, 2020 |
| CASE TYPE | USCIS ALIEN/EN/BER |
| I-131, Application for Travel Document | A219676405 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC2190408422 | November 23, 2020 | 1 of 1 |
| | | DATE OF BIRTH |
| | | May 13, 1994 |

PAYMENT INFORMATION:

GABRIELE COSTANTINO
25 DREAHOOK ROAD                    B - 06092127
WHITEHOUSE STATION NJ 08889

Application/Petition Fee:    $0.00
Total Amount Received:       $0.00
Total Balance Due:           $0.00

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority date does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

USCIS Office Address:                    USCIS Contact Center Number:

USCIS
National Benefits Center                 (800) 375-5283
P.O. Box 64800
Lee's Summit, MO  64002

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Exhibit - E  Page 9

## Exhibit F – Communications with Counsel and Consulate

- Includes email records and correspondence from:
- Legal Aid attorneys **Joshua Scheier & Kailey Moran**
- Attorney **Germana F. Giordano**
- Italian Consular officials (**Dott.ssa Oliva** and **Dott.ssa De Nichilo**)
- Demonstrates misconduct, false assurances, withholding or tampering of digital OneDrive case files (modified November 2024).
- *Pages: F1–F_4o*

Kailey



**01:26**                                   4G 40

G      IO 4 nov 2024
       Good morning Kailey, sorry to bother yo...

K      **Kailey Moran** 4 nov 2024   😊   ↩   •••
       a me ⌄

Hi Gabriele,

I am still out sick unfortunately. I will try to
check today for you.

I am sorry you are having some health
problems. I hope you feel better soon.

I will check and get back to you ok?

Kind regards,
Kailey Moran
Staff Attorney
Legal Aid Society
929-668-7762
kmoran@legal-aid.org

Well Being Notice: Receiving this email
outside normal working hours? Managing work
and life responsibilities looks different for
everyone. I have sent this email at a time that
works for me. Please respond at a time that
works for you.

↩ Rispondi        ↪ Inoltra        😊

Kailey Email 2025



01:18                                    ..Ill 4G [42]

〈 In entrata        **3 messaggi**        ∧    ∨

KM   **Kailey Moran**              25/02/25
     A: Gabriele Costantino 〉

# Re: request for missing documents

Hi,

Sorry for the delay. The videos play for me, but I will resend you a new link. I can do it tomorrow.

I am not sure what else you are missing. I don't think we have anything else from that day but your lawyer can order if something is missing.

I will resend you a link tomorrow.

Kailey Moran
Staff Attorney (Criminal Defense Practice)
The Legal Aid Society
Cell: (929) 668-7762
Email:kmoran@legal-aid.org

🗄        📁        ↩        ✏



Exhibit - F   Page 3

Exhibit — F

Page 4

# Kailey Moran

22/11/24

## Follow up on Gabriele Costantino



Good Morning; When we ordered those minutes, we never ordered the argument section becau...

01:29    .ıl 4G 40

  **+1 (917) 414-9613**     

Thank you for that. I appreciate it. We always understood how difficult and confusing the whole situation must have been for you. Like I said, we don't take it personally.    19:19

The result was the best possible outcome. It was the process getting there that sucked. We believe that if the prosecutor had investigated the case more carefully, they would not have extradited you back.    19:21

Looking back at your message there is one thing I need to clarify. When you are talking about 90 days, I think you are referring to something called a Notice of Claim. That is a paper you need to file in order to sue the city for damages. It must be filed within 90 days. So in this instance it should have been filed within 90 days of the dismissal to protect your right to sue for money. Basically, it just announces that you intend to sue. I don't know if Ms Giordano

+      

*(handwritten, left margin, bottom to top):* Joshua - Conyers -2025 - WhatsApp

*(handwritten, bottom):* Exhibit —F Page 5

We spoke with Gabriele about referrals to our "Cop Accountability Project" or CAP project, which is a speciality litigation group here at Legal Aid Society that operates to support our clients in holding police accountable for human rights abuses. That project can help our clients with filing Citizen Complaint Review Board and Internal Affairs Bureau proceedings and can assist them in that regard. We do not provide referrals to private lawyers for civil rights claims. Gabriele could have confused those two different types of proceedings. Gabriele talked frequently about wanting to file civil lawsuits and contacted several attorneys while at Rikers; however we were not part of that process. I hope that provides some clarification.

If you have lined up firms for that purpose, that sounds like it would support Gabriele.

Please let us know whether sending you a link would work for you and please reach out at your convenience on how we can best support you.

Kind regards,

Kailey Moran

Staff Attorney (Criminal Defense Practice)
The Legal Aid Society
Cell: (929) 668-7762
Email:kmoran@legal-aid.org

Well Being Notice: Receiving this email outside normal working hours? Managing work and life responsibilities looks different for everyone. I have sent this email at a time that works for me. Please respond at a time that works for you.

On Oct 17, 2024, at 7:01 PM, Germana F. Giordano, Esq.
<gfg@ggiordanolaw.com> wrote:

Dear Attorney Moran:

I hope this email finds you well. It was a pleasure meeting you in person in court recently. As a follow-up to our conversation, I wanted to formally request a copy of Gabriele Costantino's criminal file.

Since you are aware that our office was able to substitute in as counsel, there should be no impediment in providing the file. If it's more convenient for you, I can FedEx flash drives to copy the digital file and discovery.

Additionally, I understand that Gabriele has reached out to you to thank you for your services and mentioned that you are assisting him in securing a civil rights counsel to evaluate his wrongful arrest. If that is indeed the case, could you kindly share any additional information? Gabriele has asked our office to assist with this matter as well.

I have lined up two firms that are interested in evaluating the case, but I would like to assess the status of your efforts, in case my help in that regard is no longer needed.

Thank you again for your assistance. I look forward to hearing from you soon.

Yours truly,


Germana F. Giordano, Esq.


420 Lexington Avenue
Suite 2821
New York, New York 10017

Tel. +1(212) 983-6000, Ext. 2
Cell. +1(917) 399-6794
Fax. +1(212) 656-1970

Exhibit — F   Page 7

2

Kailey - GG Giordano Gmail 2024

On Oct 20, 2024, at 1:35 PM, Germana F. Giordano, Esq. <gfg@ggiordanolaw.com> wrote:

Good Afternoon,

Thank you for your message and for adding Josh Scheier to the conversation. I appreciate your willingness to assist in providing the file, and a downloadable link would be perfectly acceptable for us to receive the materials electronically.

Your clarification regarding the "Cop Accountability Project" is also very helpful. I understand now how there may have been some confusion between this and his desire to file civil lawsuits.

We are moving forward with lining up firms to support Gabriele in pursuing his civil rights claims, so that should help bridge the gap in that regard.

I will reach out if there is anything more needed on our end, and I look forward to receiving the file. Many thanks again for your support.

Yours truly,

Germana F. Giordano, Esq.

On Fri, 18 Oct 2024 21:18:13 +0000, Kailey Moran <kmoran@legal-aid.org> wrote:

Good Afternoon;

Thank you for reaching out. It was a pleasure meeting you as well. It is good to be able to connect with you to return Gabriele home.

I have added Josh Scheier as he was the other Legal Aid attorney on this case and also would have some materials for you.

We would be happy to provide our file to you. Much of the materials that we have are electronic and we could provide a link to download if that is acceptable to you? Please let us know if you would prefer to have us provide a flash drive instead.

Exhibit - F Page 8

3

kailey 2nd interview "Sandra"

## Conversazioni Sandra borri e kailey moran

| From: | Kailey Moran <kmoran@legal-aid.org> |
|---|---|
| Sent on: | Thursday, June 6, 2024 10:00:13 PM |
| To: | Sandra Borri <sandraborri@hotmail.com> |
| CC: | Joshua Scheier <JFScheier@legal-aid.org> |
| Subject: | Re: Availability next Tuesday for Costantino? |
| Attachments: | Criminal Contempt 2 215-50(3).pdf (7.62 KB), Transcript Viola v. Costantino 5-11-2021 selected pages.pdf (60.76 KB), Peoples 3 For Translation.pdf (817.89 KB), Constantino - Timeline, 911, BWC Transcripts pages 10_17.docx (34.98 KB) |

Hi Sandra;

Thank you for helping us on Tuesday!

Remember a few weeks ago I got authorization for you to translate a few documents for us? At the time, that request was for some immigration papers that, once I looked at it, I thought I would find him a better explanation then this latest series of events overtook that need.

I would like to still use that authorization to have you translate some documents for us, hopefully, so that when we discuss the situation with Gabriele about whether to take the plea or not, we can provide him a few things that are translated that can help him better understand. We are back in

Exhibit — F  Page 9

**Sent: Thursday, June 6, 2024 2:37:33 PM**
**To: Sandra Borri <sandraborri@hotmail.com>**
**Cc: Joshua Scheier <JFScheier@legal-aid.org>**
**Subject: Re: Availability next Tuesday for Costantino?**

Hi Sandra;

Thank you! I have just sent a link for next Tuesday the 11th at 11 am EST.

I will request the interpreters send you a form.

Just to inform, we had court last week and had received a last minute offer. Gabriele ended up pretty upset during Court/the day and our hearing was rescheduled to June 13th. I just want you to be aware the meeting may have some challenges to it.

Grateful to you and see you soon.

Kailey Moran
Staff Attorney (Criminal Defense Practice)
The Legal Aid Society
Cell: (929) 668-7762
Email:kmoran@legal-aid.org


Well Being Notice: Receiving this email outside normal working hours? Managing work and life responsibilities looks different for everyone. I have sent this email at a time that works for me. Please respond at a time that works for you.



On Jun 6, 2024, at 7:09 AM, Sandra Borri <sandraborri@hotmail.com> wrote:

Hi Kailey and Joshua,

Yes, I will be available.

See you then,

Sandra


Exhibit – F    Page 10

2

Get Outlook for Android

**From: Kailey Moran <kmoran@legal-aid.org>**
**Sent: Thursday, June 6, 2024 1:08:48 AM**
**To: Sandra Borri <sandraborri@hotmail.com>**
**Cc: Joshua Scheier <JFScheier@legal-aid.org>**
**Subject: Availability next Tuesday for Costantino?**

Hi Sandra;

I am just reaching out to see if you might be available next Tuesday for a video conference?

I have requested some times in late morning to early afternoon to see what is available.

As always no worries if you are not available as I know you have been experiencing some challenges.

Thank you as well.


Kailey Moran
Staff Attorney (Criminal Defense Practice)
The Legal Aid Society
Cell: (929) 668-7762
Email:kmoran@legal-aid.org


Well Being Notice: Receiving this email outside normal working hours? Managing work and life responsibilities looks different for everyone. I have sent this email at a time that works for me. Please respond at a time that works for you.

EXhibiT - F     Page 11

3

court next Thursday...

If you are able, can you translate the following documents. The MOST important for our purposes is the Criminal Contempt Instruction, the Order of Protection, and the Transcript pages from the Judge on May 11. The order does not need the entire thing, just the prohibitions that were checked and the "notice to the defendant" sections(I marked the sections by circling them). I added one other thing that would be helpful but less important: a transcript we had prepared for the body worn camera when they interviewed Gabriele.

If you have too much going on or this would in any way be too much, please let me know and I can find another way forward.

As I mentioned earlier, we are close to a plea and Gabrielle is struggling to understand a few things that we think could make all the difference.

Infinite gratitude for you!

Kailey Moran
Staff Attorney (Criminal Defense Practice)
The Legal Aid Society
Cell: (929) 668-7762
Email:kmoran@legal-aid.org

Well Being Notice: Receiving this email outside normal working hours? Managing work and life responsibilities looks different for everyone. I have sent this email at a time that works for me. Please respond at a time that works for you.

On Jun 6, 2024, at 2:26 PM, Sandra Borri <sandraborri@hotmail.com> wrote:

Thank you for the update, Kailey.

Get Outlook for Android

From: Kailey Moran <kmoran@legal-aid.org>

Exhibit—F    Page 12

4

Exhibit 5 Page 1

## CRIMINAL CONTEMPT IN THE SECOND DEGREE
### (Intentional Disobedience of Court Order)
### Penal Law § 215.50(3)
### (Committed on or after Sept. 1, 1972)
### (Revised August 3, 2006)[1]

The (*specify*) count is Criminal Contempt in the Second Degree.

Under our law, a person is guilty of criminal contempt in the second degree when he or she engages in the following conduct: intentional disobedience or resistance to the lawful process or other mandate of a court.[2]

The following terms used in that definition have a special meaning:

LAWFUL PROCESS OR OTHER MANDATE OF A COURT includes [an order of protection] [or *(specify)*].[3]

A person engages in the INTENTIONAL disobedience or resistance to the lawful process or other mandate of a court

---

[1] The charge was revised to account for the law recited in footnote two.

[2] The statute continues "except in cases involving or growing out of labor disputes as defined by subdivision two of section seven hundred fifty-three-a of the judiciary law." That clause "operates as a proviso that the accused may raise in defense of the charge." *People v. Santana* ___ N.Y.3d ___, 2006 WL 1763465 (2006). If that clause is raised in defense, the court should read it as part of the definition of the crime, explain the applicable provision of the Judiciary Law, and add the following italicized material to element number one: "That on or about (date) the (specify) court issued a lawful process or mandate, namely, [an order of protection] [or (specify) ], *in a case that did not involve or grow out of a labor dispute*; and..."

[3] *See* Gen. Bus. Law § 28-a.

Joshua - Kailey - Kings County Court

Exhibit — F   Page 14

when, with knowledge of such process or mandate,[4] he or she disobeys or resists such process or mandate, and his or her conscious objective or purpose is to do so.

In order for you to find the defendant guilty of this crime, the People are required to prove, from all the evidence in the case, beyond a reasonable doubt, both of the following two elements:

1.  That on or about  *(date)*  the  *(specify)*  court issued a lawful process or mandate, namely, [an order of protection] [or  *(specify)*  ]; and

2.  That on or about  *(date)*  in the county of  *(specify)*, the defendant,  *(defendant's name)*, with knowledge of such process or mandate, engaged in intentional disobedience or resistance to it.

If you find the People have proven beyond a reasonable doubt both of those elements, you must find the defendant guilty of this crime.

If you find the People have not proven beyond a reasonable doubt either one or both of those elements, you must find the defendant not guilty of this crime.

_____

[4] *See Holtzman v. Beatty,* 97 A.D.2d 79 (2d Dept. 1983). *Cf. Matter of Department of Environmental Protection of NYC v. NYS Department of Environmental Conservation,* 70 N.Y.2d 233, 240 (1987).

2

Joshua2 - Kailey - Kings County Court

02:17    •ıl 4G 28



THE LEGAL AID SOCIETY    **OneDrive**    🔍    ⬡    ...    ( C )

...    ↓Ξ Ordina ∨    ☰ ∨    ⬅ Dettagli

...

| Data/or... ↓ ∨ | Modificato... ∨ | Dir |
|---|---|---|
| 12 novembre 2024 | Joshua Scheier | 12 |
| 12 novembre 2024 | Joshua Scheier | 16 |
| 12 novembre 2024 | Joshua Scheier | 4 € |
| 12 novembre 2024 | Joshua Scheier | 1 € |
| 12 novembre 2024 | Joshua Scheier | 12 |
| 12 novembre 2024 | Joshua Scheier | 8 € |
| 12 novembre 2024 | Joshua Scheier | 18 |
| 12 novembre 2024 | Joshua Scheier | 11 |

🖵⬇    alaidnyc-my.sharepoint.com    ↻

‹    ›    ↥    ▭    ⬓



Changes - Novemn - 2024 - Joshua

Exhibit-F    Page 15

_+ 2lse.   [One Drive]_
_L Discovery_



**RARITAN POLICE**
**RARITAN, NJ**

| **INCIDENT # / REPORT #** | **OFFICER** | **RANK** | **REVIEW STATUS** |
|---|---|---|---|
| 20002503 / 5 | OFC JOSHUA MANZO | | APPROVED |

INCIDENT #20002503 DATA
As Of 03/13/2020 06:57:03

**BASIC INFORMATION**

**CASE TITLE**
DV SIMPLE ASSAULT/VIOLA

**LOCATION**
18 BELL AVE

**APT/UNIT #**

**DATE/TIME REPORTED**
02/29/2020 15:46:19

**DATE/TIME OCCURRED**
On or about 02/29/2020 15:46

**INCIDENT TYPE(s)/OFFENSE(s)**
(2C:12-1A(1))SIMPLE ASSAULT

**PERSONS**

| **ROLE** | **NAME** | **SEX** | **RACE** |
|---|---|---|---|
| VICTIM | VIOLA, DANIELLA T | FEMALE | WHITE |
| WITNESS | VIOLA, SALVATORE | MALE | WHITE |
| WITNESS | VIOLA, MARGARITE R | FEMALE | WHITE |

**OFFENDERS**

| **STATUS** | **NAME** | **SEX** | **RACE** |
|---|---|---|---|
| DEFENDANT | COSTANTINO, GABRIELE | MALE | WHITE |

**[ NO VEHICLES ]**

**[ NO PROPERTY ]**

OFFICER REPORT: 20002503 - 5 / OFC JOSHUA MANZO ( )

| **DATE/TIME OF REPORT** | **TYPE OF REPORT** | **REVIEW STATUS** |
|---|---|---|
| 03/01/2020 19:04:22 | SUPPLEMENT | APPROVED |

**NARRATIVE** ?

On February 29, 2020, at approximately 1826 hours, I
transported Mr. Gabriele Costantino of 18 Bell Ave., Raritan, NJ
from Raritan Police Headquarters to the Somerset County Jail.
Starting 1826 hours// 0.0 miles and ending 1833 hours//1.8

Exhibit-F   Page 16

miles. Gabriele was lodged into the jail without incident.
No further action taken.

**REPORT OFFICERS**

Reporting Officer:          OFC JOSHUA MANZO
Reviewing Officer:          OFC ROBERT JONES
Approving Officer:          OFC ROBERT JONES                    1657
                                                               1657

False
[one DRIVE]

Exhibit-F  Page 17

2



22:07    4G 19

··· · Visualizzazione ∨ · Apri ∨

**RARITAN POLICE**
**RARITAN, NJ**

| INCIDENT # / REPORT # | OFFICER | RANK | REVIEW STATUS |
|---|---|---|---|
| 20002503 (4) | OFC JOSHUA MANZO | | APPROVED |

INCIDENT #20002503 DATA
As Of 03/13/2020 06:57:03

**BASIC INFORMATION**

| CASE TITLE | LOCATION | APT/UNIT # |
|---|---|---|
| DV SIMPLE ASSAULT/VIOLA | 18 BELL AVE | |

| DATE/TIME REPORTED | DATE/TIME OCCURRED |
|---|---|
| 02/29/2020 15:46:19 | On or about 02/29/2020 15:46 |

INCIDENT TYPE(S)/OFFENSE(S)
(2C:12-1A(1))SIMPLE ASSAULT

**PERSONS**

| ROLE | NAME | SEX | RACE |
|---|---|---|---|
| VICTIM | VIOLA, DANIELLA T | FEMALE | WHITE |
| WITNESS | VIOLA, SALVATORE | MALE | WHITE |
| WITNESS | VIOLA, MARGARITE R | FEMALE | WHITE |

**OFFENDERS**

| STATUS | NAME | SEX | RACE |
|---|---|---|---|
| DE... | COSTANTINO, GABRIELE | MALE | WHITE |

[ ]
[N...  Y]

OFFICER REPORT: 20002503 - 4 / OFC JOSHUA MANZO ( )

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
|---|---|---|
| 03/01/2020 19:01:59 | SUPPLEMENT | APPROVED |

**NARRATIVE**

THIS SUPPLEMENT WAS GENERATED IN ERROR.

**REPORT OFFICERS**

| Reporting Officer: | OFC JOSHUA MANZO | |
|---|---|---|
| Reviewing Officer: | SGT EVERETT HOLT | 1663 |
| Approving Officer: | SGT EVERETT HOLT | 1663 |

egalaidnyc-my.sharepoint.com ↻

Exhibit-F Page 18   FALSE

| | Constantino BWC footage transcripts…. | |

| | | ...Unfortunately you broke the law by seeing her. So unfortunately you're going to have to be arrested. |
| | | G: Me? Now? Arrested? |
| 14:30-19:32 | | [Handcuff him. Find his shoes. Answer his questions about jail. Find ID. Money. Bring him downstairs and place him in a police car] |

7 / 7

Conrade Joseph - 2021-05-21 22:21 - 22:45

Location: In police car on the way to the precinct

Speakers:
· Gabriele
· Officers Joseph and Delvalle

| 5:15 | **G: May I sleep in the jail tonight?** |
| 5:20 | Officer: I'm not sure. We'll find out when we get there |

*(handwritten left margin, vertical):* Missing - Choi - McVoy
One Drive - Discovery

*(handwritten lower left):* = False"

*(handwritten bottom):* Exhibit F Page 19



alaidnyc-my.sharepoint.com

02:39    .ıll 4G 21

Constantino - Timeline, 911, BWC Tra...

| 22:15:31 | 14:30 | car] [THEY GO INTO THE BEDROOM – IT'S SMALL MAYBE 10x12 - |
| --- | --- | --- |
| 22:19:36 | 19:16 | Choi [to McEvoy]: Just stay here with him, I'll go talk to them. |

15 / 17

John McEvoy – 2021-05-21 22:00:21 – 22:25:41 [video continues longer than Choi's]

| | | McEvoy: You'll talk to a lawyer tomorrow. You have a lawyer? |
| --- | --- | --- |
| | | G: No |
| | | McEvoy: The city gives you one. I believe |
| | | [More discussion] |
| 22:19:16 | 18:50 | G: My wife want problem for me? |
| | | McEvoy: I think it's |



alaidnyc-my.sharepoint.com

‹    ›    ⬆    ▭    ▭



Exhibit-F   Page 20

*[handwritten left margin, bottom to top:]* one Drive - Original - Trans BWC - Choi - McEvoy · NY · 2021

Gabriele Constantino IND-72513-21KN

| | | |
|---|---|---|
| 22:14:02 | 13:40 | G: My wife told me that her dismissed the case. I met with her because her come with me in NJ. I gave my fingerprints at court, in family division court in Flamingdon [?], Park Avenue. And I told the police I want to dismiss the case. And I thought, Okay.<br><br>Officer: But as of now, the order of protection is still good. So you're not supposed to have any contact with her.<br>G: Now-<br>Officer: Now is not the problem. It's too late now. You broke the law by seeing her for 3 days now.<br>G: Not me, her.<br>Officer: It don't matter if it's her. You're supposed to not let her in and call the police and say she's trying to come into my house. NYC police. You're in NY. We're not in NJ.<br>G: I don't know nothing.<br>Officer: That's not an excuse. Unfortunately you broke the law by seeing her. So unfortunately you're going to have to be arrested.<br>G: Me? Now? Arrested? |
| 22:15:31 | 14:30 | [Handcuff him. Find his shoes. Answer his questions about jail. Find ID. Money. Bring him downstairs and place him in a police car] |
| 22:19:36 | 19:16 | Choi [to McEvoy]: Just stay here with him, I'll go talk to them. |

John McEvoy – 2021-05-21 22:00:21 – 22:25:41 [video continues longer than Choi's]

| | | |
|---|---|---|
| 22:19:16 | 18:50 | McEvoy: You'll talk to a lawyer tomorrow. You have a lawyer?<br>G: No<br>McEvoy: The city gives you one. I believe<br>[More discussion]<br>G: My wife want problem for me?<br>McEvoy: I think it's her parents that want the problem for you to be honest. It's not a big deal really.<br>G: I need an interpreter.<br>[McEvoy and Gabriele continue talking] |

Exhibit - F   Page 21

**22:05**

◀ Safari

**Non è possibile aprire il file**

Si è verificato un problema e non è
possibile aprire il file.

OK

File [ one Drive
        Discovery ]

Microsoft

Exhibit-F   Page 22



IMG_1446    Fine

Questo file è protetto da una password.
Visualizza autorizzazioni

| | |
|---|---|
| CCTV | for Law Enforcement Act |
| | closed-circuit television |
| ECPA | Electronic Communications |
| | Privacy Act |
| GPS | Global Positioning System |
| ISP | Internet service provider |
| IoT | Internet of Things |
| MLAT | mutual legal assistance treaty |
| NIJ | National Institute of Justice |
| NIST | National Institute of Standards |
| | and Technology |
| PERF | Police Executive Research Forum |
| PPA | Privacy Protection Act |
| VoIP | Voice-over Internet Protocol |

### Christian Aguilar

In September 2012, University of Florida freshman Christian Aguilar disappeared after last being seen with his friend, Pedro Bravo, at a local Best Buy (Burch, 2014). Aguilar's remains were found about three weeks later more than 60 miles west in a shallow grave. Police suspected Bravo had something to do with the disappearance and death; searches found some blood in Bravo's car and he was in possession of Aguilar's backpack. Aguilar and Bravo had attended the same high school, and there was a potential motive in that Bravo had been upset that Aguilar had started a relationship with Bravo's ex-girlfriend.

However, digital evidence made this circumstantial case far stronger. Digital examiners had access to Bravo's cell phone and found numerous key pieces of evidence. In the cache for the phone's Facebook app, examiners found a screen shot of a Siri search made near the time of Aguilar's disappearance that read, "I need to hide my roommate." While Bravo's phone did not have the Siri feature, the record was maintained because he used Facebook to access the option. Analysis of pings, or determining the tower that received a signal from the cell phone, showed that Bravo had headed far to the west after the disappearance. Finally, examiners were able to determine that the flashlight application on the phone had been used for over an hour just after the disappearance. As a result of this evidence, Bravo was brought to trial in August 2014 and convicted of first-degree murder.

two-year-old daughter, Caylee, missing in 2008. She claimed Caylee was last seen being dropped off with a babysitter, though she did not report the incident to police until over one month later. The State of Florida arrested Anthony on charges of child neglect, false statements, and obstruction. As the police investigation continued, physical evidence from Anthony's car suggested potential homicide, which led to a grand jury indicting her on murder charges as well. Months after the indictment, Caylee's remains were found in a wooded area near her home.

During trial, the state argued that digital evidence would prove Anthony searched for information on various homicide-related issues (methods, techniques, etc.) on the day her daughter was last seen. Most such evidence focused on Internet browser searches. Digital investigators initially used software that later would be found highly inaccurate (Alvarez, 2011). Investigators testified that Anthony's browser searched 84 times for "chloroform," a chemical that had been found in her car trunk; however, the software designer later discovered serious faults in the program and subsequently testified that the term was only searched for once. This error likely contributed to the reasonable doubt jurors found when they acquitted Anthony of first-degree murder, especially since the correction occurred during trial.

Interestingly, further evidence came to light in the years after the trial to suggest more digital evidence mistakes that served to further weaken the case. Investigators used tools that only tapped into Microsoft's Internet Explorer history. While technicians determined the computer was being used through a password-protected account of Anthony's, thus strongly suggesting it was Anthony and not other family members using the computer, they missed that Anthony preferred Mozilla's Firefox browser with their software; as result, investigators did not have information on more than 98 percent of the browser history records at trial, including a search for "foolproof suffocation" (Pipitone, 2012).

### Philip Welsh

Philip Welsh was murdered in his home in Silver Spring, Maryland, in February 2014 (Morse, 2014). He worked as a taxicab dispatcher for many years, and in the workplace he used computers and technology daily. However, he eschewed

all digital devices in his private life. Welsh did not own a cell phone or computer, instead relying on landlines, typewriters, and hand-written letters. Even his television was an older, cathode ray tube model. By all accounts, Welsh was perfectly happy without modern technological devices—friends and family would prompt him to try a new device or the Internet but Welsh preferred nondigital technology.

Welsh did not report for work one day and was found

music players, cell phones, and computing devices. The U.S. Supreme Court recently noted that cell phones are not simply communication devices, but rather microcomputers that can serve as a telephone, calendar, diary, and email system; the "element of pervasiveness that characterizes" modern technology (see the discussion of *Riley v California* later in this section) results in three characteristics central to understanding how digital evidence differs from traditional physical records and

One Drive"

Exhibit-F  Page 23

*Exhibit – F Page 24* (handwritten, left margin)

*ATTORNEY* (handwritten)

*Giordano* (handwritten)

SALARY/INCOME

Pagamento di beni e servizi

**DETTAGLI DI INVIO**

Giuseppe
Costantino

🏦 Conto bancario[4]

**DETTAGLI RICEZIONE**

Germana Giordano
630 Third Avenue
New York , NY , 10017
+01 2129836000
gfg@ggiordanolaw.com

🏦 Conto bancario[10]

JPMORGAN CHASE BANK N A che
termina con 606

**AGENZIA DI PAGAMENTO**

Stati Uniti

**DATA DISPONIBILE** [1,8,12]

September 18, 2024

**RIEPILOGO**

| | |
|---|---|
| Somma trasferita | 1,891.00 EUR |
| Commissione di trasferimento[2] | + 1.99 EUR |
| Totale | 1,892.99 EUR |
| Tasso di cambio[2] | 1 EUR = 1.0874 USD |
| Totale da ricevere | 2,056.22 USD |

**Contattaci:**
**Western Union Internet Italy**
Lithuania UAB
J. Balcikonio Str 3, Vilnius, Lithuania LT-08247
Via telefono chiamare il numero **800 789 124**

**Ricarica cellulare istantanea**
Invia una ricarica a chi vuoi, quando vuoi.
**Invia adesso**



Pagamento di beni e servizi    BORROWED FUNDS/LOAN

*Exhibit — F Page 25* (handwritten, left margin)

| DETTAGLI DI INVIO | DETTAGLI RICEZIONE |
|---|---|
| Giuseppe Costantino | Germana Giordano |
| | 630 Third Avenue |
| | New York , NY , 10017 |
| | +01 2129836000 |
| | gfg@ggiordanolaw.com |
| 🏦 Conto bancario[4] | 🏦 Conto bancario[10] |
| | JPMORGAN CHASE BANK, N. A. che termina con 606 |

**AGENZIA DI PAGAMENTO**

Stati Uniti

**DATA DISPONIBILE** [1,8,12]

September 18, 2024

**RIEPILOGO**

| | |
|---|---|
| Somma trasferita | 5,000.00 EUR |
| Commissione di trasferimento[2] | + 1.99 EUR |
| Sconto promozionale | − 0.50 EUR |
| Totale | 5,001.49 EUR |
| Tasso di cambio[2] | 1 EUR = 1.0888 USD |
| Totale da ricevere | 5,444.19 USD |

**Contattaci:**
**Western Union Internet Italy**
Lithuania UAB
J. Balcikonio Str 3, Vilnius, Lithuania LT-08247
Via telefono chiamare il numero **800 789 124**



**Ricarica cellulare istantanea**
Invia una ricarica a chi vuoi, quando vuoi.

**Invia adesso**

 Gmail

Gabriele Costantino <constantinogabriele94@gmail.com>

---

**Aggiornamenti Richiesti**
2 messaggi

---

**Germana F. Giordano, Esq.** <gfg@ggiordanolaw.com>
A: <costantinogabriele94@gmail.com>
Cc: <donsavatta@savattalaw.com>

ven 18 ott 2024, 01:05

Good morning Gabriele,

Thanks for the update. I'm happy to hear you're slowly recovering and continuing your back therapy.

Regarding the court documents, I'm still waiting for some information from the lawyer who represented you, and I'm in contact with them to obtain a copy of your file. If you'd like, I can obtain your Certificate of Disposition before the indicated date, which will show the date of your arrest and acquittal.

Regarding civil law firms, I have already contacted two firms interested in evaluating your case, and I am waiting to see if Attorney Moran has already made progress in this regard, so as to avoid duplication of assistance.

In the meantime, the report you are preparing will certainly be useful, and I encourage you to continue gathering as much information as possible.

Thank you very much for your kind words, and I remain at your disposal for any updates or clarifications.

I wish you a good day, and we can certainly also talk on WhatsApp if you prefer.

Best regards,

Germana F. Giordano, Esq.

On Mon, 7 Oct 2024 12:05:54 +0200, Gabriele Costantino < constantinogabriele94@gmail.com > wrote:
Good morning, Attorney Giordano, I'm Costantino Gabriele.
This is my email and this is my phone number: +393792873093, if you want we can also talk on WhatsApp.
I'm slowly recovering and I'm undergoing therapy for my back.
I wanted to ask you regarding the documents of my case that I need from the court.
Do you have any news?
I need a document by the 25th of this month proving that I was arrested on
September 18, 2023, and when I was released in September 2024.

Exhibit - F    Page 26

Do you have any news regarding the civil law firm you told me about?

In the meantime, I'm preparing a report of everything I've been through that might be useful to the civil lawyer.

I take this opportunity to thank you for everything you have done.

In the meantime, I wish you a good day.

---

**Gabriele Costantino** <costantinogabriele94@gmail.com>
A: <jacuzzu@gmail.com>

ven 18 ott 2024, 10:35

--------- Messaggio inoltrato ---------
Da: **Germana F. Giordano, Esq.** <gfg@ggiordanolaw.com>
Data: ven 18 ott 2024 alle 01:05
Oggetto: Aggiornamenti Richiesti
A: <costantinogabriele94@gmail.com>
CC: <donsavatta@savattalaw.com>
[Testo citato nascosto]

Exhibit—F  Page 27

 Gmail

**Gabriele Costantino <costantinogabriele94@gmail.com>**

## Documenti arresto

**Germana F. Giordano, Esq.** <gfg@ggiordanolaw.com>
A: <costantinogabriele94@gmail.com>

mer 30 ott 2024, 23:55

Hi Gabriele,

Unfortunately, they haven't sent me the link to the full discovery yet, and the one I've already checked doesn't contain the requested document regarding the arrest in Switzerland. As soon as I receive the complete material, I'll let you know.

See you soon,
Germana
[Testo citato nascosto]

Exhibit-F   Page 28

Dearest Gabriele,

The attorney reviewing the case is named Peter Sim.

As soon as his review is complete, he will let us know whether or not he will be able to take the case.

Kind regards,

Germana

•••

On Tue, 10 Dec 2024 11:51:51 +0100, Gabriele Costantino < costantinogabriele94@gmail.com > wrote:

Good morning dear lawyer Germana,
I don't want to pressure you to get a civil lawyer, but I'd like to get this case moving and figure out what to do. If you have any updates, please let me know.
Have a good day.
Best regards,

Exhibit — F   Page 29



Germana F. Gio... 3 gen
2025

a me ∨

 Italiano → Inglese
Mostra originale



Traduci automaticamente da: italiano                    ✕

Yes, I've CC'd you because we're waiting to hear from the firm that's evaluating your file.

See you soon,

Germana

...

Exhibit — F  Page 30

 Gmail

Gabriele Costantino <costantinogabriele94@gmail.com>

## Re: Gabriele Costantino- Case Evaluation Update

**Germana F. Giordano, Esq.** <gfg@ggiordanolaw.com>
A: <costantinogabriele94@gmail.com>
Cc: <psim@simdepaola.com>, <gwong@simandassociates.com>

lun 20 gen, 23:37 2025

Dear Gabriele,

I regret to inform you that the office which kindly evaluated your file has determined that they will not be able to take your case.

As you are aware, I do not handle civil rights matters directly.

I have reached out to Mr. Sim to understand the reasons for their inability to proceed with the case but have not yet received a response.

Mr. Sim and Mr. Wong, if you could kindly explain the reasons for this decision, it would be greatly appreciated.

Thank you for your understanding.

Yours truly,

Germana F. Giordano

On Tue, 14 Jan 2025 19:17:07 +0000 (UTC), "gwong ." <gwong@simandassociates.com> wrote:

Good Afternoon Ms. Giordano,

We will be unable to take on this case.

Thank you

Gilbert Wong
Law Clerk

Sim & Associates PLLC
42-40 Bell Blvd Ste 405
Bayside, NY 11361
Tel: (718) 281-0400
Fax: (718) 631-2700

On Monday, January 13, 2025 at 04:00:39 PM EST, Germana F. Giordano, Esq. <gfg@ggiordanolaw.com> wrote:

Exhibit-F    Page 31

-------- Original Message --------
Subject: Rape Case
Date: Tue, 4 Feb 2025 19:23:37 +0000
From: Mark Seitelman <Mark@seitelman.com>
To: ggiordanolaw <gfg@ggiordanolaw.com>

Thank you.

Yours truly,

## Mark E. Seitelman

### MARK E. SEITELMAN
LAW OFFICES, P.C.
TRINITY BUILDING
111 BROADWAY, SUITE 901
NEW YORK, NY 10006-1954

212 962-2626
Fax: 212 962-5050
mark@seitelman.com

↩ Rispondi        ↪ Inoltra        

Exhibit-F    Page 32

 Gmail

Gabriele Costantino <costantinogabriele94@gmail.com>

## Rape Case

**Germana F. Giordano, Esq.** <gfg@ggiordanolaw.com>
A: <costantinogabriele94@gmail.com>

mar 4 feb, 22:28

2025

-------- Original Message --------
Subject: Rape Case
Date: Tue, 4 Feb 2025 19:23:37 +0000
From: Mark Seitelman <Mark@seitelman.com>
To: ggiordanolaw <gfg@ggiordanolaw.com>



giordano, germana--rape decision.pdf

Exhibit-F  Page 33

 
Gisondi v. Town of Harrison, 72 N.Y.2d 280 (1988)
528 N.E.2d 157, 532 N.Y.S.2d 234, 81 A.L.R.4th 1021

72 N.Y.2d 280
Court of Appeals of New York.

Peter V. GISONDI, Appellant,

v.

TOWN OF HARRISON, Respondent.

July 12, 1988.

**Synopsis**

Action was instituted on individual's claims against town for false arrest and imprisonment and for malicious prosecution. The Supreme Court, Westchester County, Frederick A. Dickinson, J., entered judgment on verdict for individual, and town appealed. The Supreme Court, Appellate Division, 120 A.D.2d 48, 507 N.Y.S.2d 419, Niehoff, J., reversed the judgment and dismissed the action. Individual appealed. The Court of Appeals, Wachtler, C.J., held that: (1) for purposes of action alleging false arrest and imprisonment and malicious prosecution, there was presumption that police acted with probable cause with respect to criminal proceedings, where victim positively identified individual as rapist and identified car parked at individual's residence as car in which she was raped, and two courts held in successive proceedings that probable cause existed to arrest the individual and hold him for grand jury; (2) alleged failure of police to disclose discrepancies in criminal case to courts would not support claims of false arrest and imprisonment and malicious prosecution; and (3) failure of police to inform court of alibi individual raised when arrested and failure to investigate alibi claim would not support claims of false arrest and imprisonment and malicious prosecution.

Appellate Division order affirmed.

Simons, J., filed opinion concurring in result.

West Headnotes (7)

[1]    **False Imprisonment** ⟜ Probable cause
       **Malicious Prosecution** ⟜ Necessity
       Arrestee alleging false arrest and imprisonment and malicious prosecution could not prevail on either cause of action if police had probable cause to believe that the arrestee, who was

defendant in criminal case, was the person who committed rape.

32 Cases that cite this headnote

[2]    **False Imprisonment** ⟜ Probable cause
       **False Imprisonment** ⟜ Presumptions and burden of proof
       **Malicious Prosecution** ⟜ Personal knowledge and statements of others
       **Malicious Prosecution** ⟜ Result of preliminary examination
       **Malicious Prosecution** ⟜ Presumptions and burden of proof
       For purposes of action alleging false arrest and imprisonment and malicious prosecution, there was presumption that police acted with probable cause with respect to criminal proceedings, where victim positively identified arrestee as rapist and identified car parked at arrestee's residence as car in which she was raped, and two courts held in successive proceedings that probable cause existed to arrest and hold arrestee for grand jury.

9 Cases that cite this headnote

[3]    **False Imprisonment** ⟜ Presumptions and burden of proof
       **Malicious Prosecution** ⟜ Presumptions and burden of proof
       For purposes of action alleging false arrest and imprisonment and malicious prosecution, presumption that police acted with probable cause with respect to criminal proceedings arising out of victim's positive identifications and courts' holdings that probable cause existed to arrest and hold arrestee for a grand jury was not overcome by fact that grand jury later voted to dismiss charges against the arrestee, but could only be rebutted by proof court orders were result of fraud, perjury, or suppression of evidence by police.

48 Cases that cite this headnote

Gisondi v. Town of Harrison, 72 N.Y.2d 280 (1988)
528 N.E.2d 157, 532 N.Y.S.2d 234, 81 A.L.R.4th 1021

[4]    **False Imprisonment** ⟜ Illegality of detention after arrest
       **Malicious Prosecution** ⟜ Preliminary investigations by prosecutor
       For purposes of false arrest and imprisonment and malicious prosecution, police and prosecutors cannot be said to have improperly concealed evidence every time plaintiff is able to show that police and prosecutors could have done more or could have disclosed more; what is required is proof that police conduct deviated egregiously from statutory requirements or accepted practices applicable in criminal cases.

18 Cases that cite this headnote

[5]    **False Imprisonment** ⟜ Illegality of detention after arrest
       **Malicious Prosecution** ⟜ Preliminary investigations by prosecutor
       For purposes of false arrest and imprisonment and malicious prosecution, police and prosecutors are not required to disclose all

1 Case that cites this headnote

[7]    **False Imprisonment** ⟜ Illegality of detention after arrest
       **Malicious Prosecution** ⟜ Preliminary investigations by prosecutor
       Failure of police to inform court of alibi arrestee raised when arrested and to investigate that alibi claim would not support action for false arrest and imprisonment and malicious prosecution; arrestee himself produced two witnesses who testified they were with him in Massachusetts on night of rape, information which arrestee claimed would have exonerated him could just as easily have been obtained and presented to court by arrestee as by police, and results of the information were not conclusive, as arrestee could have been present in Massachusetts at times subject to official verification and still committed rape.

4 Cases that cite this headnote



**02:31**

 Germana F. Gior...    4 feb

a simoneiofrida, me ⌄



**Translated: Italiano → Inglese**

Traduttore può fare errori, quindi verifica le traduzioni

Mostra originale

Dear Simone,

I need your help. Meet my client Gabriele Costantino, who's copying us.

I'll call you tomorrow to explain.


Kind regards,


Germana F. Giordano, Esq.

420 Lexington Avenue
Suite 2821
New York, New York 10017

Tel. +1(212) 983-6000, Ext. 2
Cell. +1(917) 399-6794
Fax. +1(212) 656-1970

↩ Rispondi     ↞ Rispondi a tutti     ↪ Inoltra     ☺

Giordano

ExhibiT-F Page 35

**From:** Consulate of Italy in the United States, New York – CG < cg.newyork@esteri.it >
**Sent:** Monday, August 18, 2025, 9:50 AM
**To:** Consulate of Italy in the United States, New York – Assistance < assistenza.newyork@esteri.it >
**Subject:** I: Subject: Request for clarification and support for lack of assistance and loss of right to compensation

**From:** Gabriele Costantino < costantinogabriele94@gmail.com >
**Posted:** Monday, August 18, 2025 6:50 AM
**To:** Consulate of Italy in the United States, New York – CG < cg.newyork@esteri.it >
**Subject:** Request for clarification and support regarding lack of assistance and loss of right to compensation

**EXTERNAL SENDER. Be careful when opening any links and/or attachments.**

Dear Officials of the Consulate General of Italy in [New York],

I am writing to you regarding a legal matter involving me in the United States, in the State of New York, which has had extremely serious consequences for my person and my health, also due to the lack of information and assistance I received.

I am an Italian citizen and was arrested abroad at the request of the US authorities and subsequently **extradited to New York** to face very serious charges of which, after a year of detention, I was **fully acquitted**.

During this period, I received legal assistance from American public defenders, from a private lawyer appointed (and paid) by you, and, regarding the presence of the Italian State, also limited contact with your Consulate.

However, **neither the Consulate nor the lawyers involved ever informed me** of the existence of a strict legal deadline (90 days from release) to file a claim for **wrongful detention compensation**, under US law.

In good faith, trusting in the reassurances of my private lawyer (who stated that the case was "under evaluation"), I waited in vain — only to discover, too late, that this deadline had already expired, making any legal action to obtain justice and reparation impossible.

In light of the above, I **formally request**:

1. Whether the Consulate had a duty to inform or assist me regarding this legal deadline.

2. Whether your staff actually examined my case and to what extent they ensured consular protection.

3. Is it possible to receive formal support from the Ministry of Foreign Affairs and International Cooperation (MAECI) or other competent offices to assess the responsibilities (including Italian ones) that contributed to my loss of fundamental rights?

Consulate 2025

4. Whether there are channels for a possible **extraordinary appeal**, diplomatic reporting or other form of protection.

I also reserve the right to inform the press and the competent parliamentary authorities if I do not receive any response on such a serious matter, which has resulted in **a deprivation of liberty and permanent harm**, due not only to the miscarriage of justice, but also to the **lack of concrete assistance from the institutions that should have protected me**.

I look forward to hearing from you soon. Kind regards.

[Constantine Gabriel]

[Constantine Gabriel]

[18/08/2025]

[ costantinogabriele94@gmail.com

+393792873093

Exhibit - F  Page 37

2

 Gmail

Gabriele Costantino <costantinogabriele94@gmail.com>

---

## Re: Replica alla Vostra nota del [20/10/2025] – richiesta chiarimenti e ricostruzione vicenda

---

**Gabriele Costantino** <costantinogabriele94@gmail.com>
A: Consolato d'Italia negli Stati Uniti, New York - Assistenza <assistenza.newyork@esteri.it>

mer 20 ago, 00:21
2025

Dear Dr. Oliva,

Thank you for your kind reply and for the clarifications provided.

However, I would like to clarify some aspects, in order to avoid misunderstandings and ensure a correct reconstruction of the facts.

I never meant to imply that the Consulate "hired" or "paid" a lawyer on my behalf; there was an error on my part.

1. I am well aware that this function does not fall within consular prerogatives.

   My statement instead referred to the fact that I had been "recommended" a name from the list you provided, and that in good faith we had interpreted this suggestion as a form of guarantee and protection from the consulate.

   It is therefore possible that, at that stage, it was a misperception on my part, and I would like to formally rectify the matter to avoid further misunderstandings.

   I acknowledge and confirm that I received significant support from the Consulate during certain critical moments, such as the visit to Rikers Island and the assistance I received to return home.

2. If I have sent words of thanks in the past, it was not out of formal duty but out of sincere appreciation for the commitment demonstrated.

   My current request for clarification stems solely from the need to better understand the limitations and powers of Italian institutions in cases like mine, also with a view to possible future actions aimed at protecting my rights.

   In your communication, you refer to the existence of "numerous contacts with my public defenders, with my private lawyer, with my family members and with myself, including a visit to Rikers, as well as interventions by the Consul General with the American authorities".

3. Since these elements are of great importance for an accurate reconstruction of the affair, I intend to present a formal request for generalised civic access (FOIA) to the MAECI, so that the relevant official documents and reports can be made available to me.

   I would like to underline that there is no intention of causing controversy towards the Consulate or the staff who assisted me.

4. My sole purpose is to reconstruct in a documented manner what happened, correctly distinguishing roles and responsibilities, so that I can eventually take the actions permitted by law.

   While acknowledging the objective limitations of consular jurisdiction, I cannot hide my regret at not having received, at a crucial moment for me, information that would have been vital to me—particularly regarding the possibility of pursuing compensation within a tight deadline. I understand that, as you reiterate, it was not the Consulate's direct responsibility to provide specific legal guidance. However, given my experience of the matter, the absence of such clarifications represented a serious omission of important information, which profoundly impacted my ability to protect myself. For this reason, I believe it is essential that, through the civic access I intend to present, full clarity be shed on the reconstruction of the contacts and communications that took place.

Exhibit — F  Page 38

Consulate 2025

Trusting in your understanding and cooperation, I thank you again for your attention and remain available for any further clarification.


Best regards,

Constantine Gabriel


On Tue, Aug 19, 2025, at 11:44 PM, the Consulate of Italy in the United States, New York - Assistance < assistenza.newyork@esteri.it > wrote:

Dear Mr. Costantino,

We remember her legal case very well and, to be honest, we were quite surprised by this email, which contrasts with the thanks she sent us for the assistance and support this Consulate had provided her.

Allow me to clarify the points you raised, starting from what you said about the "private lawyer".

As explained to you at the time and as reported on the institutional website of the Ministry of Foreign Affairs and International Cooperation, the diplomatic-consular representation can provide compatriots with the names of local legal representatives, names that this Consulate had in fact provided to you at your request (and previously, at your father's request).

The Consulate cannot intervene in court on behalf of the Italian national and/or cover legal fees. This Consulate, in fact, has neither appointed nor paid a "private lawyer," nor could it ever have done so. Likewise, we could not have informed you of any legal action to be taken or any deadlines to be met, since these are the duties and responsibilities of a lawyer. Furthermore, the Consulate does not handle matters relating to civil claims for damages.

As you will recall, in the period preceding the hearing of your case before the judge, and at your and your family's insistence regarding the need for an Italian-speaking lawyer, we provided you with the name, present in that same list provided to you, of a criminal lawyer (however not competent in matters of compensation).

Subsequently, following your email of March 20th, requesting contact information for an Italian lawyer with expertise in compensation matters, we provided you with all the information we could and again provided the list of law firms known to this Consulate.

We were also surprised by the part where she complains about the lack of contact with us, considering that, after an initial phase in which she had not considered involving the Consulate (according to what her father and the first public defender told us), we had immediately (and successfully) taken action, following a subsequent, explicit request from her lawyer, to ensure her safety, have her case handled urgently, and, finally, secure her immediate release as soon as she was cleared of the charges (despite the problems that arose with the border authorities). The Consul General also personally intervened with the judges handling her case.

Throughout that period, we have numerous contacts with his public defenders or his family members, as well as some direct contacts with her, including a visit to Rykers Prison.

We hope these details will help clarify each person's responsibilities and assist in a more accurate reconstruction of the incident. We remain at your disposal.

Best regards,

Alessandra Oliva

**Alessandra Oliva**

    Console Added

Exhibit - F    Page 39

4

Consulate 2025

**Consulate General of Italy in New York**

690, Park Avenue New York, NY 10065

https://consnewyork.esteri.it



**Human Rights Council 2026-2028**





Exhibit—F    Page 40

5

## Exhibit G – Medical Records

- MRI scans, spinal condition diagnosis, and surgical recommendations evidencing serious injury and physical trauma sustained during custody.

- *Pages: G1–G_4*

Spinal Report - 2024-10

## MEDICA

MEDICA S.r.l. - Centro Diagnostica per
Immagini
Via Nazionale, 98
90045 Cinisi (PA)
Telefono: 0918667030
C.F.: 05790610827
P.IVA: 05790610827
Capitale sociale € 72.660,00 i.v. - REA PA-
276403

**FATTURA**

COSTANTINO GABRIE
VIA SCARLATTI ALESS
90047 PARTINICO (P/
Cod.Fisc. CSTGRL94E



| Numero documento | Data documento | Data pagamento | Modalità |
|---|---|---|---|
| Fatt.17221 | 21/10/2024 | 21/10/2024 | POS CAR...... |

| Descrizione | Q.tà | Prezzo | Sconto (%) | Iva (%) |
|---|---|---|---|---|
| RMN RACHIDE LOMBO-SACRALE | 1 | 128,00 € | 0,00 | 0,00 |

Note:
Esente Art.10 n.18 del D.P.R. 26/10/1972 n.633.
Marca da bollo sull'originale – Bollo escluso da IVA art.15 dpr 633/72.

**Dettaglio scadenze**

| N. | Data scadenza | Importo | Data pagam. | Metodo pagam. | Nota |
|---|---|---|---|---|---|
| 1 | 21/10/2024 | 130,00 € | 21/10/2024 | POS CARTA DI PAGAMENTO. | |

| | |
|---|---|
| Totale prestazioni | 128,00 € |
| Totale imponibile | 128,00 € |
| Bollo | 2,00 € |
| Totale fattura | 130,00 € |

Exhibit - G    Page 2

Spinal Report - 2024 - 10

Exhibit - G    Page 3

# TRIPO BERNARDO

VIA ENRICO PARISI 4
90100 PALERMO (PA)
TEL: 0916090066
Partita IVA: 0071345602S1 - C.F.: TRPBNRS1T20L95IK
tripobernardo@libero.it

Carte Cred.Italiane - Rimessa diretta

| Spettle |
| --- |
| **COSTANTINO GABRIELE** |
| VIA SCORLATTI 15 |
| 90047 PARTINICO (PA) |
| C.Fisc. CSTGRL94E23G348L    P.Iva: |

| Data | Descrizione prestazione | Onorario | Non Sogg. | Rimb. spe. |
| --- | --- | --- | --- | --- |
| 23/10/2024 | VISITA SPECIALISTICA ORTOPEDICA | 180,00 | | |
| | **Totale Imponibile servizi €:** | **180,00** | **0,00** | **0,00** |

| IVA 094 | Imponibile | Aliquota | Imposta | Descrizione |
| --- | --- | --- | --- | --- |
| | 180,00 | 0,0 | 0,00 | art. 10 n.18 prest. sanitarie |

Si rilascia quietanza di avvenuto pagamento.

| | Data scadenza | Importo |
| --- | --- | --- |
| | 23/10/2024 | 180,00 |

| | |
| --- | --- |
| Imponibile soggetto IVA €: | 180,00 |
| Maggiorazione 0,00 % 0 €: | 0,00 |
| Totale imponibile €: | 180,00 |
| IVA €: | 0,00 |
| Imponibile Non soggetto IVA €: | 0,00 |
| Totale documento €: | 180,00 |
| Ritenuta d'acconto 20,00 % €: | 0,00 |
| TOTALE NETTO DOCUMENTO €: | 180,00 |

Dott. TRIPO BERNARDO

Pagina n° 1 di 1

SIApay
VISA ICC
ACQUISTO
TRIPO DOTT BERNARDO
VIA ENRICO FRANCO 4
PALERMO
Eser.            950002934
A.I.I.C.        00000000090
DATA 23/10/24  ORA 17:58
TML 00496493 STAN 001747
Mod. Online        B.C. ICC
PAN:        ************5548
EXP: ****    PanSeqN: 002
AUT. 364690 OPER. 001751
PIN VERIFIED

IMPORTO    €        180,00

--- COPIA CLIENTE ---
TRANSAZIONE ESEGUITA

GRAZIE E ARRIVEDERCI
Collocato da CREDEM



**Exhibit H – Proof of Service Exhibit H – Proof of Service (To Be Filed After Case Number Assignment)**

Plaintiff will submit proof of service, including registered mail receipts and return confirmations, once a case number is assigned and service of process is completed in accordance with Fed. R. Civ. P. 4.

- Documentation of service of the Complaint and Exhibits on all named Defendants, including:
- Registered international mail receipts
- Return receipts
- Delivery confirmations and/or fax transmission pages
- Includes signed **Affidavit of Service** (executed in Partinico, Italy) under 28 U.S.C. § 1746.
- *Pages: H1–H__*

**AFFIDAVIT OF SERVICE (Proof of Service)** (To Be Filed After Case Number Assignment)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

────

**Gabriele Costantino,**
Plaintiff, Pro Se,

v.

**Detective Kevin Choi (NYPD); ADA Amanda Fisher; Attorney Germana F. Giordano, Esq.; Joshua Scheier & Kailey Moran; Consular Official De Nichilo; Other Unknown Officers; Correctional Staff at Rikers Island; City and State of NY & NJ,**

Defendants.

Case No.: _____

────

**AFFIDAVIT OF SERVICE**

I, _____, being over the age of 18 and not a party to this action, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

    1.    On _____ , I served copies of the following documents on the above-named Defendants:

        •   Civil Rights Complaint (42 U.S.C. § 1983; Vienna Convention, Art. 36)
        •   Motion to Proceed In Forma Pauperis (with Exhibit IFP-1, Employment Contract)
        •   Cover Letter to Clerk
        •   Exhibits A–G attached to Complaint

    2.    Service was made by **[check one: ☐ international registered mail with return receipt ☐ FedEx ☐ DHL ☐ personal service by process server]**, addressed as follows:

        •   **Detective Kevin Choi (NYPD)** – New York Police Department, [94 precinct//]
        •   **ADA Amanda Fisher** – Kings County District Attorney's Office, 350 Jay

1

Street, Brooklyn, NY 11201

- **Attorney Germana F. Giordano, Esq.** – [insert last known professional address, New York]
- **Joshua Scheier & Kailey Moran (Legal Aid Society)** – 111 Livingston Street, Brooklyn, NY 11201
- **Consular Official De Nichilo** – Italian Consulate, 690 Park Avenue, New York, NY 10065
- **City of New York** – Office of Corporation Counsel, 100 Church Street, New York, NY 10007
- **State of New York** – Office of the Attorney General, The Capitol, Albany, NY 12224-0341
- **State of New Jersey** – Office of the Attorney General, Richard J. Hughes Justice Complex, 25 Market Street, Trenton, NJ 08625
- **Correctional Staff at Rikers Island** – New York City Department of Correction, 75-20 Astoria Blvd., East Elmhurst, NY 11370

3.    Attached hereto as **Exhibit H** are true and correct copies of the registered mail receipts, return receipts, and/or delivery confirmations.

———

**DECLARATION**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____ [date]
Place: _____ [city, country]

Signature: _____
Name: _____
(Server of Process)

# Exhibit I – Correspondence with U.S. and Italian Authorities (2023–2025)

- Copies of all official registered letters, PEC messages, and emails sent to:
- **Comptroller of the City of New York**
- **Kings County Clerk**
- **Attorney General of New York**
- **New York Court of Claims**
- **U.S. Department of Justice (if any)**
- **Ministero degli Affari Esteri e della Cooperazione Internazionale (MAECI)**
- **Consolato Generale d'Italia a New York**
- Demonstrates lack of response, failure to provide guidance, and violation of Plaintiff's right to assistance and information under the Vienna Convention, Art. 36.
- *Pages: I1–I_19*

From: Gabriele Costantino < costantinogabriele94@gmail.com >
Posted: Thursday, March 20, 2025, 11:07 AM
To: Consulate of Italy in the United States, New York - CG < cg.newyork@esteri.it >
Subject: Re: Help for a lawyer from the Italian consulate in New York

EXTERNAL SENDER. Be careful when opening any links and/or attachments.

Dear Mr. di Michele,

Excuse me for contacting you, I really need to ask you two things about my case and everything that happened. After the case was dismissed, why aren't there any lawyers willing to take on the case to seek compensation for the violations committed in my case—false arrest, unjust detention—"a fact written in the International Covenant on Civil and Political Rights signed in New York in 1966, which in Article 9 provides that every victim of unlawful arrest or detention has the right to compensation. Unfortunately, I'm not in a financial position to afford a lawyer at this time. Mrs. Germana Giordano told me there's nothing I can do and there won't be any compensation in my case. I understand they're trying to take advantage of me because I'm not in America, I'm incompetent in this, and I don't have the financial means to afford a lawyer. Many documents require a lawyer, they tell me they're overwhelmed, and I don't know if I should undergo surgery, I can't work. Please, if you could help me and speak to an Italian lawyer—you know the consulate—I'd be grateful for your help, because I wouldn't know who to turn to more than you, who know the situation. Sorry for the inconvenience again

Best regards,

Constantine Gabriel

On Tue, Oct 8, 2024, at 6:28 PM, the Consulate of Italy in the United States, New York - CG < cg.newyork@esteri.it > wrote:

Dear Mr Costantino,

Thank you very much for your email. I want to emphasize that we have all done our job, namely, to provide the best possible assistance to a fellow citizen in need. However, receiving recognition for our work is not a given. Your kind words, therefore, are greatly appreciated.

Your case, moreover, had shocked us, and we made every effort, including my own, to ensure that you could present your case before the judges and the prosecutor, with whom I had been in written contact specifically to draw attention to your case and your conditions of detention. Once your innocence was established, we did everything possible to ensure your release from Rykers Island as quickly as possible, putting an end to the bureaucratic short circuit that had arisen.

We are all truly delighted that your case has been resolved in the best possible way, and I congratulate you on your strength of spirit and courage during these difficult months. On behalf of myself, Vice Consul Alessandra Oliva, and Dr. Matilde De Nichilo, we thank you again and wish you all the best for the future.

Cordially,

**Fabrizio Di Michele**

Consul General

From: Gabriele Costantino < costantinogabriele94@gmail.com >
Sent: Monday, October 7, 2024, 5:21 AM
A: Consulate of Italy in the United States, New York - Assistance < assistenza.newyork@esteri.it >
Subject: Thanks to the Italian Consulate

EXTERNAL SENDER. Please be careful when opening any links and/or attachments.

Exhibit - I    Page 2



## I- help for a lawyer d...



End



**Gabriele Costantino <costantinogabriele94@gmail.com>**

I: Help for a lawyer from the Italian consulate in New York

Consulate of Italy in the United States, New York - CG <cg.newyork@esteri.it>
A: costantinogabriele94@gmail.com <costantinogabriele94@gmail.com>
Cc: Consulate of Italy in the United States, New York Assistance <assistenza.newyork@esteri.it>

Fri Mar 21, 3:49 PM
2025

Gent.mo Mr. Costantino,

In thanking you for sharing the information below with us, I am here to once again express my deepest sympathy for the painful events you have faced over the past year.

In principle, a compensation claim could be filed by a New York attorney (even a different one from the one who previously assisted you) who agrees to forgo an advance payment but accepts a percentage of the compensation in the event of compensation.

For reasons of institutional convenience, however, we cannot do anything other than make available to you the list of law firms present on our website.

List of law firms at the Consulate General of Italy in New York

This list of professionals is provided for informational purposes only and is not exhaustive. Therefore, you may still contact other lawyers in the New York Bar. In this context, the Consulate is not responsible for the quality of the services provided by the lawyers, their work, or their fees, and therefore cannot assume any responsibility for the outcome of relationships that develop between a potential client and them on a purely private basis.

I'm sorry, in this case, I can't do more.

Best regards and good luck with everything.

**Fabrizio Di Michele**

Consul General



Consulate General of Italy in New York

Consulate General of Italy in New York

690, Park Avenue New York, NY 10065

https://consnewyork.esteri.it

https://consnewyork.esteri.it/en/

Tel. +1 212-439-8605

Exhibit- I   Page 3



# Court of Claims
# State of New York

ROBERT ABRAMS BUILDING
FOR LAW AND JUSTICE
BOX 7344, CAPITOL STATION ALBANY,
NEW YORK 12224

(518) 432-3411

RICHARD E. SISE
PRESIDING JUDGE

KRISTEN ANNE CONKLIN
CHIEF CLERK

Fax No. (866) 413-1069

To:  Gabriele Costantino

Date:  September 16, 2025

Claimant's Name:

Number of pages received:  14

This will acknowledge **RECEIPT ONLY** (not actual filing) of the following documents.  If said document(s) meet the necessary filing requirements, said document(s) will be filed as of the received date.

Document(s) received on:  September 16, 2025

☐ CLAIM       Note: An acknowledgment letter containing claim number and place of accrual will be forwarded shortly after review of your submission.

☑ NOTICE OF MOTION **permission for late file**

☐ PLEADING:

☑ OTHER:  Proposed Claim, Poor Person Application, Affidavit in Support

☐ DOCUMENT RECEIVED NOT LEGIBLE, PLEASE  **FAX AGAIN**.

☐ DOCUMENT RECEIVED MISSING PAGES:
   PLEASE FAX MISSING PAGES IMMEDIATELY.

www.nyscourtofclaims.state.ny.us

ExhibiT—I   Page 4

**SUPREME COURT OF THE STATE OF NEW YORK
COURT OF CLAIMS**

**Fax Cover Sheet**

**Gabriele Costantino**
Via Alessandro Scarlatti 15
90047 Partinico (PA), Italy
Email: costantinogabriele94@gmail.com
Phone: +39 379 287 3093

Data: 16|09 _____ 2025

To: Clerk of the Court
New York State Court of Claims
20 Eagle Street
Albany, NY 12207
USA

Fax: (866) 413-1069 (toll-free)

From: Gabriele Costantino
Pages: ____ (including cover sheet)
Subject: Pro Se Filing – Motion for Permission to File Late Claim & Verified Claim

Message:
Dear Clerk,
Please find enclosed my Verified Claim, Motion for Permission to File a Late Claim, Affidavit in Support, and Application for Poor Person Relief, together with supporting Exhibits A–G. As I currently reside in Italy, I respectfully request confirmation of filing via international registered mail return receipt (AR) and by email.

Thank you for your attention to this matter.

Respectfully,
Gabriele Costantino

*Costantino Gabriele*

**RECEIVED**

SEP 16 2025

COURT OF CLAIMS
STATE OF NEW YORK

Exhibit – I   Page 5

2

**SUPREME COURT OF THE STATE OF NEW YORK**
**COURT OF CLAIMS**

*In the Matter of the Application of*
**GABRIELE COSTANTINO,**
Movant,

For Permission to File a Late Claim Pursuant to
Court of Claims Act § 10(6).

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed Affidavit of Gabriele Costantino and Exhibits A–G, the undersigned will move this Court for an Order pursuant to Court of Claims Act § 10(6):

1.   Granting permission to file a late claim against the State of New York;
2.   Accepting the enclosed Verified Claim as timely filed;
3.   Waiving the filing fee pursuant to CPLR §1101;
4.   Considering assignment of counsel due to indigence, language barrier, and medical hardship;
5.   And for such other and further relief as the Court deems just and proper.

Dated: 16 09 , 2025
Partinico (PA), Italy

Respectfully submitted,
Gabriele Costantino
Pro Se Movant

Costantino Gabriele

**RECEIVED**

SEP 16 2025

COURT OF CLAIMS
STATE OF NEW YORK

Exhibit-I Page 6

3

**SUPREME COURT OF THE STATE OF NEW YORK**
**COURT OF CLAIMS**

**Affidavit in Support**

I, Gabriele Costantino, depose and state under penalty of perjury:

1. I am a citizen of Italy, currently residing in Partinico (PA), Italy, and I appear pro se.

2. I was arrested in Brooklyn in May 2021 based on false allegations. Detective Kevin Choi omitted key bodycam evidence. ADA Amanda Fisher failed to investigate and proceeded on false statements.

3. In September 2023, while in Switzerland for work, I was arrested on an Interpol Red Notice coordinated by my ex-partner and ADA Fisher. I was extradited after being advised to accept "simple extradition."

4. From November 2023 to September 2024, I was detained at Rikers Island, suffering abuse, denial of medical care, and worsening spinal injury (hernia, pending surgery).

5. On September 18, 2024, I was acquitted. Court records falsely indicated an interpreter was present, when in fact I had none.

6. My assigned attorneys (Joshua Scheier & Kailey Moran) and Italian Consulate attorney (Germana Giordano) failed to preserve my civil rights, causing me to miss the statutory 90-day Notice of Claim deadline.

7. I was unable to timely file due to incarceration, lack of access to U.S. law, misrepresentation by attorneys, and my current medical condition.

WHEREFORE, I respectfully request that this Court grant permission to file a late claim, waive the fee, and consider assignment of counsel.

Executed: _16|09_, 2025
Partinico (PA), Italy

**Gabriele Costantino**
**Pro Se Claimant**

CoStanTino Grabriele

**RECEIVED**

SEP 16 2025

COURT OF CLAIMS
STATE OF NEW YORK

ExhibiT - I   Page 7

4

**SUPREME COURT OF THE STATE OF NEW YORK**
**COURT OF CLAIMS**

**Application for Poor Person Relief**

*In the Court of Claims of the State of New York*

I, Gabriele Costantino, respectfully request relief as a poor person pursuant to CPLR §1101 and Court of Claims Act §11-a:

1. That the $50 filing fee be waived;

2. That counsel be assigned or I be referred to pro bono assistance due to indigence, language barrier, and medical hardship (severe back injury requiring surgery);

3. That correspondence be accepted by international mail and email, or videoconference, as I cannot appear in person in New York.

Executed: 16\09 , 2025
Partinico (PA), Italy

Gabriele Costantino

Costantino Gabriele

**RECEIVED**

SEP 16 2025

COURT OF CLAIMS
STATE OF NEW YORK

Exhibit — I   Page 8

Exhibit - I  Page 9

## Posteitaliane

### RICEVUTA DI ACCETTAZIONE/ADVICE OF RECEIPT

È vietato introdurre denaro e valori nelle raccomandate internazionali: Poste Italiane SpA non ne risponde. / It is prohibited to send money and valuables through international registered mail. Poste Italiane is not accountable.

Per monitorare la tua spedizione utilizza il **Codice** su **poste.it, APP** o tramite **call center.**
You can track your shipment by using the code on the website poste.it, the app or via/by call center.

NON RIMUOVERE L'ETICHETTA
DO NOT REMOVE THE LABEL

**AREA PER LA VIDIMAZIONE**
**SECTION FOR THE DATE-STAMP**

Fraz. 43079   Sez. 02   Operaz.79
Causale: EE       08/09/2025 12:02
Peso gr.: 125
Tariffa € 17.75   Affr. € 17.75
Serv.Agg.:
Cod. EE:   RC355991776IT

Mod 22RI - Mod 04010B - Ed.04/20 - EP1788B/19138 - St. [1A69 - 1A35]

### MODULO INVIo RACCOMANDATA INTERNAZIONALE
### FORM TO SEND AN INTERNATIONAL REGISTERED MAIL

Si prega di compilare a cura del cliente in stampatello. / The sender need to fill out the form in Block capital letters.

**Codice RC355991776IT**

DESTINATARIO/RECEIVER

NOME/NAME SUPREME-COURT-OF-STATE-OF NEW YORK KINGS COUNTY
PAESE/COUNTRY U.S.A.
VIA/STREET 360 ADAMS STREET    N° CIV./HOUSE NUMBER 360
CITTÀ/CITY Brooklyn    CAP/POSTAL CODE 11201
TELEFONO/TELEPHONE +1 718 COURT    @

MITTENTE/SENDER

NOME/NAME COSTANTINO GABRiele
PAESE/COUNTRY ITALIA
VIA/STREET ALESSANDRO SCARLATTI    N° CIV./HOUSE NUMBER 15
CITTÀ/CITY PARTINICO (PA)    CAP/POSTAL CODE 90047
TELEFONO/TELEPHONE +39 349 2873093 @

#### SERVIZI ACCESSORI/ADDITIONAL SERVICES

[✓] Avviso di Ricevimento (Mod. CN 07)/Advice of delivery

[ ] Contrassegno/Importo da incassare €
Cash on delivery/amount to be collected    in cifre/in figures    in lettere/in words

* il dato è facoltativo/*optional information

Exhibit – I   Page 10

**Poste italiane** ITALIE — AVVISO di ricevimento/di consegna/di pagamento
AVIS de réception/de livraison/de paiement/d'inscr.

Ufficio di impostazione - Bureau de dépôt

PARTINICO CENTRO

Data - Date: 8 Po 2025

Destinatario invio - Destinataire de l'envoi

SUPREME COURT OF THE STATE OF NEW Y.
KINGS COUNTY . 350 ADAMS STREET
BROOKLYN , NY 11201

Natura dell'invio - Nature de l'envoi

- [ ] Raccomandato Recommandé
- [ ] Pacco Colis
- [ ] Valore dichiarato Valeur déclarée   Importo - Montant
- [ ] Vaglia Mandat international
- [ ] Assegno di assegnazione Chèque d'assignation   Importo contrassegno Montant du remboursement

N° invio
N° de l'envoi

Da completare a destinazione / A remplir par le bureau de destination

L'invio sopra indicato è stato debitamente
L'envoi mentionné ci-dessus a été dûment
- [ ] Rimesso Remis
- [ ] Pagato Payé
- [ ] Accreditato su CCP Inscript en CCP

Data - Date: 9/4   Firma* - Signature*

Nome del destinatario in stampatello (o altro mezzo chiaro d'identificazione)*
Nom du destinataire en lettres majuscules (ou outre moyen claire d'identification)*

---

08.09.2025 12.0
Euro 002,55

**Poste italiane**

postamail internazionale

IDUPOPAIWA600YX
13079 90047 PARTINICO (PA)
50/223106809

Da restituire a / Renvoyer à:

COSTANTINO GABRIELE,

Nome o ragione sociale / Nom ou raison sociale

ALESSANDRO SCARLATTI , 15

Via e n° / Rue et n°

90047 PARTINICO (PA

Cap e Località / Code Postal et Localité

ITALIA

Nazione / Pays

* Questo avviso potrà essere firmato dal destinatario o, se i regolamenti del paese di destinazione
lo prevedono, da altra persona autorizzata. / Cet avis pourra être signé par le destinataire ou, si les
règlements du pays de destination le prévoient, par une autre personne autorisée.

2

Exhibit - 1 Page 11

## Posteitaliane

### RICEVUTA DI ACCETTAZIONE/ADVICE OF RECEIPT

È vietato introdurre denaro e valori nelle raccomandate internazionali; Poste Italiane SpA non ne risponde. / It is prohibited to send money and valuables through international registered mail. Poste Italiane is not accountable.

Per monitorare la tua spedizione utilizza il **Codice** su **poste.it, APP** o tramite **call center**.
You can track your shipment by using the code on the website poste.it, the app or via/by call center.

NON RIMUOVERE LE ETICHETTA
DO NOT REMOVE THE LABEL

**AREA PER LA VIDIMAZIONE**
**SECTION FOR THE DATE-STAMP**

Fraz. 43079    Sez. 02    Operaz.83
Causale: EE        26/09/2025 11:37
Peso gr.: 43
Tariffa € 13.00    Affr. € 13.00
Serv.Agg.: AR
Cod. EE:    RC3620639531T

Mod 22RI - Mod.04010B - Ed.04/20 - EP1788B/1913B - St. [1A69 - 1A35]

### MODULO INVIO RACCOMANDATA INTERNAZIONALE
### FORM TO SEND AN INTERNATIONAL REGISTERED MAIL

Si prega di compilare a cura del cliente in stampatello. / The sender need to fill out the form in Block capital letters.

**Codice** RC362063953IT

DESTINATARIO/RECEIVER

NOME/NAME CLERK OF THE COURT
PAESE/COUNTRY NEW YORK STATE COURT OF CLAIMS
VIA/STREET 20 EAGLE STREET    N° CIV./HOUSE NUMBER 20
CITTÀ/CITY ALBANY, NY . USA    CAP/POSTAL CODE 12207
TELEFONO/TELEPHONE*    @*

MITTENTE/SENDER

NOME/NAME COSTANTINO GABRIELE
PAESE/COUNTRY ITALIA
VIA/STREET ALESSANDRO SCARLATTI    N° CIV./HOUSE NUMBER 15
CITTÀ/CITY BARBIZO (PA)    CAP/POSTAL CODE 90047
TELEFONO/TELEPHONE*    @*

### SERVIZI ACCESSORI/ADDITIONAL SERVICES

☐ Avviso di Ricevimento (Mod. CN 07)/Advice of delivery

☐ Contrassegno/Importo da incassare €
Cash on delivery/amount to be collected    in cifre/in figures    in lettere/in words

* Il dato è facoltativo/*optional information

3

Exhibit—I  Page 12

**Posteitaliane**

RICEVUTA DI ACCETTAZIONE/ADVICE OF RECEIPT

È vietato introdurre denaro e valori nelle raccomandate internazionali. Poste Italiane SpA non ne risponde. / It is prohibited to send money and valuables through international registered mail. Poste Italiane is not accountable.

Per monitorare la tua spedizione utilizza il **Codice** su **poste.it, APP** o tramite **call center.**
You can track your shipment by using the code on the website poste.it, the app or via/by call center.

NON RIMUOVERE L'ETICHETTA
DO NOT REMOVE THE LABEL

MODULO INVIO RACCOMANDATA INTERNAZIONALE
FORM TO SEND AN INTERNATIONAL REGISTERED MAIL

Si prega di compilare a cura del cliente in stampatello. / The sender need to fill out the form in Block capital letters.

Codice  RC362064052IT

**DESTINATARIO/RECEIVER**
NOME/NAME  OFFICE OF THE ATTORNEY GENERAL
PAESE/COUNTRY  THE CAPITOL
VIA/STREET  ALBANY, NY 12224-0341
CITTÀ/CITY  USA  N° CIV./HOUSE NUMBER
TELEFONO/TELEPHONE*                    @*          CAP/POSTAL CODE

**MITTENTE/SENDER**
NOME/NAME  COSTANTINO GABRIELE
PAESE/COUNTRY  ITALY
VIA/STREET  ALESSANDRO SCARLATTI  N° CIV./HOUSE NUMBER  15
CITTÀ/CITY  PARTINICO  (PA)  CAP/POSTAL CODE  90047
TELEFONO/TELEPHONE*                    @*

Fraz. 43079    Sez. 02    Operaz.82
Causale: EE              26/09/2025 11:34
Peso gr.: 43
Tariffa € 11.65  Affr. € 11.65
Serv.Agg.:
Cod. EE:  RC362064052IT

SERVIZI ACCESSORI/ADDITIONAL SERVICES

☐ Avviso di Ricevimento (Mod. CN 07)/Advice of delivery

☐ Contrassegno/Importo da incassare €
Cash on delivery/amount to be collected        in cifre/in figures        in lettere/in words

Mod 22R1 - Mod.04010B - Ed.04/20 - EP1788B/1913B - St. [1A69 - 1A35]    * Il dato è facoltativo/*optional information

4

Exhibit – I Page 13

## Posteitaliane

### RICEVUTA DI ACCETTAZIONE/ADVICE OF RECEIPT

E vietato introdurre denaro o valori nelle raccomandate internazionali. Poste Italiane SpA non ne risponde./ It is prohibited to send money and valuables through international registered mail. Poste Italiane is not accountable.

Per monitorare la tua spedizione utilizza il Codice su poste.it, APP o tramite call center.
You can track your shipment by using the code on the website poste.it, the app or via/by call center.

**AREA PER LA VIDIMAZIONE**
**SECTION FOR THE DATE-STAMP**

Fraz. 43079    Sez. 02    Operaz.78
Causale: EE              08/09/2025 11:56
Peso gr.: 129
Tariffa € 19.10    Affr. € 19.10
Serv.Agg.: AR
Cod. EE:    RC355991731IT

Mod 22RI - Mod.04010B - Ed.04/20 - EP1788B/1913B - St. [1A69 - 1A35]

**MODULO INVIO RACCOMANDATA INTERNAZIONALE**
**FORM TO SEND AN INTERNATIONAL REGISTERED MAIL**

Si prega di compilare a cura del cliente in stampatello. / The sender need to fill out the form in Block capital letters.

Codice  RC355991731IT

NON RIMUOVERE L'ETICHETTA
DO NOT REMOVE THE LABEL

**DESTINATARIO/RECEIVER**

NOME/NAME  Office of The Comptroller- City of New York
PAESE/COUNTRY  USA
VIA/STREET  1 Centre Street, Room 1225    CIV./HOUSE NUMBER
CITTÀ/CITY  New York    CAP/POSTAL CODE 10007
TELEFONO/TELEPHONE  +1 212 669 3916

**MITTENTE/SENDER**

NOME/NAME  Gabriele Costantino
PAESE/COUNTRY  ITALIA
VIA/STREET  Alessandro Scarlatti    N° CIV./HOUSE NUMBER 15
CITTÀ/CITY  Partinico (PA)    CAP/POSTAL CODE 90047
TELEFONO/TELEPHONE  +39 379 2873063

**SERVIZI ACCESSORI/ADDITIONAL SERVICES**

☑ Avviso di Ricevimento (Mod. CN 07)/Advice of delivery

☐ Contrassegno/Importo da incassare €
Cash on delivery/amount to be collected    in cifre/in figures    in lettere/in words

* il dato è facoltativo/*optional information

5

Exhibit – I
Page 14

## Poste italiane

### RICEVUTA DI ACCETTAZIONE/ADVICE OF RECEIPT

È vietato introdure denaro e valori nelle raccomandate internazionali. Poste italiane SpA non ne risponde. / It is prohibited to send money and valuables through international registered mail. Poste Italiane is not accountable.

Per monitorare la tua spedizione utilizza il **Codice** su **poste.it**, **APP** o tramite **call center**.
You can track your shipment by using the code on the website poste.it, the app or via/by call center.

### AREA PER LA VIDIMAZIONE
### SECTION FOR THE DATE-STAMP

Fraz. 43079    Sez. 03    Operaz. 218
Causale: EE          23/09/2025 18:30
Peso gr.: 599
Tariffa € 30.25   Affr. € 30.25
Serv.Agg.: AR
Cod. EE:   RC362064035IT

Mod 22RI - Mod.04010B - Ed.04/20 - EP1788B/1913B - St. [1A69 - 1A35]

### MODULO INVIO RACCOMANDATA INTERNAZIONALE
### FORM TO SEND AN INTERNATIONAL REGISTERED MAIL

Codice   RC362064035IT

Si prega di compilare a cura del cliente in stampatello. / The sender need to fill out the form in Block capital letters.

**DESTINATARIO/RECEIVER**
NOME/NAME   CLERK OF THE COURT
PAESE/COUNTRY   NEW YORK STATE COURT OF CLAIMS
VIA/STREET   20 EAGLE STREET   N° CIV./HOUSE NUMBER
CITTÀ/CITY   ALBANY , NY . USA   CAP/POSTAL CODE 12207
TELEFONO/TELEPHONE*                    @*

**MITTENTE/SENDER**
NOME/NAME   COSTANTINO GABRIELE
PAESE/COUNTRY   ITALIA
VIA/STREET   ALESSANDRO SCARLATTI   N° CIV./HOUSE NUMBER 15
CITTÀ/CITY   PARTINICO (PA)   CAP/POSTAL CODE 90047
TELEFONO/TELEPHONE*                    @*

### SERVIZI ACCESSORI/ADDITIONAL SERVICES

☐ Avviso di Ricevimento (Mod. CN 07)/Advice of delivery

☐ Contrassegno/Importo da incassare €
Cash on delivery/amount to be collected          in cifra/in figures

* il dato è facoltativo/*optional information                    in lettere/in words

NON RIMUOVERE L'ETICHETTA
DO NOT REMOVE THE LABEL

6

Exhibit — 1 Page 15

## Posteitaliane

### RICEVUTA DI ACCETTAZIONE/ADVICE OF RECEIPT

È vietato introdurre denaro e valori nelle raccomandate internazionali. Poste Italiane SpA non ne risponde. / It is prohibited to send money and valuables through international registered mail. Poste Italiane is not accountable.

Per monitorare la tua spedizione utilizza il **Codice** su poste.it, APP o tramite call center.
You can track your shipment by using the code on the website poste.it, the app or via/by call center.

**AREA PER LA VIDIMAZIONE**
**SECTION FOR THE DATE-STAMP**

Fraz. 43079    Sez. 03    Operaz.19
Causale: EE         25/09/2025 09:35
Peso gr.: 669
Tariffa € 30.25  Affr. € 30.25
Serv.Agg.: AR
Cod. EE:   RC362064049IT

Mod 22RI - Mod.040108 - Ed.04/20 - EP1788B/1913B - St. [1A69 - 1A35]

### MODULO INVIO RACCOMANDATA INTERNAZIONALE
### FORM TO SEND AN INTERNATIONAL REGISTERED MAIL
Codice  **RC362064049IT**

Si prega di compilare a cura del cliente in stampatello. / The sender need to fill out the form in Block capital letters.

**DESTINATARIO/RECEIVER**
NOME/NAME  OFFICE OF THE ATTORNEY GENERAL
PAESE/COUNTRY  THE CAPITOL
VIA/STREET                                        N° CIV./HOUSE NUMBER
CITTÀ/CITY  ALBANY, NY USA  CAP/POSTAL CODE 12224-0341
TELEFONO/TELEPHONE*                    @*

**MITTENTE/SENDER**
NOME/NAME  COSTANTINO GABRIELE
PAESE/COUNTRY  ITALIA
VIA/STREET  ALESSANDRO SCARLATTI  N° CIV./HOUSE NUMBER  15
CITTÀ/CITY  PARTINICO, [PA]  CAP/POSTAL CODE  90047
TELEFONO/TELEPHONE*                    @*

### SERVIZI ACCESSORI/ADDITIONAL SERVICES

☑ Avviso di Ricevimento (Mod. CN 07)/Advice of delivery

☐ Contrassegno/Importo da incassare €
Cash on delivery/amount to be collected
                                    in cifre/in figures

* il dato è facoltativo/*optional information
                                    in lettere/in words

RIMUOVERE L'ETICHETTA / OT REMOVE THE LABEL

7

 Gmail

Gabriele Costantino <costantinogabriele94@gmail.com>

## Report of Civil Rights Violations, Obstruction of Justice, and Consular Misconduct
2 messaggi

**Gabriele Costantino** <costantinogabriele94@gmail.com>                                          ven 3 ott, 23:31
A: <civil.rights@usdoj.gov>, <crt.complaints@usdoj.gov>, <askdoj@usdoj.gov>

To: U.S. Department of Justice – Civil Rights Division & Criminal Section

From: Gabriele Costantino, Pro Se, Partinico, Italy

Date: 03/10/2025

### I. Introduction

I am submitting this memorandum to report serious violations of my constitutional rights, obstruction of justice, evidence tampering, Brady violations, and deprivation of rights under color of law, occurring in New Jersey, New York, Switzerland, and involving U.S. and foreign officials. I request full investigation and consideration for civil and criminal enforcement under 42 U.S.C. § 1983, the Vienna Convention on Consular Relations (Art. 36), and relevant federal statutes protecting due process, fair trial, and civil liberties.

### II. Chronology of Events and Violations (2019–2025)

#### A. New Jersey – 2019–2021

1. Between 2019–2021, I was twice falsely arrested in Flemington and Raritan, NJ. "She dismissal"

2. My ex-partner, Daniella Viola, was herself arrested for assaulting me in December 2020.

3. Despite her arrest, she continued filing false accusations, including in Monroe, NJ. These were contradicted by evidence.

#### B. Transfer to New York – 2021 False Arrest

4. In 2021, I moved to New York. My ex-partner entered my residence voluntarily despite mutual restraining orders.

5. I contacted the police for assistance, "NJ" but Detective Kevin Choi arrested me for violating a restraining order, omitting body camera evidence that would have exonerated me.

6. ADA Amanda Fisher pursued prosecution despite contradictory evidence and lack of investigation. After I return to Italy.

#### C. Escalation of Charges – 2021–2023

7. After returning to Italy, hearings in New Jersey were held via Zoom. My ex-partner coordinated false testimony, mirroring previous NJ allegations.

8. ADA Fisher presented the case to a New York grand jury, resulting in 17 indictments without proper investigation or disclosure.

9. I was never informed of the real charges, depriving me of opportunity to mount defense.

ExhibiT – I   Page 16

### D. Arrest and Extradition in Switzerland – September 2023

10. While working in Switzerland (Easjob AG, Rüti-Zumikon), my ex-partner asked for location, coordinated with ADA Fisher to cause my arrest via INTERPOL Red Notice.

11. Swiss authorities used excessive force during arrest, aggravating pre-existing injuries "hand and shoulder".

12. Detained two months in Zurich, then extradited to New York in November 2023.

### E. Detention at Rikers Island – Nov 2023 to Sept 2024

13. I suffered abuse, including:

- Pepper spray while restrained
- Denial of showers and medical treatment (spinal hernia "came into detention", hand injury)
- Falsified disciplinary reports Rikers
- Physical assaults (cuts, stitches)
- Psychological trauma and fentanyl exposure

### F. Trial and Acquittal – September 18, 2024

14. Fully acquitted in Kings County Supreme Court.

15. No interpreter was provided despite official record "email ADA-Court" ; violated my 6th Amendment rights.

16. Italian Consulate official De Nichilo was present but failed to inform me of rights, civil remedies, or 90-day Notice of Claim requirement.

### G. Attorney and Consular Misconduct

17. Attorney Germana F. Giordano, recommended by Italian Consulate, misled me:

- Claimed civil claims were evaluated; after months, denied civil action existed
- Sent irrelevant documents (unrelated case "Rape Case")
- Advised hiring attorney Simone Iofrida, requesting payment to evaluate extradition, delaying civil remedies.

18. Legal Aid attorneys Joshua Scheier and Kailey Moran pressured me to plead guilty, withheld discovery, manipulated OneDrive files. "Modified Joshua November 2024" One drive "

19. Italian Consulate failed to provide proper defense, translation, advice, and improperly referred me to Giordano for new criminal lawyers.

### H. ICE Detention Post-Acquittal

20. Despite acquittal, detained by ICE 2 Days, escorted to airport for deportation. "At my expense"

21. Violated due process, destroyed pending immigration applications, caused financial and personal harm.

---

### III. Violations of Federal Law and U.S. Constitution

**Constitutional / Federal Law Violated**                    **Notes**

Exhibit – I    Page 17

2

| | | |
|---|---|---|
| NJ & NY False Arrests | 4th & 14th Amendments – unlawful seizure & malicious prosecution | Arrests without probable cause, false charges filed |
| Prosecutorial Misconduct | Brady violation; Obstruction of Justice; 18 U.S.C. § 1503 | Evidence withheld or altered; grand jury misleading testimony |
| Denial of Interpreter | 6th & 14th Amendments | Court record false; language barrier deprived fair trial |
| Rikers Abuses | 8th Amendment – Cruel & Unusual Punishment | Pepper spray, denial of medical care, assaults |
| ICE Post-Acquittal Detention | 5th & 14th Amendments – Due Process | Arbitrary detention & deportation |
| Attorney Misconduct | Civil malpractice; obstructing remedies | Giordano/Iofrida, Legal Aid Scheier/Moran; failed to protect rights |
| Italian Consulate | Vienna Convention Art. 36; 28 U.S.C. § 2671–2680 | Denial of consular protection; failure to advise on civil remedies |

## IV. Requested DOJ Actions

1. Open civil and criminal investigation into deprivation of rights under color of law.

2. Investigate obstruction of justice, evidence tampering, and Brady violations by ADA Fisher and law enforcement.

3. Evaluate misconduct by attorneys and Italian Consulate officials.

4. Assess ICE post-acquittal detention and deportation for due process violations.

5. Ensure remedies, accountability, and policy review to prevent similar injustices to innocent detainees.

Protection of Innocent Detainees and Systemic Concerns

Plaintiff respectfully brings to the Court's and DOJ's attention that the abuses, misconduct, and violations detailed herein are not only personal but reflect a systemic failure that endangers other innocent individuals in detention. Many detainees—particularly those who lack effective legal representation, language access, or consular support—may suffer similar deprivation of rights, exposure to unlawful detention, physical or psychological abuse, and obstruction of justice. The deliberate or negligent inaction by prosecutors, law enforcement, attorneys, and consular officials exacerbates this risk. Plaintiff urges the Court and DOJ to consider remedies and policy oversight that protect all innocent detainees and ensure accountability for officials who fail to uphold constitutional and international obligations.

## V. Conclusion

I request the DOJ to recognize this as a serious and systemic pattern of rights violations, abuse of authority, and misconduct affecting not only myself but also highlighting systemic risks to innocent persons in custody. This memorandum serves as formal notice for civil and criminal review. I am willing to provide all documentation, exhibits, and testimony necessary for a full investigation.

Exhibit – I    Page 18

3

**Final Statement**

Despite repeated attempts to obtain information, responses, and assistance from relevant authorities, including the Consulate, attorneys, and government offices, Plaintiff has received little or no recourse. Plaintiff continues to seek justice for the profound violations of rights, due process, and civil liberties suffered, which have caused irreparable harm to life, liberty, and personal well-being. Plaintiff remains steadfast in pursuing accountability for these injustices and ensuring that similar abuses do not befall others in vulnerable circumstances.

Respectfully,

Gabriele Costantino

Pro Se, Partinico, Italy

Email: costantinogabriele94@gmail.com

Phone: +39 379 287 3093

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>    ven 3 ott, 23:31
A: <costantinogabriele94@gmail.com>

Error Icon



# Address not found

Your message wasn't delivered to **crt.complaints@usdoj.gov** because the address couldn't be found, or is unable to receive mail.

The response from the remote server was:

`550 5.1.1 ... User Unknown`

Exhibit — I   Page 19

4

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  OCT 2 1 2025  ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RECEIVED
OCT 2 1 2025
PRO SE OFFICE

―――

**GABRIELE COSTANTINO,**
Plaintiff, Pro Se,

v.

Detective Kevin Choi (NYPD);
Assistant District Attorney Amanda Fisher (Kings County DA's Office);
Attorney Germana F. Giordano, Esq.;
Attorneys Joshua Scheier and Kailey Moran (Legal Aid Society);
Consular Official De Nichilo (Italian Consulate – New York);
Other Unknown Officers and Officials of the City and State of New York and New Jersey;
Correctional Staff at Rikers Island,

Defendants.

Case No.: _____

―――

**COVER LETTER / TRANSMITTAL LETTER**

**From:**
Gabriele Costantino
Via Alessandro Scarlatti 15
90047 Partinico (PA), Italy
Email: costantinogabriele94@gmail.com
Phone: +39 379 2873093

**To:**
Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
USA

REC'D IN PRO SE OFFICE
OCT 23 '25 PM12:13

**Defendants:**

- Detective Kevin Choi, NYPD
- ADA Amanda Fisher, Kings County DA's Office
- Attorney Germana F. Giordano, Esq.
- Attorneys Joshua Scheier & Kailey Moran (Legal Aid Society)
- Consular Official De Nichilo, Italian Consulate in New York
- Unidentified NYPD officers, New Jersey police officers, Rikers Island correctional officers
- City of New York, State of New York, State of New Jersey

―――

## II. JURISDICTION

Jurisdiction arises under:

- 28 U.S.C. § 1331 (federal question)
- 28 U.S.C. § 1343 (civil rights violations)
- 42 U.S.C. § 1983 (deprivation of constitutional rights under color of law)
- Vienna Convention on Consular Relations, Art. 36 (failure to provide consular access and protection)

―――

## III. BACKGROUND AND FACTS

### A. New Jersey – 2020 False Arrests

1. Early 2020, my ex-partner Daniella Viola repeatedly attempted to have me arrested in New Jersey on fabricated charges. "Arrested two times"
2. In another case, police arrested her for assaulting me.
3. Police reports were later manipulated: I obtained two versions of Raritan Police Incident Report (#20002503) – one authentic, one falsified, uploaded in my digital folder (OneDrive).

### B. Move to New York & 2021 False Arrest

4. May 2021: Arrested in Brooklyn for allegedly violating a restraining order.
5. My ex entered my residence voluntarily. I called police; Detective Choi ignored evidence, omitted bodycam footage, and falsely arrested me.
6. ADA Amanda Fisher after pursued prosecution despite lack of investigation and contradictory evidence.

### C. Escalation of Charges – 2021–2023

2

7. After I returned to Italy in 2021, my ex and ADA Fisher added 16 charges in New York without my knowledge.

8. June-2021: New Jersey hearing on Zoom while I was in Italy; and after my ex and ADA Fisher coordinated to push charges in Brooklyn.

### D. Arrest and Extradition in Switzerland – September 2023

9. While in Switzerland, my ex requested my location; coordinated with ADA Fisher, I was arrested under INTERPOL Red Notice based on false NY case.

10. Swiss police used excessive force: thrown face-down, aggravating hand and shoulder injuries.

11. Detained two months in Zurich, then extradited to New York.

### E. Detention at Rikers Island – Nov 2023 to Sept 2024

12. Repeated abuses, including:
- Pepper spray while restrained
- Denial of showers and medical treatment, "spinal hernia."
- Falsified disciplinary reports
- Violence, intimidation "Cuts on the face with stitches", psychological trauma and stress psychological aggravated exposure to substances (fentanyl).

### F. Trial and Acquittal – Sept 18, 2024

13. Fully acquitted in Kings County Supreme Court.

14. No interpreter was provided, despite record stating one was informed.

15. Italian Consulate official De Nichilo was present but gave no information about rights or remedies.

16. Never informed of 90-day Notice of Claim to preserve civil claims in New York.

### G. Attorney and Consular Misconduct

17. Attorney Germana Giordano, recommended by the Italian Consulate, misled me:
- Claimed civil claims were being evaluated
- After three months, said there was no  civil action.
- Sent irrelevant document "rape case".

•Attorney Germana F. Giordano, whom the Italian Consulate recommended, further advised Plaintiff to retain another attorney, Mr. Simone Iofrida, suggesting that additional fees be paid to evaluate matters related to potential extradition. This referral caused confusion, financial burden, and delayed Plaintiff's ability to pursue timely civil and consular remedies and failed to advise on deadlines.

18.   Attorneys Josh Scheier and Kailey Moran (Legal Aid) pressured me to plead guilty, withheld discovery, and failed to upload complete records. Some files manipulated

3

or missing.

19.   Italian Consulate failed to ensure proper defense, translation, or advice, and improperly referred me to Giordano, who acted against my interests.

## H. ICE Detention Post-Acquittal

20. Despite acquittal, detained by ICE, held in immigration custody, and escorted to airport for deportation.

21. Violated due process and destroyed pending immigration applications.

———

## IV. LEGAL CLAIMS

### COUNT I – False Arrest & Malicious Prosecution
(4th & 14th Amendments – NYPD, ADA Fisher, NJ Police)

### COUNT II – Excessive Force
(4th & 8th Amendments – Swiss arrest, Rikers staff, NYPD)

### COUNT III – Due Process Violations
(5th & 14th Amendments – Fisher, Choi, ICE, Consulate)

### COUNT IV – Denial of Interpreter and Fair Trial
(6th & 14th Amendments – Kings County Court, ADA, Consulate)

### COUNT V – Cruel and Unusual Punishment
(8th Amendment – Rikers abuses, ICE detention)

### COUNT VI – Attorney and Consular Misconduct
(Vienna Convention, Art. 36; deprivation of consular protection; misrepresentation by Giordano, De Nichilo, Scheier, Moran)

———

## V. RELIEF REQUESTED

Plaintiff respectfully requests that the Court grant the following relief:

1.   **Leave to proceed in forma pauperis (IFP)** due to Plaintiff's indigency and current residence abroad.

2.   **Appointment of counsel**, recognizing the complexity of the case and

4

Plaintiff's limited ability to participate pro se from Italy.

    3.   **Recognition of violated interpreter rights** and failure of consular protection under the Vienna Convention, Art. 36.

    4.   **Compensatory and punitive damages** for the following harms:

- False arrests, malicious prosecutions, and wrongful criminal charges initiated in New Jersey and New York;

- Excessive use of force during arrests, detention at Rikers Island, and mistreatment during ICE custody, including physical and psychological injuries;

- Denial of due process rights, including lack of timely notice, interpreter, and guidance on civil and consular remedies;

- Misconduct, negligence, and misrepresentation by attorneys (Germana Giordano, Joshua Scheier, Kailey Moran.

- Loss of immigration opportunities, property, and legal rights as a result of improper detention, deportation, and failure to provide legal guidance;

    5.   Any other relief the Court deems just and proper.

———

## VI. REQUEST FOR INTERPRETER

Due to limited English proficiency, Plaintiff requests a court-appointed interpreter for all proceedings.

———

### VII. EVIDENCE / EXHIBITS (2020–2025)

**Exhibit A – Police Reports & Emails (May 2021 Arrest)**

- Includes Raritan Police Report, Brooklyn Police records, and related email communications with ex-partner and ADA Amanda Fisher.
- Demonstrates false statements, harassment, and procedural irregularities.
- *Pages: A1–A_58*

———

**Exhibit B – Indictment 72513-21 (Brooklyn, 2021–2023)**

- Copy of the 17-count indictment filed in Kings County, later dismissed at acquittal (September 18, 2024).
- *Pages: B1–B_7*

———

## Exhibit C – INTERPOL Red Notice & Swiss Arrest Papers

- Documentation of international arrest warrant and detention in Switzerland pending extradition to the United States.
- Includes correspondence with Swiss authorities regarding detention and extradition.
- *Pages: C1–C_19*

———

## Exhibit D – Rikers Island Mistreatment Records

- Affidavits and complaints documenting excessive force, pepper spray use, denial of medical care, and abuse while in custody at Rikers Island. "Few documents available and modified or falsified "

- *Pages: D1–D_3*

———

## Exhibit E – Court Interpreter Record & Immigration Papers

1. September 18, 2024 Kings County Court record falsely indicating interpreter presence, contrasted with ADA Fisher's September 17, 2024 email.
2. Immigration notices and ICE-related documents showing detention and attempted deportation after acquittal (to the extent available).

- *Pages: E1–E_9*

———

## Exhibit F – Communications with Counsel and Consulate

- Includes email records and correspondence from:
- Legal Aid attorneys **Joshua Scheier & Kailey Moran**
- Attorney **Germana F. Giordano**
- Italian Consular officials (**Dott.ssa Oliva** and **Dott.ssa De Nichilo**)
- Demonstrates misconduct, false assurances, withholding or tampering of digital OneDrive case files (modified November 2024).
- *Pages: F1–F_40*

———

6

**Exhibit G – Medical Records**
- MRI scans, spinal condition diagnosis, and surgical recommendations evidencing serious injury and physical trauma sustained during custody.
- *Pages: G1–G_4*

———

**Exhibit H – Proof of Service Exhibit H – Proof of Service (To Be Filed After Case Number Assignment)**

Plaintiff will submit proof of service, including registered mail receipts and return confirmations, once a case number is assigned and service of process is completed in accordance with Fed. R. Civ. P. 4.

- Documentation of service of the Complaint and Exhibits on all named Defendants, including:
- Registered international mail receipts
- Return receipts
- Delivery confirmations and/or fax transmission pages
- Includes signed **Affidavit of Service** (executed in Partinico, Italy) under 28 U.S.C. § 1746.
- *Pages: H1–H__*

———

**Exhibit I – Correspondence with U.S. and Italian Authorities (2023–2025)**
- Copies of all official registered letters, PEC messages, and emails sent to:
- **Comptroller of the City of New York**
- **Kings County Clerk**
- **Attorney General of New York**
- **New York Court of Claims**
- **U.S. Department of Justice (if any)**
- **Ministero degli Affari Esteri e della Cooperazione Internazionale (MAECI)**
- **Consolato Generale d'Italia a New York**
- Demonstrates lack of response, failure to provide guidance, and violation of Plaintiff's right to assistance and information under the Vienna Convention, Art. 36.
- *Pages: I1–I__19*

———

**NOTE TO COURT**

All exhibits are numbered and referenced within the Complaint.
Each document is a true and correct copy of original materials in Plaintiff's possession, provided in good faith and to the best of Plaintiff's ability as a pro se litigant residing abroad.

─────

## VIII. VERIFICATION

I, Gabriele Costantino, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on: 08\10\2025
Place: Partinico (PA), Italy

Signature: Costantino Gabriele
**Gabriele Costantino, Pro Se Plaintiff**



COSTANTINO GABRIELE
Via Alessandro Scarlatti 15
90047 Partinico (Pa)
ITALY



Postaraccomandata    Poste italiane    03.10.2025 14.51
AR                                      Euro 030,25

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.

★    OCT 21 2025    ★

BROOKLYN OFFICE

SPEDIZIONE AL CLERK
CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201
USA



R

RC 3620 6420 8 IT